FILE COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIARA TYLER,  
A minor, by his mother  
And next friend,  
NORMA E. GALES.  
925 K Street, N.E.  
Washington, D.C. 20002

and

NORMA E. GALES  
925 K Street, N.E.  
Washington, D.C. 20002  
   Plaintiffs

v.

DISTRICT OF COLUMBIA  
A municipal corporation,  
1350 Pennsylvania Ave., N.W.  
Washington, D.C. 20004

 Serve on:  
 D.C. Attorney General  
 One Judiciary Square  
 441 4th Street, N.W., Suite 600  
 Washington, D.C. 20001

and

CLIFFORD B. JANEY  
The Superintendent,  
District of Columbia Public Schools  
825 North Capitol Street, NE  
Washington, D.C. 20002  
   Defendants(s)

Civil Action No:

## COMPLAINT

1. This Court has jurisdiction pursuant to the Individuals with Disabilities Education Improvement Act ("IDEIA"), 20 U.S.C. §§1400 et seq.; The Rehabilitation Act of 1973