5. This Order resolved all issues raised in the parent's 06/29/05 Due Process Hearing Request that is dismissed, with prejudice; and the hearing officer made no additional findings.

This is a **FINAL ADMINISTRATIVE DECISION.** An Appeal may be made to a court of competent jurisdiction within ninety (90) days of this Order's issue date.

_____          _____
Frederick E. Woods                                      Date  8/15/05
Hearing Officer

Issued: __08-16-05__
Student Hearing Office, DCPS