UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **TIARA TYLER**, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2259 (RMC) |
| **DISTRICT OF COLUMBIA**, *et al.*, | ) |
| Defendants. | ) |

## ORDER TO SHOW CAUSE

Plaintiffs filed a complaint in this matter on November 21, 2005. The record reflects that Defendants filed a Motion to Dismiss the complaint on January 11, 2006, which the Court denied on July 18, 2006. There has been no activity in this matter since.

Accordingly, it is hereby

**ORDERED** that, on or before **October 23, 2006**, Plaintiffs shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: October 2, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge