**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NORMA E. GALES, et al**     * <br>         Plaintiffs     * <br>                     * <br> v.     * <br>                     * <br>                     * <br> **DISTRICT OF COLUMBIA, et al**     * <br>         Defendants     * <br> ************************************ | **Civil Action No: 05-2259 (RMC)** |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, the Plaintiffs, Norman E. Gales and T.T., a minor, by and through their attorneys Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C. and respectfully responds to this Honorable Court Order to Show Cause why Plaintiffs' case should not be Dismissed for Failure to Prosecute. In response, Plaintiff represents the following unto this Honorable Court:

1. That on or about November 15, 2006, Plaintiffs filed a complaint pursuant to the Individual with Disabilities Education Act ("IDEA") wherein they appealed an adverse Hearing Officer Decision issued on August 16, 2005.

2. That on or about January 11, 2006 Defendants filed a motion to dismiss Plaintiffs' complaint premised on an alleged failure to timely file the complaint.

3. That on July 18, 2006, Defendants' motion to dismiss was denied.

4. That following the denial of the motion to dismiss, the Plaintiff was waiting for the Court to set an initial conference in the above captioned matter.

5.      That because no initial conference date has been scheduled in this matter, the parties have not been able to confer in accordance with Local Civil Rule 16.3 to file a Joint Meet and Confer Statement.

6.      That notwithstanding that Defendants failed to file an answer to Plaintiffs complaint within 10 days after the Court denied its motion to dismiss pursuant to Fed. R. Civ. P. 12(a)(4), Plaintiff did not request for default in light of the fact that this is an administrative appeal. Nonetheless, Plaintiffs will file their motion for default before the close of business on Monday October 23, 2006 if no answer is filed by District of Columbia.

7.       That Plaintiffs intend to prosecute their claim and would be unduly prejudiced if their complaint is dismissed for failure to prosecute.

Accordingly, Plaintiffs request that their complaint should not be dismissed as contemplated by the Court.

>Respectfully submitted,
>THE IWEANOGES' FIRM P.C.
>
>
>By:_____/s/*JudeIweanoge/s/*_____
>      Jude C. Iweanoge
>      Federal District Building-Suite 600
>      1010 Vermont Avenue, NW
>      Washington, DC 20005
>      Phone: (202) 347-7026
>      Fax: (202) 347-7108
>      Email: jci@iweanogesfirm.com

## **CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on 20th January 2006 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Defendants through the court's e-file system.

                                                                                                                    /s/*JudeIweanoge*/s/
                                                                                                                 Jude C. Iweanoge