UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORMA E. GALES *et al.* | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) | Civil Action No. 05-2259 (RMC) |
| DISTRICT OF COLUMBIA, *et al*., | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION
OF TIME, NUNC PRO TUNC, TO FILE AN ANSWER**

Comes now defendants, by and through, counsel, pursuant to FRCP 6 (b) (2) and move this honorable Court for an extension of time, *nunc pro tunc,* to file the attached Answer to plaintiff's Complaint. Plaintiffs consent to this motion.

    Respectfully submitted,

    ROBERT J. SPAGNOLETTI
    Attorney General for the District of Columbia


    GEORGE C. VALENTINE
    Deputy Attorney General

    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity, Section 2

    /s/ Maria L. Merkowitz
    MARIA L. MERKOWITZ [312967]
    Senior Assistant Attorney General
    441 4th Street, N.W.
    Sixth Floor North
    Washington, DC 20001
    (202) 442-9842
    E-mail – maria.merkowitz@dc.gov

October 23, 2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| NORMA E. GALES *et al.* | ) ) ) |  |
| Plaintiffs, | ) |  |
| v. | ) ) | Civil Action No. 05-2259 (RMC) |
| DISTRICT OF COLUMBIA, *et al*., | ) ) ) |  |
| Defendants. | ) ) |  |

### DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THEIR CONSENT MOTION FOR AN EXTENSION OF TIME, NUNC PRO TUNC, TO FILE AN ANSWER

Plaintiffs filed their Complaint in the above captioned case on November 15, 2005. Defendants filed a Motion to Dismiss Complaint on January 11, 2006, alleging that plaintiff was barred by the applicable statute of limitations. On July 18, 2006, this honorable Court denied defendants' motion. Accordingly, defendants' Answer was due on July 31, 2006. The undersigned inadvertently failed to file an Answer on that date, confusing this case with an almost identical one filed on behalf of the instant plaintiffs by the same attorney on February 2, 2006, where the undersigned filed an Answer on June 28, 2006. *See T.T. v. District of Columbia,* Civ. No. 06-0207. (D.D.C.). Accordingly, defendants now move to file their Answer on this date. Plaintiffs consent to this motion.

        Respectfully submitted,

        ROBERT J. SPAGNOLETTI
        Attorney General for the District of Columbia


        GEORGE C. VALENTINE
        Deputy Attorney General

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Assistant Attorney General
        441 4th Street, N.W.
        Sixth Floor North
        Washington, DC 20001
        (202) 442-9842
        FAX  -  (202) 727-3625
        E-mail – maria.merkowitz@dc.gov

October 23, 2006

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NORMA E. GALES *et al.* | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 05-2259 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of Defendants' Consent Motion for an Extension of time, *nunc pro tunc,* to file an Answer to Plaintiffs' Complaint, and the entire record herein, it is this _____ day of _____ 2006, hereby

ORDERED, that the Defendants' Motion is granted.

_____
UNITED STATES DISTRICT JUDGE