```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA


_____
                               )
T.T.                           )
(a minor) by his mother        )
And next friend                )
Norma E. Gales                 )
                               )
        Plaintiffs,            )
                               )
        v.                     )   Civil Action No.
                               )   05-2259(RMC)
DISTRICT OF COLUMBIA et al.    )
                               )
        Defendants.            )
_____)
```

ANSWER TO THE COMPLAINT

Paragraph numbers below correspond to the paragraph numbers in the complaint.

1. Defendants admit the existence of the statutory authorities alluded to in paragraphs numbered 1, but deny that jurisdiction is necessarily conferred on the court solely by reason thereto.

2. Defendants admit T.T. is a nine year old student. The remaining allegations contained in paragraph numbered 2 are conclusions of law and fact of the pleader to which no response is required. If a response is required then the same are denied.

3. Defendants admit the allegation that the District of Columbia is a municipal corporation. The remaining allegations contained in paragraph numbered 3 are conclusions of law and fact of the pleader to which no response is required. If a response is required then the same are denied.

4. Defendants admit Clifford Janey is the Superintendent of the District of Columbia Public Schools. The remaining allegations contained in paragraph numbered 4 are conclusions of law and fact of the pleader to which no response is required. If a response is required then the same are denied.

5-6. The allegations contained in paragraphs numbered 5 through 6 are denied.

7-9. The allegations contained in paragraphs numbered 7 through 9 are conclusions of law and fact of the pleader to which no response is required. If a response is required then the same are denied.

10. The allegations contained in paragraph numbered 10 are denied.

11-14. The allegations contained in paragraphs numbered 11 through 14 are a characterization of the administrative record. The administrative record speaks for itself.

15-17. The allegations contained in paragraphs numbered 15 through 17 are denied.

18. Defendants admit that on August 16, 2005, the Hearing Officer held that DCPS had met its obligation under IDEA. The remaining allegations contained in paragraph numbered 18 are conclusions of law and fact of the pleader to which no response is required. If a response is required then the same are denied.

19. Defendants incorporate by reference their answers to paragraphs numbered 1 through 19.

20. The allegations contained in paragraph numbered 20 are denied.

21. Defendants incorporate by reference their answers to paragraphs numbered 1 through 21.

22. The allegations contained in paragraph numbered 22 are denied.

23. Defendants incorporate by reference their answers to paragraphs numbered 1 through 23.

24. The allegations contained in paragraph numbered 24 are denied.

25. Defendants incorporate by reference their answers to paragraphs numbered 1 through 25.

26. The allegations contained in paragraph numbered 26 are denied.

27. Defendants incorporate by reference their answers to paragraphs numbered 1 through 27.

28. The allegations contained in paragraph numbered 28 are denied.

Further answering the complaint, defendants deny all allegations not specifically admitted or otherwise answered and all allegations of wrongdoing.

### FIRST AFFIRMATIVE DEFENSE

This complaint fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs have failed to exhaust their administrative remedies on all pertinent issues.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' complaint is barred by the applicable statute of limitations or laches.

### FOURTH AFFIRMATIVE DEFENSE

The Hearing Officer's Decision was well reasoned and appropriate.

FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' right to attorney fees and costs are strictly limited.

ROBERT J. SPAGNOLETTI,
Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2


 /s Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email-maria.merkowitz@dc.gov

October 23,2006