UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.T., a minor <br> by his mother and next friend, <br> NORMA GALES <br><br> Plaintiff <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al <br><br> Defendants | * <br> * <br> * <br> * <br> * <br> *   Civil Action No. 05-2259 (RMC) <br> * <br> * <br> * <br> * <br> * |

**PLAINTIFF'S CONSENT MOTION TO RE-SCHEDULE THE SCHEDULING CONFERENCE SET FOR JANUARY 4, 2007**

The Plaintiffs, by and through its undersigned counsel and with the consent of defendants' counsel, respectfully requests that the Court re-schedule the Initial Scheduling Conference currently set for January 4, 2007 at 10:45 a.m. on the grounds that the undersigned counsel will be out of the country on that date. The parties propose the following three alternative dates: January 23, 24, and 30, 2007 after 10:00 a.m.

> Respectfully Submitted,
> THE IWEANOGES' FIRM, P.C.
>
>         /s/*Jude Iweanoge*/s/
> Jude C. Iweanoge (DCB#493241)
> 1010 Vermont Avenue, NW
> Suite 600
> Washington, DC  20005
> Phone: (202) 347-7026
> Fax: (202) 347-7108
> Email: jci@iweanogesfirm.com
> Attorney for Plaintiff

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T.T., a minor * <br> by his mother and next friend, * <br> NORMA GALES * <br>  * <br> Plaintiff * <br>  * Civil Action No. 05-2259 (RMC) <br> v. * <br>  * <br> DISTRICT OF COLUMBIA, et al * <br>  * <br> Defendants * | |

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6(b)(1).

2. The Order for Initial Scheduling Order.

3. The inherent powers of the Court.

4. Defendants consent to this motion.

5. The interest of justice and the record herein.

Respectfully Submitted,
THE IWEANOGES' FIRM, P.C.

_____/s/*Jude Iweanoge*/s/_____
Jude C. Iweanoge (DCB#493241)
1010 Vermont Avenue, NW
Suite 600
Washington, DC  20005
Phone: (202) 347-7026
Fax: (202) 347-7108
Email: jci@iweanogesfirm.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **T.T., a minor** | * | |
| **by his mother and next friend,** | * | |
| **NORMA GALES** | * | |
| | * | |
| **Plaintiff** | * | |
| | * | Civil Action No. 05-2259 (RMC) |
| **v.** | * | |
| | * | |
| **DISTRICT OF COLUMBIA, et al** | * | |
| | * | |
| **Defendants** | * | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion to re-schedule the Initial Scheduling Conference set for January 4, 2007, and the entire record herein, it is this \_\_\_\_ day of _____, 2006, hereby

ORDERED, that the Plaintiff's Motion is granted.

_____
United States District Court Judge