UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. T. ) | |
|    Plaintiff, ) | |
|       v. ) | Civil Action No. 05-2259 (RMC) |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
|    Defendants. ) | |

### NOTICE OF FILING ADMINISTRATIVE RECORD

Defendants hereby file the administrative record in the above captioned case.

         Respectfully submitted,

         LINDA SINGER
         Acting Attorney General for the District of Columbia

         GEORGE C. VALENTINE
         Deputy Attorney General, Civil Litigation Division

         /s/ Edward P. Taptich
         EDWARD P. TAPTICH [012914]
         Chief, Equity, Section 2

         /s/ Maria L. Merkowitz
         MARIA L. MERKOWITZ [312967]
         Senior Litigation Counsel
         441 4th Street, N.W.
         Sixth Floor North
         Washington, DC 20001
         (202) 442-9842
         FAX - (202) 727-3625
         E-mail – maria.merkowitz@dc.gov

March 4, 2007