UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                                )
T.T. a minor
                                )
        Plaintiff,
                                )
                V.              )   Civil Action No.05-2259(RMC)

District of Columbia, et al.)

        Defendants.
_____)
```

## INDEX OF RECORD

| | | |
|---|---|---|
| Certification of Record | - | 1 |
| Hearing Officer's Determination (HOD) issued 8/15/05 | - | 2 |
| Closing statement by plaintiff dated 8/9/05 | - | 19 |
| DCPS disclosure statement & motion to compel | - | 24 |
| Plaintiff disclosure letter dated 7/28/05 w/att. | - | 28 |
|     HODs dated 5/22/03, 9/2/03, 10/12/04 | - | 31 |
|     IEP dated 5/19/04 | - | 51 |
|     IEP dated 11/10/03 | - | 69 |
|     Clinical Evaluation dated 10/1/03 | - | 87 |
|     Sylvan Diagnostic Assess dated 3/5/05 | - | 92 |
|     Psycho educational Report 2/28/03 | - | 105 |
|     MDT Meeting Notes 9/25/03 | - | 112 |
|     1st Grade Report Card | - | 117 |

| | | |
|---|---|---|
| Social Work Evaluation Report | - | 120 |
| IEP dated 10/1/04 | - | 127 |
| IEP dated 4/29/05 | - | 142 |
| Letters to DCPS | - | 165 |
| High Road Letter of Acceptance dated 5/4/05 | - | 174 |
| TAT dated 1/15/03 | - | 175 |
| IEP dated 12/14/04 | - | 177 |
| Clinical Psychiatric Review dated 5/7/03 | - | 191 |
| Accotink Academy Letter of Acceptance dated 4/18/05 | - | 194 |
| Request for Mediation/Hearing dated 6/13/05 | - | 195 |
| Plaintiff disclosure letter dated 10/24/05 w/att. | - | 200 |
| IEP dated 8/2/05 | - | 202 |
| Due Process Complaint Notice dated 9/2/05 | - | 227 |
| MDT Meeting Notes dated 8/25/05 | - | 232 |
| MDT Prior Notice dated 8/25/05 | - | 235 |
| Hearing Notice dated 7/7/05 | - | 242 |
| Request for Hearing dated 6/13/05 | - | 243 |
| Transcript of Hearing dated 8/4/05 | - | 248 |