# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *Office of Compliance*
### CONFIDENTIAL

Nadine S. Evans, Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002
(202) 442-5432

| | |
|---|---|
| In the Matter of                      ) | **IMPARTIAL DUE PROCESS** |
| )  | |
| T███ T███ ("Student"),             ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: ███████ 1996        ) | |
| )  | |
| Petitioner,        ) | Hearing Date:  August 26, 2004 |
| )  | August 31, 2004 |
| v.                                 ) | Held at: 825 North Capitol Street, N.E. |
| )  | 8th Floor |
| District of Columbia Public Schools ) | Washington, DC 20002 |
| ("School", "DCPS")                 ) | |
| [Payne ES ]                        ) | Case Number: |
| )  | |
| Respondent.        ) | |

Parent(s):                Norma Gales
                          2895 Hartford Street, SE, #4
                          Washington, DC 20020

Counsel for Parent(s):    Fatmata Barrie, Esq.
                          1010 Vermont Avenue, NW, Suite 600
                          Washington, DC 20005

Counsel for School:       Donna W. Russell, Esq.
                          825 North Capitol Street, NE
                          9th Floor
                          Washington, DC 20002

An Index of Names is attached hereto for the benefit of the parties. The index will permit the parties to identify specific witnesses and other relevant persons. The index is designed to be detached before release of this Decision as a public record.

41

# INDEX OF NAMES

T████ T████  v. District of Columbia Public Schools

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | Not Applicable (N/A) |
| Special Education Teacher | |
| School Psychologist | N/A |
| Regular Education Teacher | N/A |
| Principal | N/A |
| Speech Pathologist | N/A |
| Occupational Therapist | N/A |
| Physical Therapist | N/A |
| Private Psychologist | N/A |
| CHILD & CHILD'S DCPS ID # or SSN | T████ T████, 9070042 |
| Child's Parent(s) (specific relationship) | Norma Gales (Mother) |
| Child/Parent's Representative | Fatmata Barrie, Esq. |
| School System's Representative | Donna W. Russell, Esq. |
| Special Education Coordinator, Payne ES | Phaedra Smith |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

10/12/2004  11:04    2024425058    STUDENT HEARINGS OFC    PAGE  04/13

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### *OFFICE OF COMPLIANCE*

**Special Education Due Process Hearing**

## I.    INTRODUCTION

Counsel for the parent filed a Request for Due Process Hearing with the Student Hearing Office.  The Request alleges DCPS; (1) failed to provide the student with an appropriate placement; (2) failed to allow the parent an opportunity to participate in a placement meeting; and (3) failed to provide the student with a free appropriate public education (FAPE). The Request also contains an allegation that the student is eligible for an award of compensatory education, as a form of relief.  A Due Process Hearing was convened on August 26, 2004, and August 31, 2004 at the DCPS Student Hearing Office, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002.

## II.    JURISDICTION

The Due Process Hearing was convened, and this decision was written, pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. seq.; Title 34 of the Code of Federal Regulations, Part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act.

## III.    ISSUES

1.    Whether DCPS failed to provide the student with an appropriate placement?

2.    Whether DCPS failed to allow the parent an opportunity to participate in a placement meeting?

3.    Whether DCPS failed to provide the student with a FAPE?

4.    Whether the student is eligible for an award of compensatory education, as a form of relief?

43

## IV.    SUMMARY OF HEARING PROCESS

During the hearing, counsel for parent, and counsel for DCPS offered exhibits into evidence. Counsel for parent objected to the admission of DCPS-1, because it was not included in the disclosure within the 5-day deadline, and the objection was sustained. DCPS-2 and the documents submitted on behalf of the parent were admitted into evidence.

When counsel for parent attempted to call a witness from the Kennedy Institute, counsel for DCPS objected, claiming the parent had not listed the school, or any witness from the school on the parent's disclosure statement. The disclosure statement was reviewed, and all that was noted on the disclosure was "private school representative". The objection was sustained, and the hearing officer issued an Interim Order in order to reconvene the hearing on August 31, 2004. At that time, the parent would provide testimony from someone at the Kennedy Institute. DCPS would also have an opportunity to prepare whatever cross-examination it may deem necessary. At the conclusion of the hearing, the hearing officer admitted DCPS-1, because counsel for parent would have time to prepare any case it would like to offer concerning the document.

On August 31, 2004, the hearing was reconvened. However, counsel for the parent was unable to reach anyone at the school who could provide testimony, due to a scheduled meeting. The parent was unable to provide any testimony on the Kennedy Institute and the issue of educational benefit.

## V.    FINDINGS OF FACT

The Hearing Officer makes the following Findings of Fact:

1.    The student is an eight (8) year-old emotionally disturbed child receiving special education and related services at Payne Elementary School (Payne).

2.    On May 19, 2004, DCPS convened a MDT meeting in order to perform an "annual review of the student's IEP, discuss the student's progress, and continued eligibility for special education services." (TT-2).

3.    The MDT determined that the student would turn 8 on October 5, and would age-out of Payne's Primary Program for Emotionally Disturbed Children. (TT-2).

4.    The MDT discussed placement options at Moten Center, Noyes, Hamilton Center, Paul Robeson, and the Rose School. The parent's special education consultant also attended the MDT meeting and advised the team that she was interested in "exploring" placement at Jackie Robinson, Paul Robeson, and Rose School for the coming school year. A listing of the addresses of the schools proposed by the parent's special education consultant was provided to the parent. (TT-2).

5. Although Payne does have an Intermediate Program for Emotionally Disturbed Children for children ages 8 through 12, the MDT did not discuss a possible placement at Payne. This was due to the fact that on the date of the MDT meeting, the intermediate program was full to its capacity, and there was no space for the student. (Testimony, Special Education Coordinator).

6. The team did not make a placement decision, but the team agreed to reconvene the placement meeting "once a school has been assigned". (TT-2).

7. Sometime after the MDT meeting, the Special Education Coordinator forwarded information on the student to the Special Education Office (Downtown). This information included the student's IEP, MDT Meeting Notes, the parent's placement recommendations and MDT's recommendations. (Testimony, Special Education Coordinator), (TT-2).

8. In late June or early July, the special education coordinator received information for the Special Education Office (Downtown) that space had become available for the student within Payne's Intermediate Program. Upon receiving this notification, the special education coordinator telephoned the parent and was given the name and facsimile number of the parent's attorney. (Testimony, Special Education Coordinator).

9. The special education coordinator mailed a Letter of Invitation to the parent, and faxed the letter to the parent's attorney. (Testimony, Special Education Coordinator), (DCPS-2).

10. On August 2, 2004, counsel for parent forwarded a letter to the special education coordinator requesting a written description of the Intermediate Program for Emotionally Disturbed Children as well as a narrative statement as to why the program was appropriate for the student's IEP goals and objectives. (DCPS-2).

11. The special education coordinator did not provide a written response to the request from counsel for parent. (Testimony, Special Education Coordinator).

12. The intermediate program at Payne has a certified special education teacher, and a teacher's aide. There are only 6 students currently enrolled in the classroom proposed for the student, and the class size is limited to 9 students. (Testimony, Special Education Coordinator).

13. The intermediate program at Payne has a licensed clinical social worker to provide psychological services and a speech/language therapist. (Testimony, Special Education Coordinator).

14.   Payne's Intermediate Program for Emotionally Disturbed Children can provide all of the education and services contained in the student's current IEP. (Testimony, Special Education Coordinator).

## VI.   CONCLUSIONS OF LAW

### 1.   DCPS failed to provide the student with an appropriate placement.

DCPS has the burden of proving that it is in compliance with all due process provisions. [Title 5 D.C.M.R Section 3022.16; 20 U.S.C.A. 1401(a)(1); 20 U.S.C.A. 1415(b)(2)].

In this case, a MDT meeting was held on May 19, 2004, and it was determined that the student had to go to another school, because there was no space available for the student in Payne's intermediate program. Although the MDT discussed other possible placements for the student, they never discussed the possibility of the student remaining at Payne, and they made no decision concerning placement for the 2004-2005 school year.

It was not until late June or early July that DCPS advised the Special Education Coordinator at Payne that space was available for the student in the intermediate program. The Special Education Coordinator attempted to schedule a meeting, but the parent, through her attorney, asked for written program information, and a written justification for the student's placement at Payne. There is nothing in the IDEA which would require that DCPS provide a parent with a written statement on any proposed placement in advance of a MDT placement meeting. However, DCPS would be bound by 34 C.F.R. § 300.552(a)(1), which requires that the placement decision is made by a group of persons, including the parents, and other persons knowledgeable about the child, the meaning of the evaluation data, and the placement options.

Since no follow-up MDT placement meeting occurred, it is impossible to say whether the meeting would have fully considered all of the placement options, including the option of placing the student at Payne, or whether the MDT would simply have determined that the student would be placed at Payne. However, the MDT Meeting Notes from the May 19, 2004 meeting provide some instruction, as does the testimony of the Special Education Coordinator. The MDT Meeting Notes, specifically state, "the MDT team will reconvene for a placement meeting, once a school has been assigned. (emphasis added). The special education coordinator also stated that she forwarded the student's information "downtown", and awaited a response on the issue of placement. Certainly, given several possible placements, and full discussion of the merits of those placements, the local education agency (LEA) has a duty, and a right to make a determination as to what school resources are available. 34 C.F.R. § 300.344(a)(4)(iii). It

is when the LEA strips the MDT of its ability to fully comply with the IDEA, by overriding the determination made by MDT, that serious trouble begins.

The problem in this case is that the Special Education Coordinator communicated in certain terms that the MDT, including the parent, made recommendations to DCPS, and that she communicated the proposals to DCPS in order for DCPS to select a placement. However, the IDEA requires that the MDT (IEP team) make a determination regarding the student's placement.

In any event, DCPS had not issued a prior notice for the student to attend any school. Therefore, DCPS failed to provide the student with an appropriate placement. Even with this conclusion, the harm, if any, that the student may have sustained did not occur until the start of the 2004-2005 school year.

Although the parent had proposed placement at the Kennedy Institute, counsel for the parent was unable to obtain testimony for anyone at the Kennedy Institute due to a staff meeting at the school.   Therefore, the parent could not meet her burden of proof to demonstrate the educational benefit of the proposed placement. *Bd. Educ. v. Rowley*, 458 *U.S. 176 (1982)*.


2. **DCPS did afford the parent the opportunity to participate in a placement meeting.**


Since DCPS did not issue a prior notice of placement, and did not have a follow-up MDT meeting to deal with the information that Payne was available for the student, it is difficult, if not impossible to conclude that DCPS did not afford the parent an opportunity to participate in a placement meeting.

The fact is that DCPS did issue a Letter of Invitation for the parent, and her attorney to come to a second placement meeting. The parent's counsel decided that she needed written information from DCPS before she would respond to the invitation. The IDEA does not require that such information be provided, in advance of a placement meeting.  When faced with the action taken by counsel for parent, and the invitation extended by DCPS, it was the responsibility of the parent, through her attorney, to notify DCPS of the date and time they would be available for the placement meeting. The mere fact that counsel for parent decided that DCPS should satisfy a pre-condition to the MDT/placement meeting does not create an obligation on the part of DCPS to satisfy the pre-condition. Instead of counsel for parent writing her August 2, 2004 letter to the special education coordinator stating the pre-conditions to a placement meeting, she could have easily chosen to confirm one of the dates proposed by DCPS, or to propose an alternate date.

DCPS has proven by the preponderance of the evidence that it did afford the parent the opportunity to participate in a placement meeting.

## VII.  ORDER

Pursuant to the Findings of Fact and Conclusions of Law, it is hereby ORDERED that:

1.  DCPS shall place the student, at Payne Elementary School, in the Intermediate Program for Emotionally Disturbed Children, on an interim basis.

2.  DCPS shall convene a MDT Placement meeting within thirty (30) calendar days from the date of this Decision.

3.  The MDT shall discuss and determine placement, including in the MDT Meeting Notes a listing of the schools proposed by DCPS and the parent, a written statement the specific reason(s) why the proposed placement is accepted or rejected by the MDT. The MDT shall also discuss and determine whether the student warrants an award of compensatory education, and if warranted; develop a compensatory education plan.

4.  DCPS shall issue a prior notice of placement to a public school, within five (5) school days from the date of the MDT meeting, and within thirty (30) calendar days from the date of the MDT meeting, for placement to a non-public school.

5.  DCPS shall schedule all meetings through counsel for the parent.

6.  Any delay caused by the parent, counsel for the parent, or anyone representing the parent, shall result in a day-for-day extension to DCPS on any deadline.

8

48

## VIII.  APPEAL PROCESS

This is the **FINAL ADMINISTRATIVE DECISION.**  Appeal may be made to a court of competent jurisdiction within thirty (30) days for the date this decision was issued.

Date: _October 8, 2004_

_____
Nadine S. Evans, Hearing Officer

Date Issued:

10/12/04
_____
Student Hearing Office, DCPS

## MATTER OF  T. T.  v.  District of Columbia Public Schools

## INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| TT-1 through TT-9 | Refer to Counsel for Parent's Disclosure Statement in which Exhibits are listed, named, and numbered. | Yes |
| DCPS-1 through DCPS-2 | Refer to Counsel for DCPS's Disclosure Statement in which Exhibits are listed, named, and numbered. | Yes |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

## II. CURRENT INFORMATION

Date of IEP Meeting: 05/19/2004
Date of Last
IEP Meeting: 11/10/2003
Date of Most Recent
Eligibility Decision: 11/10/2003

Student Name: Last TAYLOR        First TYLER        MI

Student ID 9070042        Soc. Sec. No.        Age: 7        Grade 32

Gender ☐ M ☒ F    Date of Birth ████/1996    Ethnic Group B

Address   2895   Hartford Street
House No.   Street Name

SE   4
Quadrant   Apartment #

Washington        DC      20020
City        State    Zip Code

☐ Non-attending

Attending School  Payne Elementary        Home School  Winston EC

☒ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS /

Parent    Norma Gales

Address of (if different from student):    ☒ Parent  ☐ Guardian  ☐ Surrogate

House No.    Street Name        Quad   Apt. No.   City        State   Zip Code
Telephone: Home (202) 601-1432    Work (202) 678-3000  Ext. 300

**Purpose of IEP Conference:**
☐ Initial IEP        ☒ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment:
Level V

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ | BEHAVIOR | ☒ | TRANSPORTATION |
| ☒ | ESY | | TRANSITION |

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral _____ |
| Parent | English | English | English | Native Language | Rdg./ Written _____ |
| Home | English | English | English | Native Language | Instrument: _____  Date: _____ |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | wks./mos |
|---|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0.00 | 25.50 | 25.50 | Hrs | Week | Special Education Teacher | 05/20/2004 | 10 | Months |
| Psychological Services | 0.00 | 1.00 | 1.00 | Hrs | Week | Psychologist | 05/20/2004 | 10 | Months |
| Speech-Language | 0.00 | 1.00 | 1.00 | Hrs | Week | S and L Therapist | 05/20/2004 | 10 | Months |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| | | | 0.00 | | | | | | |
| TOTAL | 0.00 | 27.50 | 27.50 | Hours Per Week | | | | | |

## V. Disability(ies) Emotionally Disturbed

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☒ 61-100%  100%  85%

☐ (Check if setting is general Ed.)

Percent of time NOT in a General Education Setting

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Norma Gales
Parent

Temely Wilson
Special Ed Teacher

N/A
General Ed Teacher

Phaedra Smith
LEA Representative

Phaedra Smith
Principal or Designee

Student

Audrey Taylor
SLP

Lauren Jones
School Psychologist

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature        Date

05/19/2004

| Student Name    T▇▇▇    T▇▇▇ | | Managing School    Payne Elementary | DCPS - IEP |
|---|---|---|---|
| Student ID Number 9070042 | DOB ▇▇▇1996 | Attending School    Payne Elementary | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:** ☐

**Academic Areas: (Evaluator)** Theresa Erby, School Psychologist

**Score(s) When Available**

Math Cal. _____

**Math Strengths:**
Can add / subtract, one, two, digits with or without regrouping, telling time, count money

Math Rea. SS 80

See goal page: _____

**Impact of disability on educational performance in general education curriculum:**
Problem solving impact her educational performance in general education curriculum.

Date: 2-28-03

Rdg. Com 92 standard score

**Reading Strengths:**
▇▇ can put words in alphabetical order. Write simple sentences.

Rdg. Basic _____

Written Ex. _____

**Impact of disability on educational performance in general education curriculum:**
Word attack skills impact on her ability to read on grade level.

See goal page: _____

Date: 2-28-03

**Communication (Speech & Language) (Evaluator)** Audrey Taylor, SLP

**Score(s) When Available**

Exp. Lang. _____

**Strengths:**
Strength in expressive language

Rec. Lang. _____

Artic _____

Voice _____

**Impact of disability on educational performance in general education curriculum:**
Receptive language deficit affects ability in classroom

Fluency _____

Exp. Voc. SS 8

Rec. Voc. SS 6

See goal page: _____

Date: 4/1/03

**Motor/Health (Evaluator)**

**Score(s) /Results When Available**

**Strengths:**

_____

_____

**Impact of disability on educational performance in general education curriculum:**

_____

See goal page: _____

Date: _____

**Social Emotional Behavioral Areas: (Evaluator)** Sambhu Banik, PhD

**Score(s) When Available**

**Strengths:**
at times eager to please; motivated; able to cooperate

N/A _____

**Impact of disability on educational performance in general education curriculum:**
Problems with self-control and interpersonal relationships impact her ability to focus on and complete her school work

See goal page: _____

Date: 10/1/2003

**Cognitive/Adaptive Behavior: (Evaluator)**

**Score(s) When Available**

**Strengths:**

_____

_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

**Prevocational Skills: (Evaluator)**

**Score(s) When Available**

**Strengths:**

_____

_____

**Impact of disability on educational performance in general education curriculum:**

See goal page: _____

Date: _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| | DCPS - IEP |
|---|---|
| | Page 3 of 4 |

Student Name _____    Managing School _____
Student ID Number _____ DOB _____    Attending School _____

Goal Number: [ 1 ]

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: _Academics_____

**ANNUAL GOAL:** (including mastery criteria.)

T█████ will demonstrate one year's growth in reading skills by mastering the short term objectives with 80% accuracy

Provider(s): _Special Education Teacher_____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) T█████ will identify consonant blends with 80% accuracy. | | monthly |
| (2) T█████ will read first and second grade dolch words with 80% accuracy | | monthly |
| (3) T█████ will predict the outcome of a story and read orally with 80% accuracy. | | monthly |
| (4) T█████ will tell the main idea of a story with 80% accuracy. | | monthly |
| (5) T█████ will practice and use the phonetic approach to decode words | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

| | |
|---|---|
| Student Name ▓▓▓▓▓ | Managing School _____ |
| Student ID Number 9010042   DOB ▓▓▓ 96 | Attending School _____ |

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Goal Number: 2

Area addressed by goal: _Academics_

**ANNUAL GOAL:** (including mastery criteria.)

T▓▓▓ will demonstrate growth in word attack skills by mastering the short term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① T▓▓▓ will relate sounds to diagraphs (ch, sh, th) with 75% accuracy | | monthly |
| ② T▓▓▓ will identify short and long vowels with 75% accuracy | | monthly |
| ③ T▓▓▓ will identify context clues with 75% accuracy | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    (Chart)    (Test)    (Documented Observation)    Report    Other _____

| Student Name ████████████████ | Managing School _Payne_ | DCPS - IEP Page 3 of 4 |
| Student ID Number 90-100-42█ DOB ██/██/96 | Attending School _Payne_ | |

**VIII. SPECIALIZED SERVICES**    Additional Comments: _____    Goal Number: ☐ 3

Area addressed by goal: _Academics._

**ANNUAL GOAL:** (including mastery criteria.)

T████ will demonstrate growth in Math skills by mastering the Short term Objectives with 80% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Recite multiplication facts to 81 with 80% accuracy. | | monthly |
| ② Divide using multiples of ten ~~(ten)~~ with 80% accuracy. | | monthly |
| ③ Solve simple Word problems (+, −) with 80% accuracy | | monthly |
| ④ Recite multiplication facts with 80% accuracy. | | monthly |
| ⑤ Place Value. T████ will understand Place Value for tens, hundred nes place with 80% accuracy | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    (Test)    Documented Observation    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

55

| Student Name | T█████     T████ | Managing School | Payne Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9070042 | DOB █████/1996 | Attending School | Payne Elementary | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | **Additional Comments:** ☐ | **Goal Number:** 4 |
|---|---|---|

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL:** (including mastery criteria.)

Will improve self-control in various social situations with 80% mastery

Provider(s): Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will utilize calming techniques (count to ten, deep breathing, take a time out) when angry with 80% mastery | | Monthly |
| Will develop appropriate behavioral responses for positive and negative situations with 80% mastery | | Monthly |
| Will use words appropriately to express feelings when upset with 80% mastery | | Monthly |
| | | |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☐ Portfolio  ☐ Log  ☒ Chart  ☐ Test  ☒ Documented Observation  ☐ Report  ☐ Other _____ |

56

| Student Name | T█████    T███ | Managing School | Payne Elementary | DCPS - IEP Page 3 of 4 |
| Student ID Number | 9070042 | DOB | ███/1996 | Attending School | Payne Elementary | |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: ☐ | | Goal Number: ⬤ |

Area addressed by goal:  Social Emotional Behavioral

**ANNUAL GOAL:** (including mastery criteria.)

Will improve interpersonal interactions in a variety of social situations with 80% mastery

Provider(s): Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will ignore the provocation of peers with 80% mastery | | Monthly |
| Will refrain from being verbally and physically aggressive when interacting with peers with 80% mastery | | Monthly |
| Will seek adult assistance to resolve peer conflicts with 80% mastery | | Monthly |
| Will be respectful of adult authority with 80% mastery | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio   ☐ Log   ☒ Chart   ☐ Test   ☒ Documented Observation   ☐ Report   ☐ Other _____

| Student Name | T███ T███ | Managing School | Payne Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9070042 | DOB ██/██/1996 | Attending School | Payne Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments: ☐    Goal Number: 🖉

Area addressed by goal: Communication

**ANNUAL GOAL: (including mastery criteria.)**

To improve receptive language skills to 80% accuracy of short term objectives.

Provider(s): Speech and Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T███ will use story sequencing skills with 80% accuracy. | | Monthly |
| T███ will classify objects by categories with 80% accuracy. | | Monthly |
| T███ will state meanings of common suffixes with 80% accuracy. | | Monthly |
| T███ will identify and use antonyms with 80% accuracy. | | Monthly |
| T███ will arrange a set of words in a meaningful sentence structure with 80% accuracy. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio ☐ Log ☐ Chart ☐ Test ☒ Documented Observation ☒ Report ☐ Other _____

05/19/2004

| Student Name | T_____ T_____ | Managing School | Payne Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9070042 | DOB ____/1996 | Attending School | Payne Elementary | Page 4 of 4 |

**Additional Comments:** ☐

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in **general education?** ☐ Yes ☒ No

Explanation for removal out of regular education classroom.

Student requires behavior interventions and modifications that cannot be met within the general education classroom

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for **testing:** ☒ None needed

Timing/Scheduling: _____
Setting: _____
Presentation: _____
Response: _____
Equipment: _____

## XI. STATE AND DISTRICT ASSESSMENTS:

☐ **Level I** Tested with non-disabled peers under standard conditions without accommodations.

☐ **Level III** (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

☒ **Level V** Portfolio: Notebook of goals and objectives

☐ **Level II** (Describe accommodations for level II) Tested under standard conditions with special accommodations.

☐ **Level IV** (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

☒ Reading
☒ Mathematics
☒ Written Expression
☐ Other: _____
☐ None

☐ Physical/Sensory
☒ Social Emotional
☐ Physical Development

☐ Transition
☐ Vocational
☐ Independent Living
☒ Speech/Language

**Modifications:**
☒ Language Arts/English
☐ Social Sciences
☐ Biological & Physical Sciences
☐ Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom Setting | Rejected | Continued school failure |
| Combination General Education and Resource Classro | Rejected | Exposure to general education curriculum |
| Out of General Education Classroom | Accepted | Time away from non-disabled peers in academic sett |
| | | |
| | | |

Modification(s)/Accommodation(s) to address the harmful effects:

Development of behavior intervention plan

**District of Columbia Public Schools**
**Washington, D.C.**

| I.E.P.  Attachment A |
| Intervention Behavior Plan |

**INTERVENTION BEHAVIOR PLAN**          Date Developed:  05/19/2004

Student Name  T▓▓▓    T▓▓▓         ID# 9070042          DOB ▓▓/1996   Grade 32

Address  ▓▓▓▓▓▓▓                ▓▓    ▓    Washington        DC    20020
         Street #        Street Name,          Quadrant   Apartment #   City,        State,   Zip Code

Telephone (H) _____ (W) _____   Counselor  Dr. Jones

Attending School  Payne Elementary       Teacher  Ms. Wilson _____ Room_____ Section _____

                                                         **Additional Comments:** ☐

**TARGETED BEHAVIOR(S):**

1) Difficulties with self-control
2) Problems in interpersonal relationships

**POSITIVE INTERVENTION STRATEGIES:** Student Objective -

1) T▓▓▓ will exhibit self-control even when angry
2) T▓▓▓ will have positive peer interactions and will be respectful of adults

Implementation description -

Continued behavior modification with a token economy system.  Daily T▓▓▓ will earn points for engaging positive school behaviors.  Bi-weekly T▓▓▓ will have the opportunity to shop in the store plaza for prizes with points earned.

**POSITIVE INTERVENTION STRATEGIES:** Teacher Strategies

1) praise for engaging in positive behaviors, 2) seating apart from peers she is in conflict with, 3) encouragement to wear eyeglasses daily, 3) computer time to reinforce positive behaviors, 4) leadership opportunities offered as positive reinforcement

**MONITORING SYSTEM:** Responsible Teacher -  Special Education Teacher

Describe System -

1) Chart posted in classroom of points earned, 2) daily progress reports to mother

Data collection timeline -

5/04-6/04

**FOLLOW-UP MEETING:** Date - _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION       IEP ATTACHMENT A    INTERVENTION BEHAVIOR PLAN

## EVALUATION TO JUSTIFY TRANSPORTATION

Student T█████        T█████ _____ ID# 9070042 _____ DOB █████/1996 _____ 05/19/2004

Attending School  Payne Elementary _____ Neighborhood School  Winston EC _____

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐  Medical reports document a severe health condition that prevents the student from walking to school. Specify _____

2. ☐  Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3. ☐  A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

4. ☐  A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source _____

5. ☐  A severe communication disability prevents the student from communicating for his/her own safety Documentation source _____

6. ☒  A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source  05/07/2003 _____

7. ☐  The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☐  The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐  The student is medically fragile. Documentation source _____

10. ☐  The student requires assistance to get on and off the bus. Documentation source _____

11. ☐  The student is unable to function independently due to the severity of the disability. Documentation source _____

12. ☐  The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

13. ☐  Medical reports document that the student has a physical disability and/or severe health condition that prevents him/her from walking to school. Documentation source _____

14. ☐  A documented severe cognitive disability prevents the student from walking to school. Documentation source _____

15. ☐  Other (Specify) _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS        07-02-2001        DIVISION OF SPECIAL EDUCATION        APPENDIX-A

61

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

**TRANSPORTATION DIVISION**

**STUDENT TRANSPORTATION DATA FORM**

**2004-2005**
School Year

**9070042**
STUDENT IDENTIFICATION NUMBER

| IEP Attachment B |
| :---: |
| Transportation |

(MDT must first determine if student meets the requirements for transportation services and has it included in the IEP.)

Person Making Request: ___Phaedra Smith___

Date of Request: _____05/19/2004_____

Status of Request: _____

Date Request Received: _____

Person Receiving Request: _____

---

Norma Gales

Parent / Guardian (Print legibly or type)

(202) 581-1432

Telephone (H)

(202) 678-3000

Telephone (W)

Renee Godfrey

Emergency Contact

Grandmother

Relationship

(202) 395-8660

Telephone No.

(703) 697-9618

Pager / Cell No.

Students will be taken to a central location until 6:00 p.m. if the bus attendants are unable to deliver them to the designated location. After 6:00 p.m. the police will be contacted. This year's central location is _TBD_

---

Student:    T█████    Last Name    T█████    First Name    MI

House No.    Street Name    Quad.    Apt.
        **Washington**        DC    20020
        City        State    Zip Code
10/05/19█    F    _____    Payne Elementary    (202) 698-3262
    DOB    Gender    Primary Language    Submitting School and Telephone Number
Emotionally Disturbed
    Disability Classification        Medical Issues

**MODE OF TRANSPORTATION**  [x] *Bus  [ ] Tokens  [ ] Farecards

* SPECIAL ACCOMMODATIONS FOR BUS

Height ___4'4"___  Weight ___77___

[ ] Oxygen  [ ] Tracheotomy tube  [ ] Seizures  [ ] Helmet
[ ] Harness  [ ] 1:1 Aide  [ ] Behavioral issues _____
Medication _____  Specific allergies _____
**Dosage required during transportation :**
[ ] Yes [ ] No  Dosage _____  [ ] PM [ ] AM

[ ] Mobility  Ambulatory ( [ ] Cane, [ ] Crutch, [ ] Walker)
            Ambulatory w/ assistance ( [ ] Cane, [ ] Crutch, [ ] Walker)
[ ] Non Ambulatory ( [ ] Standard, [ ] Motorized, [ ] Oversized
            w/ lap tray  [ ] Yes  [ ] No)

[ ] Car Seat  [ ] Positioning Device _____
[ ] Special Restraint  [ ] Other, Describe: _____

---

Parent / Guardian / Surrogate Signature: _____  Date: _____

*If parent contact is by phone, the following information must be provided:

Name of Contact: _____  Telephone No.: _____

Relationship: _____

Click one of the following:

[ ] AM Pick-up & PM Drop-off is the same as the student address.

[x] 2895 Hartford Street, SE #4 _____  (202) 581-1432
    AM Pick-up Address                    Telephone No.

[x] Center for Mental Health 2041 MLK Ave. SE _____  (202) 678-3000  ext. 300
    PM Drop-off Address                    Telephone No.

**Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

Phaedra Smith _____  (202) 698-3262 _____  05/19/2004
School Official requesting transportation service:    Telephone No.    Date

School to Attend: _____  _____  _____
            Address of School    Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment B    Transportation

**District of Columbia Public Schools**
**Division of Special Education**

## IEP ADDENDUM FOR ESY SERVICES

Student Name: _T___, T___L___    Initial _L_    Date of Birth: ___/__/86

Gender: ☐ Male  ☒ Female    Grade _NG_

School: _Payne Elementary_    Date IEP Written _5/18 04_

**Checklist:**

|  |  | Yes | No |
|---|---|---|---|
| 1. | IEP is appropriate and reasonable for student | ☒ | ☐ |
| 2. | All or most IEP goals and objective are being achieved | ☐ | ☒ |
| 3. | Severity of student's disability requires individualized programming in areas of : | ☐ | ☐ |
|  | • Self sufficiency and independence from caretaker or |  |  |
|  | • _____ |  |  |
| 4. | Student record shows serious regression following interruptions in the school program. | ☒ | ☐ |
| 5. | Student record shows inability to recoup skills a reasonable time following regression. | ☒ | ☐ |
| 6. | Student has critical need for continuity in programming to facilitate achieving educational benefit from her or his education program. | ☒ | ☐ |
| 7. | Transportation services needed | ☒ | ☐ |

_DCPS_

**Determination**

After review the IEP team **RECOMMENDS** the provision of an extended school year program for the above student.    ☐    ☐

**Reason**

T___ is being recommended for ESY because she has problems with regression and difficulty recouping skills after interruptions in her educational program.

## Special Education Goal and Objective for ESY

**Goals and objectives from the IEP which are to be specifically addressed during ESY are:**

| Annual Goal(s) | Skills Area(s) |
|---|---|
| T▇▇▇ will demonstrate growth in Reading Skills with 70% acaunay | Reading |
| T▇▇▇ will demonstrate growth in Math Skills with 70% acaunay | Mathematics |
| T▇▇▇ will improve her interpersonal interactions with 80% mastery | Social/emotional |
| T▇▇▇ will improve self-control with 80% mastery | |
| T▇▇▇ will classify pictures by categories. | Speech/language |
| T▇▇▇ will classify objects by categories | |

| Special Education Services for ESY | | RELATED SERVICES | | | | |
|---|---|---|---|---|---|---|
| **Skills Area(s)** | **\* Setting** | **Time to be Provided** | | | **Projected Date of Initiation** | **Number of Weeks** |
| | | Amount | Unit ( Hours/ Mins ) | Period ( D/ W/ M ) | | |
| Reading Specialist | C | 18 | Hours | Week | 7/6/04 | 5 wk |
| Math Instruction | C | | | | 7/6/04 | 5 wk |
| Speech/lang | C | 1 | Hour | Week | 7/6/04 | 5 wk |
| Psychology | C | 1 | Hour | Week | 7/6/04 | 5 wk |

**\* Setting : A - Full Time General Education; B - Combo. General Education / Resources Classroom ; C - Out of Regular Education**

| ESY Least Restrictive Environment (LRE) | | |
|---|---|---|
| ☒ Placement as in regular school year | Hours/Week | 20 hrs/ weekly |
| ☐ Placement different from regular school year | | |

**Placement**
Specify placement (setting and alternate) of ESY service:

out of general education

Explain why options selected above are the most appropriate and the least restrictive.

continued failure in general education setting

Describe any other options considered, and provide reasons those options rejected.

| Parent Name | Date | Signature |
|---|---|---|
| Norma E. Grales | 5-19-20 | m.p. / Norma E. Grales |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

~~DRAFT~~

INDIVIDUALIZED EDUCATION PROGRAM
MDT /(IEP)
MEETING NOTES

STUDENT T_____  T_____    SCHOOL Payne Elementary    DATE: 05/19/2004

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Hilma R. Gales | Nphilina E. Gales | Parent |
| Temely Wilson | Temely Wilson | Special Ed Teacher |
| | | General Ed Teacher |
| Phaedra Smith | Phaedra Smith | LEA Representative |
| Phaedra Smith | Phaedra Smith | Principal or Designee |
| | | Student |
| Lauren Jones, PhD | Lauren P. Jones PhD | Psychologist |
| Annie R Pressley | Annie R Pressley | Edu Advocate |
| Audrey Taylor | Audrey Taylor | Speech Therapist |

Introductions were made and the meeting convened. A copy of the Parent Rights Manual was given to parent. A receipt was signed by parent.

Purpose:
The purpose of the meeting is an Annual Review to discuss T____ progress and continued eligibility for special Education Services.

T____ will be 8 years old on October 5. She will be aging out of the Primary ED program.

2 of 3

~~DRAFT~~

| MDT |

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES (continuation)

STUDENT: _____ TIARA    TYLER _____    SCHOOL: Payne Elementary    DATE: 05/19/2004

She has 3 speech and language goals all in the area of receptive language. T▬ can match pictures with words pretty well. She can also categorize pictures well. Next year she will work on synonyms and antonyms, nouns and verbs. The goal of identifying suffixes will be carried over. New goals for speech/language will focus on receptive language and writing simple sentences.

She will continue with the same hours for speech/language ( 1.0 hr. weekly).

Placement options were discussed as T▬ has aged out if the PACE program. Next year she will be serviced in a new school. Schools mentioned were: Motor Center, Mayes, Hamilton Center, Paul Roberson, and Rose School. The advocate is interested in exploring Robinson, Paul Roberson and Rose School for placement for T▬ for next year. A list of the schools mentioned above, and the schools' addresses were given to T▬ mother.

There has been no placement at the current time. Hence, the MDT team will reconvene for a placement meeting once a school has been assigned.

T▬ mother agrees for DCPS to implement services contained in the current IEP developed today, and with ESY services being offered this summer, although she did not sign the IEP. She will sign the IEP once the placement issue has been addressed.

Placement discussed Jackie

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____     MULTIDISCIPLINARY TEAM (MDT)     Page: __3__ of __3__
CONTINUATION MEETING NOTES
MEETING TYPE: Annual Review

STUDENT: T____ T____     SCHOOL: Payne ES     DATE: 5/19/04

MDT discussed comp education that was agreed upon at last IEP meeting at Winston. T____ advocate stated that since T____ qualifies for ESY (as assessed by her current teacher and psychologist), the ESY services offered this summer would fulfill DCPS's obligation for comp education for T____. Services that will be provided in ESY will be math and reading the academic area, and psychological services and speech/language. T____ advocate also requested tutoring to be offered as part as comp educational services. The advocate stated that this is an HOD case.

Dr. Jones reviewed social/emotional goals that included two that were carried over from last year: improved interpersonal relationships, 2) improved self-control. T____ attained the social/emotional goal of increased task-focus. T____ continues to need the same level of psychological intervention, and restrictiveness of educational setting in order to meet her psychological and academic needs. The MDT team agreed with Dr. Jones' assertions.

Dr. Jones reviewed the Behavior Intervention Plan and recommended continuation of token economy system. Also included was reinforcement warning eyeglasses. Advocate suggested a pair of glasses to stay on. Ms. Wilson, her teacher, reported goals in area of mathematics.

T____ has attained all of math IEP goals.
T____ has had more difficulty in the area of reading. She needs to improve her decoding and reading comprehension. She also needs improvement in the area of spelling and writing. T____ is on grade level in math.

She will be evaluated with her portfolio not standardized tests next year. The advocate wants her to have another year of instruction before taking standardized achievement tests.

T____ continues to be eligible to receive special education services as a ED student.

67

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT _____    SCHOOL Payne ES    DATE: 5/19/04

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Lauren Jones, PhD | Lauren P Jones, PhD | Psychologist |
| Norma E. Gales | Nplorma E Gales | Mother |
| Audrey Taylor | Audrey Taylor | Spec. & Language |
| Annie R Pressley | Annie R Pressley | Edu Advocate |
| Temely Wilson | Temely Wilson | Special Ed Teacher |
| Phaedra Smith | Phaedra Smith | SPED Coord. |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

Based upon review of the documents, the MDT determined that the student continues to be eligible for special education services as a student with
Emotional Disturbance

The following services are needed:
Specialized Instruction: 25.5 _____ weekly

Related Services: Speech Therapy 2 times wkly 30mins (1.0 hour weekly)
Psychological Services 2 times wkly 30mins (1.0 hour weekly)

The Setting accepted by the MDT is Emotional Disturbance

Level for Standardized Assessments: IV

The following accomodations/modifications will be made: None Needed, ~~the~~ Portfolio
will be used

Placement Discussion: Jackie Robinson      • Here is a list of the 3 schools
Paul Roberson      that the Parent wishes her
Rose Elementary      daughter to attend in the fall
Hamilton Cntrs were also discussed as possible placements for
the 2004-2005 school year.
2004. Moten Elementary, Hays and

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last _____ First _____ MI ____

Student ID 907004Z  Soc. Sec. No. _____  Age: 6  Grade 2

Gender ☐ M  ☑ F  Date of Birth ___/96  Ethnic Group African American

Address _____
House No.  Street Name  Quadrant  Apartment #
Washington  DC  20020
City  State  Zip Code

☐ Non-attending

Attending School Winston EC  Home School Winston EC

☑ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS /

Parent Norma Gales

Address of (if different from student): _____ Wash.
House No.  Street Name  Quad  Apt. No.  City  State  Zip Code

☑ Parent  ☐ Guardian  ☐ Surrogate

Telephone: Home _____  Work _____

## II. CURRENT INFORMATION

Date of IEP Meeting: 9/25/03

Date of Last IEP Meeting: 11-10-03

Date of Most Recent Eligibility Decision: 11/10/03

Purpose of IEP Conference:
☑ Initial IEP  ☐ Review of IEP
☐ Requested Eval.  ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| | |
|---|---|
| ✓ BEHAVIOR | ✓ TRANSPORTATION |
| ESY | TRANSITION |

## III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | English | Oral — |
| Parent | English | English | English | English | Rdg./ Written — |
| Home | English | English | English | English | Instrument: |
| | | | | | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | FREQUENCY Hr/ Min  D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION #  wks./mos. |
|---|---|---|---|---|---|
| Specialized Instruction | 85 | H  PP | Special Education Teacher | 11-11-03 | 10 mths |
| ↓ | 20 | H  W | | | |
| Counseling (school) | 60 | Min  W | School Psychologist / Counselor | 11-11-03 | 10 mths |
| Speech + Language | 30 | Min  W | Speech + Lang. Pathologist | 11-11-03 | 10 mths |
| TOTAL | 175 | Hours Per Week | | | |

## V. Disability(ies)

Emotional Disturbance

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☑ 61-100%

☐ (Check if setting is general Ed.)

Percent of time NOT in a Regular Education Setting 100%

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Kathenn Polk  Katherine Polk (Spec. ed. Teacher)
Fatima A Johnson  Fatima A. Johnson (Regular Ed Teacher)
Rhonda P. Grant  Rhonda P. Grant (SLP)
Doretha White  Doretha White - Counselor
Lewis Gray, Ph.D  Lewis Gray, Ph.D clinical Psy.

Norma E Gales
Anna R. Henley
Norretta Henderson LEA
Nadiah Fuller, LGSW MH
Glenda Waters, SES

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____  Date _____

| Student Name | ████ ████ | | Managing School | Winston EC | | DCPS - IEP |
| Student ID Number | 9070042 | DOB ████ 196_ | Attending School | Payne Elementary | | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Goal Number: [ ]

Area addressed by goal: _Academic_

**ANNUAL GOAL:** (including mastery criteria.)

T████ will increase her reading readiness skills to 95% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T████ will identify upper and lower case letters of the alphabet. | | 1x mth |
| T████ will identify and match consonant letter sounds to consonant letters | | 1x mth |
| T████ will identify and match long and short vowel sounds to vowels. | | 1x mth |
| T████ will classify objects and pictures by categories. | | 1x mth |
| T████ will sequence pictures to illustrate events. | | 1x mth |
| T████ will listen to stories and select correct endings. | | 1x mth |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   (Test)   Documented Observation   Report   Other _____

| Student Name | ██████ ██ | | Managing School | Winston | |
| Student ID Number | 9070042 | DOB ████ 19└ | Attending School | Payne | DCPS - IEP Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: _Academic_    Goal Number: 2

ANNUAL GOAL: (including mastery criteria.)

T████ will increase spelling skills and word-attack skills to 95% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T████ will associate a sound with the appropriate beginning letter (i.e. /c/ for cat) | | 1 x mth |
| T████ will associate a sound with the appropriate ending letter. ie (cat ends w/ /t/) | | 1 x mth |
| T████ will relate sounds to diagraphs (ch, sh, th,) ██. | | 1 x mth |
| T████ will practice and use the phonetic approach to ~~sound~~ decode words. | | 1 x mth |
| T████ will pronounce and recognize the pre-primer Dolch list. | | 1 x mth |
| T████ will spell number words. | | 1 x mth |

reading

EVALUATION PROCEDURE(S)

(Portfolio)    Log    Chart    (Test)    Documented Observation    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

71

| Student Name | ████████ ████ | | Managing School | Winston | DCPS - IEP |
| Student ID Number | 90700421 | DOB ███ 96 | Attending School | Payne | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Area addressed by goal: Academic           Goal Number: 2

**ANNUAL GOAL:** (including mastery criteria.)

Continued ....

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ████ will understand the concept of place value for tens place, ones place, and hundreds place. | | 1x mth |
| ████ will recognize numbers 1-100 by sight when not presented in sequential order. | | 1x mth  1x mth |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   (Test)   Documented Observation   Report   Other _____

| Student Name | ~~[redacted]~~ | | | |
|---|---|---|---|---|
| Student ID Number | 9070042 | DOB ~~[redacted]~~ | Managing School | Winston |
| | | | Attending School | Payne |

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: _Academic_

Goal Number: [ 3 ]

**ANNUAL GOAL:** (including mastery criteria.)

~~[redacted]~~ will increase arithmetic skills to 90% accuracy (and numeration skills)

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ~~[redacted]~~ will write numerals in sequential order (1-100). | | 1x mth |
| ~~[redacted]~~ will match equivalent sets. | | 1x mth |
| ~~[redacted]~~ will add one digit numbers horizontally. | | 1x mth |
| ~~[redacted]~~ will add one digit numbers vertically. | | 1x mth |
| ~~[redacted]~~ will subtract one digit numbers horizontally. | | 1x mth |
| ~~[redacted]~~ will subtract one digit numbers horizontally. vertically | | 1x mth |

**EVALUATION PROCEDURE(S)**

( Portfolio )    Log    Chart    ( Test )    Documented Observation    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

Student Name: _____

Student ID Number: 9070042    DOB: ____ 19l6    Managing School: Winston    Attending School: Payne

DCPS - IEP
Page 3 of 4

**VII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: _Academic_    Goal Number: ☐

ANNUAL GOAL: (including mastery criteria.)

T____ will increase her knowledge of money and time.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T____ will recognize monetary units of money by name with 95% accuracy. | | 1xmth |
| T____ will recognize money by value (penny = 1¢), etc. with 95% accuracy. | | 1xmth |
| T____ will count pennies up to 100(¢1) with 95% accuracy. | | 1xmth |
| T____ will count dimes up to ($1) with 95% accuracy. | | 1xmth |
| T____ will count nickels to ($1) with 95% accuracy. | | 1xmth |
| T____ will count quarters to ($1) with 95% accuracy. | | 1xmth |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

74

Student Name _____

Student ID Number 90700421    DOB _____ 96

Managing School Winston

Attending School Payne

DCPS - IEP
Page 3 of 4

**VII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: _Academic_    Goal Number: [4]

**ANNUAL GOAL:** (including mastery criteria.)

Continued...

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T_____ will tell time to the nearest hour with 90% accuracy. | | 1x/mth |
| T_____ will tell time to the nearest half hour with 90% accuracy. | | 1x/mth |
| ~~D____~~ | | |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

(Portfolio)   Log   Chart   (Test)   Documented Observation   Report   Other

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

Student Name

Student ID Number ▓▓▓▓▓▓ 9070042

DOB ▓▓▓ 96

Managing School Winsten

Attending School Payne

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Area addressed by goal: _Academic_

Goal Number: #5

**ANNUAL GOAL: (including mastery criteria.)**

T▓▓▓ will practice attending in class during individual work and group work.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T▓▓▓ will ask questions of teacher when confused on class assignments. | | 1xmth |
| T▓▓▓ will engage in a choice of activities (look at book, practice numbers, etc.) when finished with a classroom task. | | 1xmth |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

| Student Name | | | | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 907~~0001~~2 | DOB ~~96~~ | Managing School Winston EC | | Page 3 of 4 |
| | | Attending School Winston EC | | |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: 6 |
|---|---|---|

Area addressed by goal: Communication

**ANNUAL GOAL:** (including mastery criteria)

~~T____~~ will improve his receptive language skill
to demonstrate 80% accuracy.

Provider(s): Speech Pathologist/Consult PT.

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| 1. Match spoken words to pictorial stimuli from an array of three to four pictures. | | Monthly |
| 2. Match verbally presented sentences to pictorial representation from a choice of three with varying grammatical markers. | | Monthly |
| 3. Identify suffixes, specifically (ed), when used with words, and the meaning. (i.e. looked- someone already saw something / looked at something) | | Monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

☑ Portfolio  ☐ Log  ☐ Chart  ☑ Test  ☑ Documented Observation  ☐ Report  ☐ Other _____

Student Name _____
Student ID Number _____  DOB ___/96   Managing School _Winston E.C._
Attending School _____

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**    **Additional Comments:**

Goal Number: [ ]

Area addressed by goal: _Social/Emotional_

**ANNUAL GOAL:** (including mastery criteria.)

1) T_____ will improve self-control in various social situations with 80% accuracy.

2) T_____ will improve interpersonal relationships in a variety of social situation with 80% accuracy.

3) T_____ will improve her attention span in various social situation

**Provider(s):** _____

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T_____ will identify the consequences of appropriate and inappropriate expressions of feelings | | Monthly |
| T_____ will demonstrate knowledge of techniques to regain self-control | | Monthly |
| T_____ will describe various ways of establishing and maintaining meaningful interpersonal relationships. | | Monthly |
| T_____ will distinguish between appropriate and inappropriate solutions to a problem situation. | | Monthly |
| T_____ will develop appropriate behavioral responses for positive and negative situations. | | Monthly |
| T_____ will work on a given task for at least 15 minutes, and will improve her listening by giving the speaker her full attention and being ready when directions are given in various situations | | Monthly |

**EVALUATION PROCEDURE(S)**

( Portfolio )  ( Log )  ( Chart )   Test   ( Documented Observation )  ( Report )   Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

**District of Columbia Public Schools**
**Washington, D.C.**

| I.E.P.  Attachment A |
| Intervention Behavior Plan |

**INTERVENTION BEHAVIOR PLAN**

Date Developed: _____

Student Name _T___ T_____       ID# _____       DOB __/__/96   Grade 2

Address _____   Washington   DC   20020
        Street #        Street Name,           Quadrant   Apartment #        City,              State,     Zip Code

Telephone (H)(_____)(W) (202) 678-3000   Counselor _____
                                            X728

Attending School _____   Teacher _____   Room _____ Section _____

**TARGETED BEHAVIOR(S):**                                    Additional Comments: ☐

Oppositional Defiant Behavior
Self-control and interpersonal relations
Control of anger

**POSITIVE INTERVENTION STRATEGIES:** Student Objective -

1. Utilize technique to maintain/regain self control
2. Verbalize feelings when angry
3. Remove self when anger is out of control

Implementation description -

1. Teach anger management and coping skills
2. Set up daily goals
3. Develop conflict resolution strategies

**POSITIVE INTERVENTION STRATEGIES:** Teacher Strategies

1. Allocate time and place for student to express their thoughts and feelings.
2. Develop token economy system with rewards

**MONITORING SYSTEM:** Responsible Teacher - Special education
Describe System -

Implement a daily log which monitors Target behaviors and expected behavior. Points will be totaled daily. Child will receive or lose incentive based on behavior. Teacher and parent consultation is recommended

Data collection timeline -

Daily, Weekly assessment

**FOLLOW-UP MEETING:** Date - _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS   07-02-2001   DIVISION OF SPECIAL EDUCATION   IEP ATTACHMENT A   INTERVENTION BEHAVIOR PLAN

79

Student Name _____

Student ID Number _____    DOB _____

Managing School _____

Attending School _____

DCPS - IEP
Page 4 of 4

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?    Yes    No

Explanation for removal out of regular education classroom.

Student needs a small structured environment to manage behavioral and academic needs.

## X. Supplementary Aids and Services
**Classroom Needs**
(Do not name products or companies.)

| | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:    None needed

Timing/Scheduling: Extended Time

Setting: Small Group

Presentation: Repeated Rephrased Instructions

Response:

Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

Level I    Tested with non-disabled peers under standard conditions without accommodations.

✓ Level III    (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

Level V    Portfolio: _____

Level II    (Describe accommodations for level II) Tested under standard conditions with special accommodations.

Level IV    (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

✓ Reading

✓ Mathematics

✓ Written Expression

Other: _____

None _____

Physical/Sensory

✓ Social Emotional

Physical Development

Transition

Vocational

Independent Living

✓ Speech/Language

Modifications:

Language Arts/English

Social Sciences

Biological & Physical Sciences

Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| Full Time Regular Education | Reject | Continued school failure |
| Combination Reg. and Special Education | Reject | behavior needs are too great |
| Full time special Education | Accept | Time away from peers |

Modification(s)/Accommodation(s) to address the harmful effects:

Location for Services    Payne Elementary

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

80

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

TRANSPORTATION DIVISION

**STUDENT TRANSPORTATION
DATA FORM**

2003-2004

School Year

IEP Attachment B
Transportation

(MDT must first determine if student meets the requirements for
transportation services and has it included in the IEP.)

Person Making Request: _Morretta Henderson_

Date of Request: _11/10/2003_

Status of Request: _____

Date Request Received: _____

Person Receiving Request: _____

STUDENT IDENTIFICATION NUMBER

_Norma Gales_

Parent / Guardian (Print legibly or type)

_(202) 581-1432_

Telephone (H)

_(202) 678-3000_

Telephone (W)                    X128

_Renee Godfrey_

Emergency Contact

_Grandmother_

Relationship (H) 202 396-8660
(W) 703 697-9618

Telephone No.

_mother (202) 256-9081_

Pager / Cell No.

Students will be taken to a central location until
6:00 p.m. if the bus attendants are unable to
deliver them to the designated location. After
6:00 p.m. the police will be contacted. This
year's central location is _____

Student:    Last Name                    First Name         MI

House No.    Street Name              Quad.  Apt.

_Washington_         _DC_    _20020_
City                    State    Zip Code

_96 F English WinstonEC_ (202) 645-3300
DOB    Gender    Primary Language    Submitting School and Telephone Number

_ED_

Disability Classification

MODE OF TRANSPORTATION    ☒ Bus  ☐ Tokens    ☐ Farecards

Medical Issues

SPECIAL ACCOMMODATIONS FOR BUS

Height _____ Weight _____

Oxygen    Tracheotomy tube    Seizures    Helmet

Harness    1:1 Aide    Behavioral issues

Medication _____ Specific allergies _____

Dosage required during transportation :

☐ Yes ☐ No  Dosage _____         ☐ PM ☐ AM

☐ Mobility  ☐ Ambulatory (☐ Cane, ☐ Crutch, ☐ Walker)

☐ Ambulatory w/ assistance (☐ Cane, ☐ Crutch, ☐ Walker)

☐ Non Ambulatory (☐ Standard, ☐ Motorized, ☐ Oversized
                                    w/ lap tray ☐ Yes ☐ No)

☐ Car Seat          ☐ Positioning Device
☐ Special Restraint  ☐ Other, Describe: _____

Click one of the following:

☐ AM Pick-up & PM Drop-off is the same as the student address.

☒ _2895 Hartford St SE #4_

AM Pick-up Address                                   _(202) 581-1432_
                                                     Telephone No.

☒ _Mon, Wed + Fri Center for Mental Health 2041 Martin Luther King Ave_

PM Drop-off Address  _Tues + Thurs 2895 Hartford St SE #4_  _(202) 678-3000_  Telephone No. X228
                                                     Telephone No. (See above # phone #)

Transportation will **NOT** be provided without confirmed placement through the proper procedures.
Justification for other than neighborhood settings must be explained on the back by the school official
requesting the transportation services.

_Morretta Henderson_                _(202) 645-3300_        _11/10/03_

School Official requesting transportation service:    Telephone No.        Date

_Payne ES (ED Primary program)_  _305 15th St SE_        _(202) 698-3262_

School to Attend:                Address of School        Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment B    Transportation

## EVALUATION TO JUSTIFY TRANSPORTATION

Student ~~I___ T___~~   ID# 9670042   DOB ~~____~~/96

Attending School _Paynets_   Neighborhood School _Winston EC_

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1. ☐ Medical reports document a severe health condition that prevents the student from walking to school. Specify ____

2. ☐ Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify ____

3. ☐ A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify ____

4. ☐ A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source ____

5. ☐ A severe communication disability prevents the student from communicating for his/her own safety Documentation source ____

6. ☐ A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source ____

7. ☐ The student is eligible for the preschool special education program and could not participate without special transportation.

8. ☒ The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9. ☐ The student is medically fragile. Documentation source ____

10. ☐ The student requires assistance to get on and off the bus. Documentation source ____

11. ☐ The student is unable to function independently due to the severity of the disability. Documentation source ____

12. ☐ The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain ____

13. ☐ Medical reports document that the student has a physical disability and/or severe health condition that prevents hiniflier from walking to school. Documentation source ____

14. ☐ A documented severe cognitive disability prevents the students from walking to school. Documentation source ____

15. ☐ Other (Specify)

> [blank box]

DISTRICT OF COLUMBIA PUBLIC SCHOOLS        07-02-2001        DIVISION OF SPECIAL EDUCATION        APPENDIX-A

82

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT REFERRAL DATE: _____

STUDENT: ████████████    SCHOOL: Winston EC    DATE: 11/10/03

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Norma E. Gales | Norma E. Gales | (Mother) |
| Aurelia R. Pressley | Aurelia P. Pressley | Edu. Advocate |
| Lewis Gray, ph.D. | Lewis Gray, phD | Clinical Psychologist |
| Doretha White | Doretha White | Counselor |
| Rhonda T. Grant | Rhonda P. Grant | Speech Pathologist |
| Fatima A. Johnson | Fatima A. Johnson | Teacher |
| Katherine B. Polk | Catherine Polk | Special Education |
| Wadiah Fuller | Wadiah Fuller  Group Therapist | Teacher |
| Glenda Waters | Glenda Waters | SES |
| Shanita Henderson | Shanita Henderson | Spec Ed Coordinat |

The purpose of this meeting is re convening of MDT
to decide disability classification. Introductions
were made. Parent and educational advocate are present.
Parents Rights were given.

Dr. Lewis Gray - review of report from Dr. Taylor-Davis
Findings: T█████ seems appropriate for E.D classifi-
cation. Mother concerned w/ ED classification.
Advocate Pressley presented a clinical evaluation done
by Dr. Sambhu Banik. This report was not given to
school prior to meeting. However, results
substantiate ED classification

Report from Wadiah Fuller, group therapist can it
Defiant behavior seen; cries, falls out on floor
when frustrated. Some improvement seen recently
in group counseling - smaller group now. (Talking
or sharing in Therapy - Group is 1-5 children,

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

MDT

STUDENT: T████ T████    SCHOOL: _Winston EC_    DATE: 11/10/03

PARTICIPANTS: (Print Name)    PARTICIPANTS: (Sign Name)    POSITION

Concerns noted about ADHD. Advocate asks if disability could be ED/mdt ADHD. Dr. Gray says that ED is primary. Advocate would like goals to address inattentiveness and would also like it to be monitored. Advocate agrees and team concurs w/ ED classification. Mother agrees with classification. T████ has had eyes checked recently and needs glasses. Ms. Johnson, general ed teacher, sees some improvement. T████ is sleeping less. Still does peer partnering to support Tiare.

MDT confirms ED classification. Student is eligible for special education services as a student with Emotional Disturbance.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ~~Timothy Taylor~~    SCHOOL Winston EC    DATE: 11/10/03

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Norma R. Gales | Norma E. Gales | (Math) |
| Annie R. Prosser | Annie R. Fenley | Edu. Advocate |
| Lewis Gray, PhD | Lewis Gray, PhD | Clinical Psychologist |
| Doretha White | Doretha White | Counselor |
| Wadian Fuller | Wadiah Fuller, LGSW | Group Therapist |
| Rhonda Grant | Rhonda C. Grant | Speech Pathologist |
| Fatima Johnson | Fatima A. Johnson | Teacher |
| Katherine Polk | Katherine Polk | Special Education |
| Glenda Waters | Glenda Waters, SES | Teacher |
| Morretta Henderson | Morretta Henderson | Special Ed. Coord. |

The MDT determined that Timothy is eligible for
Special Ed. services as ED student.
Dr. Gray recommends smaller, self-contained classroom
with ED program.

Services needed: 26.0 hrs. Specialized instruction
1.0 Psycho social Counseling
.5 Speech Therapy

Setting: Out of general education

Testing: Level III

Accom/Modifications: repeated directions, extended time
small group

Placement: Payne ES - primary ED program

85

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

P. 2

STUDENT ~~T____ T____~~     SCHOOL Winston EC     DATE: 11/10/03

PARTICIPANTS:                    PARTICIPANTS: (Sign Name)                    DISCIPLINE

While mother agrees with services identified for T____
and ~~she~~ wants services to be implemented, reserving
w/ placement until parent has apportunity to see agreement
placement.   Issue of comp ed will be addressed at
    the 30 day review.

86