TT-04

**FAMILY DIAGNOSTIC & THERAPEUTIC CENTER**
733, 15th Street, NW. Suite 700, Washington, D.C. 20005
(202) 342-3832
\*\*\*\*\*\*\*\*\*\*

**CONFIDENTIAL REPORT OF CLINICAL EVALUATION**

Name: Miss T▮▮▮ T▮▮▮
Parent: Ms.Norma E.Gates
Address: ▮▮▮▮▮▮▮▮
        Washington DC 20020

Date of Birth: ▮▮▮▮-1996
Date of Evaluation:09-11-2003
Date of Report: 10-1-2003

## REFERRAL:

Ms. T▮▮▮ T▮▮▮ was referred for the psychological evaluation to determine her emotional functioning and it's impact on her learning. She came to this clinic with her mother Ms. Norma E.Gates. Mr. Jimmey, her mother's boy friend accompanied them.

## EVALUATION Procedures:

        Clinical Interview with T▮▮▮ Mother
        Observation of T▮▮ behavior pattern
        Interview with T▮▮▮
        Review of available Records
        Vineland Adaptive Behavior Scales
        Sentence Completion Test
        Draw A Person Test
        CAT
        Rorschach Ink Blot Test.

## PROBLEMS:

T▮▮▮ mother reported that T▮▮ has experienced learning and behavior problems in school which required special education programming. T▮▮ was reported to be a hyperactive child who could not sit still and could not focus on any given task. Her mother reported that only when she was watching TV did she stay in her seat without moving, otherwise she was very restless. Her mother reported that T▮▮ did not listen to any instructions, did not follow directions and did not learn academic skills on par with other children of her age. According to her mother when T▮▮ was frustrated and angry, she would throw tantrums, hit herself and pull out her own hair. In her school T▮▮ was observed to go and sit under her table and rock there without paying attention to her teacher's instructions to come out and sit on her chair. She was diagnosed with Oppositional Defiant Disorder at the Center for Mental Health. Her mother stated that once T▮▮ almost cut her leg while trying to shave with razor. Her mother reported that in school with other children, T▮▮ behaves like a timid child and often gets into trouble. Her mother does not allow her to go out by herself, and play with other children because once she was accused

of throwing rocks which she was told to do so by other Children. Her mother later recalled that T▆▆ was suspended from her school once for exhibiting uncontrollable behavior problems. In Walker Jones Elementary School, two years ago, she was reported to be sitting on the floor, crying, yelling and kicking. Her behavior, last year also, was same in her other school too.

## BACKGROUND HISTORY:

   T▆▆ was born as the third child to her mother in Washington D.C. Her mother reported that her pregnancy was normal and full term. The delivery was also reported to be normal but due some neonatal complication, T▆▆ had to stay in the Hospital for one day soon after her birth. Her mother later shared that she had been abusing Cocaine off and on during her pregnancy with T▆▆. Her mother now was working as a Teacher's Aid at the Center for Mental Health and claimed to have been drug free for more than two years. T▆▆ was raised by her mother. Her father, Mr. Michael Tyler, does not live with the family and does not support her up bringing. T▆▆ mother reported that her father had lost his parental rights due to incidents of domestic violence which were witnessed by T▆▆. According to her mother, T▆▆, however visits her father's place every weekend. Her mother expressed that T▆▆ visits to her father might be contributing and adding to her problems. T▆▆▆ milestones of developments were reported to be on time and normal.

   T▆▆ started attending a daycare center at the age of one and half year and the Head Start Program at the age of 3 years. T▆▆ repeated her Head Start Class and started having problems observed in KG. Currently she is attending Winston Elementary School in the second grade. Her teachers have reported her poor learning and complained about her behavior such as sleeping in class and bothering other children.

   T▆▆ lives with her mother and 12 year old brother. Her mother leaves home for work by 7.00 AM and comes back by 3.30 PM. She starts her day by 6.30 AM, washes up, dresses, gets ready for school, fixes her bowl of cereal and a sandwich, watches some TV and leaves for school with her brother at 8.15. She walks to her school with her brother, comes back home by 3.30 PM, fixes her sandwich, eats a snacks and does her homework. She is picked up and dropped off by the Van to attend a program at the Center for Mental Health from 4.00 PM till 7.30 except for Mondays. On Mondays her Mentor Mr. Wallace comes to visit her from 5.30 PM till 6.30 PM. Her mentor takes her out for outing and help in homework. Her mother reported that her Mentor gets very frustrated with T▆▆ because she can be very demanding and defiant. On some days she goes out to play, comes back in home by 8.00 PM, eats her dinner by 8.15 PM, takes bath and goes to sleep by 8.30 or 9,00 PM.

## OBSERVATION AND TEST BEHAVIOR:

Ms. T████ is a 6-year-old right handed, African American girl with a small, slim body structure of fairer complexion. She was properly groomed and dressed in appropriate clean clothes. She appeared happy, restless but shy and smiled when greeted. Her affect was appropriate. She started crying with tears in her eyes when asked if she had any problems. Her eye contact was adequate. T████ walked with a normal gait. Her general motor activity level was within normal limits but on the hyper side. Her articulation was clear and normal but childish. Her speech was short but coherent and relevant. The flow of thoughts was normal. The sentence formation was simple and short. She was oriented to time, person and place for her age. She knew the year was 2003 but did not know the date and month. Though she knew al the days of the week, she did not know the day's date. Her attention and concentration span was short and fluctuating. Her memory for immediate, recent and past events was found to be slow.

T████ was not aware of her problems and situation. She reported that she had no problems. When asked to write her name and address she wrote some letters and numbers backwards such as "7" and "p". 14 became 41 and 15 was 51 when she wrote her numbers. There was no history of any head injury or seizure activity. Her sleep and appetite are both normal.

The available records revealed that her language and articulation skills were within normal limits. Her Verbal IQ (91) was with in Average range, Performance IQ (80) and Full Scale IQ on WISC III was assessed to be 83 were in Low Average range. Her reading, writing and math skills were in Low average range. Her emotional and behavioral problems could be impacting her academic achievements and progress. Earlier at the age of 5 she was diagnosed with Oppositional Defiant Disorder, Speech Disorder and Learning Disorder NOS by her Psychiatrist.

## TEST RESULTS :

During the testing T████ was cooperative but slow. She showed some interest in the tests. On Vineland Adaptive Behavior Scales her scores were as follows: Her mother responded to the items on this test.

| SCALES | Raw/Standard Scores | Adaptive Level | Developmental Age |
|---|---|---|---|
| Communication | 86/76 | Moderately Low | 5-3 |
| Daily Living | 102/82 | Moderately Low | 5-8 |
| Socialization | 64/68 | Low | 3-9 |

Ms. T████ T████/ Page...4

Motor Skills                  Equivalent to above    5-11
Total Score        /226/70    Moderately Low
Maladaptive Behavior Domain    19        Significant

In the area of Communication though she could verbally comprehend and express herself in spoken communication, she had difficulty in written communication. Her written communication lacked the age appropriate coordination. She missed letter when asked to write alphabets and missed numbers while writing her numbers. She could write numbers up to number 13 only. Her social skills are very poor as she is unable to share.

The analysis of her responses on Sentence Completion Test, Draw A Person Test, CAT and Rorschach Ink Blot Test is suggestive of a 6 years old girl who was struggling to adjust to her environmental stress and demands with masked anxiety. On Sentence Completion Test she filled out the blanks verbally. On this test she was expressive. She completed a sentence by saying.." She wished she "had more friends", she wanted to be "a good person"; "I hate Drug Dealer". She showed some insight when she completed the sentence by saying that " my biggest problem is " Following Directions: and then " I suffer the consequences"; my reading is bad I do not know how to spell. She expressed that TV was her friend and that she played with herself. Her self-image was poor as she expressed that her habits were bad and " I am ashamed of myself". She felt that most boys and most people "do bad things."  On Draw -A- Person test she  drew a simple very small picture of a girl, boy, mother and father with immature body parts which were in terms of details. Her pictures had smaller hands but larger hairs, trunks and legs and missed ears. Her self-concept appeared to very poor.

On Thematic Apperception Test Cards, she was able to generate simple small narrative stories. In her stories the Heroes were sad, lonely  and fearful persons under stress to reach the goals set for them. No major conflicts were projected in her stories. The relationships were supportive  bur stressful. The nature of stresses was environmental and not internal. Her needs were to seek approval and acceptance. The motivation level was Ok. Her coping mechanisms were immature. Some anger, impulse control problems and oppositional tendencies were noted to deal with stress. On the Rorschach Test the number of responses was within normal limits. She projected as a person of a near average organizational abilities with no psychotic or major depressive emotional problems, which may appear to negate a diagnosis of Attention Deficit Disorder but this is not consistent with her behavior and present functioning. There was a notable lack of human response on her protocol and color shock was noted on a few cards, suggesting a feeling of personal inadequacies and masked guilt.

90

Ms. T████ T████/ Page...5

DIAGNOSTIC IMPRESSIONS:
DSM IV:
Axis I    315.2  Disorder of Written Expression
          314.1  Attention Deficit Hyperactivity Disorder
          313.81 Oppositional Defiant Disorder,
Axis II   None
Axis III  None
Axis IV   psychosocial and environmental problems
Axis V    50

SUMMARY AND RECOMMENDATIONS:

   T████ presented a picture of a 6 years old African American girl with an average to low average level of current functional intelligence and slower pace of growth in the area of socialization. She has a history of being born to a cocaine-abusing mother. She demonstrates restlessness, limited attention and concentration, Oppositional and defiant behaviors, slow learning and behavior and adjustment problems. A prenatal exposure to cocaine might affect her organic status reflecting in her problems in the areas of academic progress, behavior and social life. Proper Individual Therapy and behavior modification programs need to continue to help her in enhancing her focusing skills and self concept, self image and provide her more mature and pragmatic coping mechanisms. She needs to be prepared and protected from developing the feelings of self-pity and guilt in face of probable failures. Along with these measures she also needs a proper placement in school where her needs can be properly met to exploit and develop her intellectual potential to the fullest so the gap between her potentials and hitherto obtained level can be bridged.


Sambhu N. Banik, Ph.D.
Licensed Psychologist

91

*T-05*

# Summary of Diagnostic Assess
### Sylvan Math Essentials assessed on 03/05/2005
T‑‑‑ T‑‑‑, DOB ‑‑/‑‑/1996
Current Age: 8 Years 5 Months, Current Grade: 3.6
Report Date: Wednesday, March 09, 2005

**SYLVAN**
LEARNING CENTER®
*Learning feels good*

## General Assessments

**Age When Assessed:**  8 years - 5 months

**Receptive Vocabulary:**
Comprehensive Receptive and Expressive Vocabulary Test
Percentile Rank:            14
Age Equivalent:            6 Years 6 Months
Standard Score:            84 (Below Average)

## California Achievement Test

**CAT/5:Form A - Level 13  Grade Equivalents***

**Target Grade: 5.6**

Computation GE:1.8 %ile:2

Concepts & Appl. GE:2.2 %ile:11

Total GE:2.0 %ile:5

0.0    1.0    2.0    3.0    4.0    5.0    6.0
Grade Equivalent

## Sylvan Math Essentials Strand

| Level | | K | 1 | 2 | 3 | 4 |
|---|---|---|---|---|---|---|
| Numeration | (N) | | | | | ▦ |
| Addition and Subtraction | (A/S) | | ■ | | | ▦ |
| Multiplication and Division | (M/D) | | | | ■ | ▦ |
| Fractions | (F) | | | ■ | | |
| Decimals | (D) | | | | ▦ | |
| Integers | (IN) | | | | ■ | ▦ |
| Algebraic Reasoning | (AR) | | | ■ | ▦ | |
| Time and Money | (TM) | | | | ■ | ▦ |
| Measurement | (M) | ■ | | | | |
| Geometry | (GE) | | | | ▦ | ▦ |
| Area, Perimeter and Volume | (APV) | | | | ▦ | ▦ |
| Graphing | (GR) | | | ■ | | |
| Ratio, Proportion and Percent | (RPP) | | | | | |
| Probability and Statistics | (PR) | | | | ■ | |
| Problem Solving | (PS) | | | | | |

■ Needs instruction      ▦ Pre-assess During Instruction

---

\* SLC administers standardized tests on an individual basis for placement within a Sylvan program.  Results reported as grade equivalent
are not expected to equal the classroom grade level.

©1995-2005 Sylvan Learning Systems, Inc. No part of this report may be reproduced without permission.

92



# Sylvan Plan for Success
## Sylvan Math Essentials
T██ T██, DOB ██/1996
Current Age: 8 Years 5 Months, Current Grade: 3.6
Report Date: Wednesday, March 09, 2005

## Long-Term Family Needs for T██:

- Improve daily grades
- Demonstrate a higher level of self-confidence

## Long-Term Academic Goals for T██:

### By completion of her program:

**In Fact Fluency, T██ will:**
- increase efficiency and accuracy of recalling addition, subtraction, multiplication, and division facts.

**In Content Knowledge, T██ will:**
- master and apply all identified skill gaps below level 3.
- master and apply on and above level skills through level 4.
- work successfully above level on level 5 skills.

### Problem Solving
- develop confidence, skills, and strategies for solving word problems.
- demonstrate proficiency at applying knowledge of mathematics to solve problems.

### Communication
- communicate precisely and accurately her knowledge of mathematical skills and concepts both orally and in writing.

## Estimated length of program: 100 - 131 Hours

**Mastery**
- Develop critical thinking skills
- Develop self study skills
- Apply learning strategies

**Application**
- Enrich existing skills
- Build a pattern of success
- Heighten self motivation

**Foundation**
- Assess learner development
- Close skill gaps
- Build self confidence
- Provide a foundation for continued success

©1995-2005 Sylvan Learning Systems, Inc. No part of this report may be reproduced without permission.



**Sylvan Plan for Success**
**Sylvan Math Essentials**
T███ T███, DOB ████/1996
Current Age: 8 Years 5 Months, Current Grade: 3.6
Report Date: Wednesday, March 09, 2005

SYLVAN
LEARNING CENTER®
*Learning feels good.*

## T███ will work on the following skills during her first 12 hours of instruction:

- Identify and name the plane figures: circle, triangle, square, and rectangle at level K.
- Understand the concept that addition and subtraction are related at level 1.
- Complete and interpret simple picture graphs, bar graphs, and tables at level 1.
- Identify odd and even numbers at level 2.
- Understand the concept of place value, and identify the value of each digit for numbers through 999 at level 2.
- Identify the numeral that comes before, between, or after any given numeral through 999; order numerals through 999 at level 2.
- Develop computational fluency in subtraction facts; use the strategies: count back, fact families, and looping at level 2.
- Subtract 2- and 3-digit numbers with no regrouping; check with addition at level 2.
- Add 1- and 2-digit numbers with regrouping at level 2.
- Subtract a 1-digit number from a 2-digit number with regrouping at level 2.

## Director's Comments:

_____

_____

## Parent's Comments:

_____

_____


_____     _____     _____
Director's Signature    Date     Student's Signature    Date     Parent's Signature    Date

©1995-2005 Sylvan Learning Systems, Inc. No part of this report may be reproduced without permission.



# SYLVAN
## LEARNING CENTER®
*Learning feels good!*

# Summary of Diagnostic Assessment
## Sylvan Academic Reading assessed on 03/05/2005
T████ T████, DOB ██/██/1996
Current Age: 8 Years 5 Months, Current Grade: 3.6
Report Date: Wednesday, March 09, 2005

## General Assessments

**Age When Assessed:** 8 years - 5 months

**Receptive Vocabulary:**
Comprehensive Receptive and Expressive Vocabulary Test
Percentile Rank:        14
Age Equivalent:         6 Years 6 Months
Standard Score:         84 (Below Average)

## Gray Oral Reading Test 3 - GORT 3

|                     | %ile | GE*  | Rating    |
|---------------------|------|------|-----------|
| Rate                | 5    | <1.9 | Poor      |
| Accuracy            | 5    | <1.9 | Poor      |
| Passage             | 5    | <1.9 | Poor      |
| Comprehension       | 2    | <1.9 | Poor      |
| Oral Reading Quotient | 67 |      | Very Poor |

## California Achievement Test

**CAT/5:Form A - Level 13 Grade Equivalents***

Target Grade: 5.6



Vocabulary GE:1.8 %ile:6

Comprehension GE:0.4 %ile:1

Total GE:1.1 %ile:1

0.0   1.0   2.0   3.0   4.0   5.0   6.0

## Word Analysis

### Phonetic Analysis

|                        | DA |
|------------------------|----|
| Consonants: Mixed      |    |
| Short Vowels: Mixed    |    |
| Consonant Blends: Mixed|    |
| Long Vowels: Mixed     |    |
| Hard/Soft Sounds: Mixed|    |
| Consonant Digraphs     |    |
| Vowel Digraphs: Mixed  |    |
| Silent Letters         |    |
| Irregular Vowels: Mixed|    |
| Y as Vowel             |    |
| R-Controlled Vowels: Mixed |    |

## Vocabulary

### Sight Vocabulary

|                              |    |
|------------------------------|----|
| Simple Sight Vocabulary (I)  |    |
| Basic Sight Vocabulary (II)  |    |
| Advanced Sight Vocabulary (III) |    |

---

* SLC administers standardized tests on an individual basis for placement within a Sylvan program. Results reported as grade equivalent are not expected to equal the classroom grade level.



# Summary of Diagnostic Assessment

## Sylvan Academic Reading assessed on 03/05/2005

T████ Ty███, DOB ████/1996

Current Age: 8 Years 5 Months, Current Grade: 3.6

Report Date: Wednesday, March 09, 2005

## Vocabulary

| Vocabulary Acquisition | 2 | 3 | 4 |
|---|---|---|---|
| Vocabulary From Texts | NA | NA | |
| Vocabulary Development | | | |

| Vocabulary Building Strategies | 2 | 3 | 4 |
|---|---|---|---|
| Mult. Meaning Words | | | |
| Synonyms | | | |
| Antonyms | | | |
| Homonyms | | | |
| Concrete Context Clues | | | NA |
| Inferential Context Clues | | | |
| Context: Mixed | | | |
| Analogies: Descriptive | | | |
| Analogies: Comparative | | | |
| Analogies: Categorical | | | |
| Analogies: Serial | | | |
| Analogies: Causal | | | |
| Analogies: Mixed | | | |

## Comprehension

| Base Skills | 2 | 3 | 4 |
|---|---|---|---|
| **Reading for the Main Idea** | | | |
| Main Idea: Categorizing | | | NA |
| Main Idea: Stated | | | |
| Main Idea: Implied | | | |
| **Reading for Patterns** | | | |
| Signal and Question Words | | | |
| Facts and Details | | | |
| Sequence | NA | | |
| Compare and Contrast | | | |
| Cause and Effect | | | |
| **Reading to Evaluate** | | | |
| Drawing Conclusions | | | |

## Comprehension

| Mastery Skills | 2 | 3 | 4 |
|---|---|---|---|
| **Critical Reading / Reasoning** | | | |
| Reality and Fantasy | | | NA |
| Predicting Outcomes | | | |
| Fact and Opinion | | | |
| Figurative Language | NA | | |
| Persuasion | NA | | |
| Deductive Reasoning | | | |
| **Literary Analysis** | | | |
| Literary Forms | | | |
| Character Analysis | | | |
| Story Structure | | | |
| Author's Purpose | NA | NA | |

| Integrated Skills | 2 | 3 | 4 |
|---|---|---|---|
| Reading Fiction and Narrative | | | |
| Reading Factual Text | | | |

## Application & Extension

| Reading Tools | | | |
|---|---|---|---|
| Oral Reading | | | |
| Spelling Development | | | |

## Comments:

_____

_____

_____

_____

Parent Signature  _____

Director Signature  _____

| A - Assigned | B - Begun | C - Closed |
|---|---|---|
| NT - Not Tested | NA - Not Applicable | DA - Mastered on Test |
| Shaded - Needs Instruction | | |

# SYLVAN
## LEARNING CENTER®
*Learning feels good*

**Sylvan Plan for Success**
**Sylvan Academic Reading**
T███ T███, DOB ██/██/1996
Current Age: 8 Years 5 Months, Current Grade: 3.6
Report Date: Wednesday, March 09, 2005

## Long-Term Family Needs for T███:

- Improve daily grades
- Demonstrate a higher level of self-confidence

## Long-Term Academic Goals for T███:

### In Word Analysis, T███ will:
- build sight vocabulary through review and repetition.
- improve and apply phonics skills (for example, long vowel sounds).
- learn how word structure affects meaning (for example, add "pre" to mean before).

### In Vocabulary, T███ will:
- develop a larger working vocabulary for reading.
- practice strategies for analyzing unknown words.
- work successfully at the 5th vocabulary level by the completion of the program.

### In Comprehension, T███ will:
- apply literal and critical thinking skills to comprehend text.
- learn how reading factual text differs from reading fiction.
- develop active reading strategies and self-checking techniques.
- work successfully at the 5th comprehension level by the completion of the program.

## Estimated length of program: 423 - 435 Hours

**Foundation**
- Assess learner development
- Close skill gaps
- Build self confidence
- Provide a foundation for continued success

**Application**
- Enrich existing skills
- Build a pattern of success
- Heighten self-motivation

**Mastery**
- Develop critical thinking skills
- Develop self-study skills
- Apply learning strategies



**SYLVAN**
LEARNING CENTER®
*Learning feels good!*

# Sylvan Plan for Success
### Sylvan Academic Reading
T████ T████, DOB ████1996
Current Age: 8 Years 5 Months, Current Grade: 3.6
Report Date: Wednesday, March 09, 2005

**T████ will work on the following skills during her first 12 hours of instruction:**

- Simple Sight Vocabulary (I)
- Short Vowels: Short 'a'
- Short Vowels: Short 'e'
- Consonant Blends: 'r' Blends
- Consonant Blends: 'l' Blends
- Mult. Meaning Words at level 2
- Synonyms at level 2
- Concrete Context Clues at level 2
- Inferential Context Clues at level 2
- Main Idea: Categorizing at level 2
- Main Idea: Stated at level 2
- Signal and Question Words at level 2
- Facts and Details at level 2

## Director's Comments:

_____

_____

## Parent's Comments:

_____

_____

| | | |
|---|---|---|
| Director's Signature    Date | Student's Signature    Date | Parent's Signature    Date |

©1995-2005 Sylvan Learning Systems, Inc. No part of this report may be reproduced without permission.

98



**SYLVAN**
LEARNING CENTER®
*Learning feels good.*

# Summary of Diagnostic Assessment
### Beginning Reading assessed on 03/11/2005
T███ T████, DOB █████/1996
Current Age: 8 Years 6 Months, Current Grade: 3.7
Report Date: Monday, April 11, 2005

## General Assessments
**Age When Assessed:** _8 years - 5 months_
**Receptive Vocabulary:**
Comprehensive Receptive and Expressive Vocabulary Test
Standard Score:          Below Average

## Inventory of Beginning Abilities

| | | |
|---|---|---|
| Printing: First and Last Names | 2 | 2 |
| Names of Colors | 9 | 9 |
| Names of Letters: Capitals | 26 | 26 |
| Names of Numbers | 31 | 31 |
| Names of Letters: Lowercase | 25 | 26 |
| Metalanguage | 15 | 16 |
| Visual Discrimination: Letters | 12 | 12 |
| Consonant Sounds | 18 | 18 |
| Auditory Discrimination: Beginning Sounds | 12 | 16 |

\* SLC administers standardized tests on an individual basis for placement within a Sylvan program. Results reported as grade equivalent are not expected to equal the classroom grade level.

Comments:

_____

_____

_____

_____

_____



_____

## Reading Vocabulary Test
| | | |
|---|---|---|
| Color Words | 9 | 9 |

## Word Tests
| | | |
|---|---|---|
| A | 15 | 15 |
| B | 17 | 18 |
| C | 14 | 21 |
| D | 14 | 15 |
| E | | 29 |

## BR Placement
| | |
|---|---|
| Part | 1 |
| Guide | 36 |

## LOS
| | |
|---|---|
| Low | 100 |
| High | or more |



_____
Recipient's Signature

_____
Director's Signature

## Decoding Abilities Tests, Part Two
| | | |
|---|---|---|
| Short Vowel Sounds | 0 | 5 |
| Consonant Digraphs: Knows Sounds | 0 | 4 |
| Consonant Digraphs: Uses Sounds | 5 | 8 |



# SYLVAN LEARNING CENTER®
*Learning feels good*

**Sylvan Plan for Success**
**Beginning Reading**
T██ T██, DOB ██/1996
Current Age: 8 Years 6 Months, Current Grade: 3.7
Report Date: Monday, April 11, 2005

## Long-Term Family Needs for T████

- Improve daily grades
- Demonstrate a higher level of self-confidence

## Long-Term Academic Goals for T████

**By completion of her program, T████ will:**

- be able to identify nine primary colors.
- identify the letters of the alphabet.
- build meanings of words relating to language (for example, "question mark").
- learn to read symbols in print (for example, how a question mark is used).
- develop a sight vocabulary consisting of function and content words.
- use the spelling of words to aid pronunciation.
- understand the meanings of specific words.
- learn how word structure affects meaning (for example, add "s" for a plural).
- comprehend the text that he/she reads.
- read fluently and expressively.
- learn to understand text that is read to him/her.

## Estimated length of program: 100 or more Hours

**Foundation**
- Assess learner development
- Close skill gaps
- Build self-confidence
- Provide a foundation for continued success

**Application**
- Enrich existing skills
- Build a pattern of success
- Heighten self-motivation

**Mastery**
- Develop critical thinking skills
- Develop self-study skills
- Apply learning strategies

©2003 Sylvan Learning, Inc. No part of this report may be reproduced without permission.

100

# SYLVAN
## LEARNING CENTER®
*Learning feels good.*

**Sylvan Plan for Success**
**Beginning Reading**
T████ T████, DOB ████/1996
Current Age: 8 Years 6 Months, Current Grade: 3.7
Report Date: Monday, April 11, 2005

## T████ will work on the following skills during her first 12 hours of instruction:

- Guide 1-36: Metalanguage: same word. Print Awareness: Pages are numbered in given order. Text read from top-to-bottom and from left-to-right. Reading Vocabulary: are six, don't you, eight, I'm. Word Meanings: shell, stripe. Word Structure: Plural marker: -s. Comprehension: Books may provide information. Pronoun referents: I, you.
- Guide 1-37: Decoding: i = /i/. Blending: Adding initial consonant sound to produce word, can hear vowel sounds in initial and medial positions, can hear consonant sounds in final position, can blend sounds to produce syllable.
- Guide 1-38: Metalanguage: same word. Print Awareness: Sentences do not always end at end of line. Reading Vocabulary: of we, our with, there, to. Decoding: Review: u = / u /, a = / a /, i = / i /. Word Meanings: Homophones: see, sea, underwater school (of fish), journey, explore. Word Structure: Compound word: two words put together that help with meaning. Comprehension: Books may provide information. Pronoun referents: We, us.
- Guide 1-39: Decoding: n = / n /, p = / p /. Listening Comprehension: Can carry out directions that are read to him/her.
- Guide 1-40: Metalanguage: same word. Print Awareness: Text on page read from top-to-bottom. Lines of text read from left-to-right. Reading Vocabulary: baby, grow, they. Decoding: Blending initial sound and one-syllable word. Word Meanings: Homonym: change Antonyms: little, big; tiny, huge, become grow, change huge. Comprehension: Books may provide information. Pronoun referents: They.
- Guide 1-41: Decoding: d = / d /, h = / h /. Listening Comprehension: Can carry out directions that are read to him/her.
- Guide 1-42: Reading Vocabulary: grew, two, not, was, one, three. Decoding: New:, w = / w /. Word Meanings: seed, garden, roots, leaves, stem. Word Structure: Effect of -ed on pronunciation. Comprehension: End of sentence signalled by period requires pause. Comma signals shorter pause.
- Guide 1-43: Decoding: c = / k /, g = / g /. Listening Comprehension: Can carry out directions that are read to him/her.
- Guide 1-44: Word Structure: Plural marker: - s. Comprehension: Title of expository text reveals topic. Listening Comprehension: Can answer questions about narrative and expository text.
- Guide 1-45: Print Awareness: Sentence does not always end at end of line. Period shows where sentence ends. Reading Vocabulary: am, my, an, orange, at, find, for. Decoding: New: l = / l /. Word Meanings: Antonyms: big, little, still, chirp. Word Structure: Plural marker: - s. Comprehension: Books may provide information. Question mark shows question is being asked. Period signals need to pause. Comma requires shorter pause.
- Guide 1-46: Decoding: Can add initial consonant sound to produce word. Can hear vowel sounds in initial and medial positions.

©2003 Sylvan Learning, Inc. No part of this report may be reproduced without permission.



## SYLVAN
### LEARNING CENTER®
*Learning feels good.*

**Summary of Diagnostic Assessment**

Sylvan Academic Reading assessed on 03/05/2005

T▆▆ T▆▆, DOB ▆▆/1996

Current Age: 8 Years 6 Months, Current Grade: 3.7

Report Date: Monday, April 11, 2005

### General Assessments

**Age When Assessed:** 8 years - 5 months

Receptive Vocabulary:

Comprehensive Receptive and Expressive Vocabulary Test

Percentile Rank:    14

Age Equivalent:    6 Years 6 Months

Standard Score:    84 (Below Average)

### Gray Oral Reading Test 3 - GORT 3

|  | %ile | GE* | Rating |
|---|---|---|---|
| Rate | 5 | <1.9 | Poor |
| Accuracy | 5 | <1.9 | Poor |
| Passage | 5 | <1.9 | Poor |
| Comprehension | 2 | <1.9 | Poor |
| Oral Reading Quotient | 67 |  | Very Poor |

### California Achievement Test

**CAT/5:Form A - Level 13 Grade Equivalents***

Target Grade: 5.6



Vocabulary GE:1.8 %ile:6

Comprehension GE:0.4 %ile:1

Total GE:1.1 %ile:1

0.0    1.0    2.0    3.0    4.0    5.0    6.0

### Word Analysis

**Phonetic Analysis**

|  | D.A. |
|---|---|
| Consonants: Mixed | |
| Short Vowels: Mixed | |
| Consonant Blends: Mixed | |
| Long Vowels: Mixed | |
| Hard/Soft Sounds: Mixed | |
| Consonant Digraphs | |
| Vowel Digraphs: Mixed | |
| Silent Letters | |
| Irregular Vowels: Mixed | |
| Y as Vowel | |
| R-Controlled Vowels: Mixed | |

### Vocabulary

**Sight Vocabulary**

|  | A |
|---|---|
| Simple Sight Vocabulary (I) | |
| Basic Sight Vocabulary (II) | |
| Advanced Sight Vocabulary (III) | |

* SLC administers standardized tests on an individual basis for placement within a Sylvan program. Results reported as grade equivalent are not expected to equal the classroom grade level.

Summary of Diagnostic Assessment

Center #12309

©1995-2005 Sylvan Learning Systems, Inc. No part of this report may be reproduced without permission.



# SYLVAN
## LEARNING CENTER®
*Learning feels good.*

## Summary of Diagnostic Assessment
### Sylvan Academic Reading assessed on 03/05/2005
T▬▬ T▬▬, DOB ▬▬/1996
**Current Age: 8 Years 6 Months, Current Grade: 3.7**
Report Date: Monday, April 11, 2005

## Vocabulary

| Vocabulary Acquisition | 2 | 3 | 4 |
|---|---|---|---|
| Vocabulary From Texts | NA | NA | |
| Vocabulary Development | | | |

| Vocabulary Building Strategies | 2 | 3 | 4 |
|---|---|---|---|
| Mult. Meaning Words | A | | |
| Synonyms | A | | |
| Antonyms | | | |
| Homonyms | | | |
| Concrete Context Clues | A | | NA |
| Inferential Context Clues | A | | |
| Context: Mixed | | | |
| Analogies: Descriptive | | | |
| Analogies: Comparative | | | |
| Analogies: Categorical | | | |
| Analogies: Serial | | | |
| Analogies: Causal | | | |
| Analogies: Mixed | | | |

## Comprehension

| Base Skills | 2 | 3 | 4 |
|---|---|---|---|
| **Reading for the Main Idea** | | | NA |
| Main Idea: Categorizing | | | |
| Main Idea: Stated | | | |
| Main Idea: Implied | | | |
| **Reading for Patterns** | | | |
| Signal and Question Words | | | |
| Facts and Details | | | |
| Sequence | NA | | |
| Compare and Contrast | | | |
| Cause and Effect | | | |
| **Reading to Evaluate** | | | |
| Drawing Conclusions | | | |

## Comprehension

| Mastery Skills | 2 | 3 | 4 |
|---|---|---|---|
| Critical Reading / Reasoning | | | NA |
| Reality and Fantasy | | | |
| Predicting Outcomes | | | |
| Fact and Opinion | | | |
| Figurative Language | NA | | |
| Persuasion | NA | | |
| Deductive Reasoning | | | |
| Literary Analysis | | | |
| Literary Forms | | | |
| Character Analysis | | | |
| Story Structure | | | |
| Author's Purpose | NA | NA | |

| Integrated Skills | 2 | 3 | 4 |
|---|---|---|---|
| Reading Fiction and Narrative | | | |
| Reading Factual Text | | | |

## Application & Extension

| | | | |
|---|---|---|---|
| Reading Tools | | | |
| Oral Reading | | | |
| Spelling Development | | | |

**Comments:**

_____

_____

_____

Parent Signature  _____

Director Signature  _____

| A - Assigned | B - Begun | C - Closed |
|---|---|---|
| NT - Not Tested | NA - Not Applicable | DA - Mastered on Test |
| Shaded - Needs Instruction | | |

©1995-2005 Sylvan Learning Systems, Inc. No part of this report may be reproduced without permission.

103



# SYLVAN LEARNING CENTER®

**The Silver Spring Center**
11161 New Hampshire Avenue
**Suite 104**
Silver Spring, Maryland 20904
**Kaleda M. Stokes, Center Director**

## Fax Cover Sheet

**To**: Annie Pressley, Educational Advocate    **From**: KM Stokes

**Re**: T▆▆ T▆▆

**Pages including cover:** _____

**Today's date:** 11 April 2005

Ms. Pressley,

Please excuse my extreme tardiness. We are short staffed and have maintained a very busy center in spite of. The following are the summary diagnostic test scores representing T▆▆ T▆▆. Please note that T▆▆ was given two different tests. The first test, Academic Reading, was appropriate for her grade level; however she was unable to understand or read most of the text. We also administered the Beginning Reading test, normally for Kindergarten through first graders. She did much better on this test as it was obviously easier and addressed more skills that she did know. In all, we recommend 100 hours or more sessions in our Beginning Reading program for T▆▆. If you have any questions or need further explanation, feel free to call me at your convenience.

Regards,

KM Stokes

District of Columbia Public Schools
Division of Special Education

Psychoeducational Report
confidential

**NAME:** T███ T███            **REPORT DATE:** 02/28/03
**AGE:** 6 years 3 months       **EXAMINER:** Teresa Erby
**DATE OF BIRTH:** ███/96       **TITLE:** School Psychologist
**GENDER:** Female              **LIC/CERT:** DCPS
**GRADE:** 1
**SCHOOL:** Winston Educational Center

**Test Administered:**
Wechsler Intelligence Scale for Children Third Edition(2/3/03)
Woodcock Johnson Test of Achievement -Third Edition(2/14/03)
Developmental Test of Visual Motor Integration(Beery)(2/14/03)
Review of Records

### Background Information/Reason for Referral

T███is a 6-year-old female in the first grade at Winston Educational Center. She was referred for an evaluation in order to assist in determining her eligibility for special educational services.

At the time of the evaluation T███ mother was concerned about her reading and math skills. She stated that she could not identify basic words. Ms. Grant, T███ teacher stated that she has a short attention span, is not working on grade level, and often does not participate in class activities. Her teacher also stated that earlier in the school year she had tantrums and frequently slept during class. T███ continues to frequently ask to go to the bathroom and does not like to stay seated.

### Previous Testing

A psychiatric evaluation was completed 6/5/02 by Alberta Vallis M.D. , at the Center for Mental Health. T███ was 5-years old at the time of the evaluation. T███ was described to be over demanding and lacking insight into her behavior problems. She was diagnosed with Oppositional Defiant Disorder, Speech Disorder, and a Learning Disorder NOS. Dr. Vallis recommended weekly therapy and placement in a therapeutic program.

### Intellectual Functioning

T███ general cognitive ability is within the low average range of intellectual functioning, as measured by the Wechsler Intelligence Scale for Children--Third Edition. Her overall reasoning abilities exceed those of approximately 13% of children her age

T▮▮▮ T▮▮▮
Page 2

(FSIQ = 83; 90% confidence interval = 73 - 83).

She performed slightly better on verbal than on nonverbal reasoning tasks, but there is no significant difference between T▮▮▮ ability to reason with and without the use of words. Her verbal reasoning abilities are most appropriately characterized by her score on the Verbal Comprehension Index, which is average and above those of approximately 27% of her peers (VCI = 91; 90% confidence interval = 85-98). Her nonverbal reasoning abilities are best described by her score on the Perceptual Organization Index, which is low average and above that of approximately 9% of students T▮▮▮ age (POI = 80; 90% confidence interval = 74 - 90).

T▮▮▮ may have a specific problem with number abilities. She performed significantly lower on the Arithmetic (Scaled Score = 3) subtest than on the Digit Span subtest (Scaled Score = 7). Both of these tasks require attention, concentration, and mental control, but the Arithmetic subtest also measures specific abilities in numerical operations and mathematics reasoning.

The Verbal score indicates how well T▮▮▮ did on tasks that required her to listen to questions and give spoken answers to them. These tasks evaluate her skills in understanding verbal information, thinking with words, and expressing thoughts in words.

Compared to her mean score for all of the verbal reasoning tasks, T▮▮▮ performance was significantly better on the Comprehension subtest and significantly weaker on the Similarities subtest. Her weak performance on the Similarities subtest was far below that of most of her peers. The Comprehension subtest required T▮▮▮ to provide oral solutions to everyday problems and to explain the underlying reasons for certain social rules or concepts. This subtest provides a general measure of verbal reasoning. In particular, this subtest assesses her comprehension of social situations and social judgment as well as her knowledge of conventional standards of social behavior (Comprehension scaled score = 13).

On the Similarities subtest T▮▮▮ was required to respond orally to a series of word pairs by explaining how the words of each pair are alike. This subtest examines her ability to abstract meaningful concepts and relationships from verbally presented material (Similarities scaled score = 2).

The Performance score indicates how well she did on tasks that required her to examine and think about things such as designs, pictures, and puzzles and to solve problems without using words. These tasks evaluate her skills in solving nonverbal problems, sometimes using eye-hand coordination, and working quickly and efficiently with visual

106

T███ T███
Page 3

information.

T███ performance was significantly better on the Coding subtest than her own mean score for all nonverbal reasoning tasks. The Coding subtest required T███ to use a key to associate a series of symbols with a series of shapes and to use a pencil to draw the symbols next to the shapes. A direct test of speed and accuracy, the Coding subtest assesses ability in quickly and correctly scanning and sequencing simple visual information. Performance on this subtest also may be influenced by short-term visual memory, attention, or visual-motor coordination (Coding scaled score = 11).

## Educational Functioning

### Reading

T███ was able to identify letters and words within the low average range( Letter-Word Identification SS = 89, GE=K.5). Her ability to match written words with representative pictures was within the average range (Passage Comprehension standard score = 92, GE=K.7). T███ was able to read the words "cat", "car", and "in". She was also able to identify most of the letters of the alphabet.

### Mathematics

T███ was able to analyze and solve problems that required listening to a problem and deciding what calculations needed to be performed in the low average range (Applied Problems SS = 80, GE=K.0). T███ was able rote count and print numbers.

### Writing

T███ performance on tasks that required her to spell orally dictated words was within the low average range(Spelling SS = 89, GE=K.3). On a writing sample T███ score fell within the average range (SS=96). T███ was able to print her first and last name and some letters of the alphabet.

## Visual Perceptual Functioning

Visual motor integration was assessed using the Berry-Buktenica Developmental Test of Visual-Motor Integration. T███ obtained a standard score of 88, indicating an average skill level. She demonstrated normal pencil grasp and pencil pressure.

## Summary

T███ is a 6-year-old female in the first grade at Winston Educational Center. Her general

107

T███ T███
Page 4

cognitive ability, as estimated by the WISC-III, is average(FSIQ = 83). T███ general verbal abilities were in the low average range (VCI = 91), and general nonverbal abilities were in the low average range (POI = 80). Her reading, math, and writing skills were also within the low average range and commensurate with her cognitive ability. She has a history of behavior problems that could be impacting her academic progress. Based on the results of the evaluation, T███ does not meet the criteria for special educational services as a Learning Disabled student. The results of this evaluation and all other pertinent information will be shared with the Multidisciplinary Team at which time all final determinations will be made.

## Recommendations

1. T███ should continue with her weekly therapy to improve negative behaviors.

2. T███ would benefit from an after school tutorial program

3. A clinical evaluation is recommended to assist in determining the impact that T███ behavior is having on her academic progress.

4. T███ would benefit from practicing basic addition and subtraction facts.

This report is valid only if signed by a qualified professional:

_Teresa Erby_

Teresa Erby
School Psychologist
DCPS

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 06/13/2005 15:23
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROK3J760429
```

```
        DATE,TIME              06/13  15:21
        FAX NO./NAME           4425556
        DURATION               00:02:09
        PAGE(S)                06
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

109

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                                  TIME  : 07/28/2005 17:50
                                  NAME  :
                                  FAX   :
                                  TEL   :
                                  SER.# : BROK3J760429
```

```
┌─────────────────────────────────────────────────────────────────┐
│                                                                   │
│    DATE,TIME              07/28  17:24                             │
│    FAX NO./NAME           4425098                                 │
│    DURATION               00:25:50                                │
│    PAGE(S)                79                                      │
│    RESULT                 OK                                      │
│    MODE                   STANDARD                                │
│                           ECM                                    │
│                                                                   │
└─────────────────────────────────────────────────────────────────┘
```

110

# LAW OFFICES,
# CHRISTOPHER N. ANWAH, PLLC

**Attorneys and Counselors at Law**

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

## FACSIMILE COVER LETTER

DATE: 07/28/05

TO:  Aaron Price, Sr., Esq.

COMPANY:  OGC

FAX NUMBER: 202-442-5098

FROM:  Fatmata Barrie, Esq.

RE:  5-day for T██ T██

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET        91

MESSAGE:                                          Part II = TT-07 to TT-18

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

**\*\*\*CONFIDENTIALITY NOTICE\*\*\***

The pages accompanying this facsimile transmission contain information from the Law Office of Christopher Anwah, PLLC, which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

111

TT-07

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

MDT REFERRAL DATE: _____

MDT

STUDENT: ~~T___ T___~~    SCHOOL: Winston EC    DATE: 9/25/03

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Norma E. Gales | np Norma E. Gales | Parent |
| Teresa Erby | Teres Erby | School Psychologist |
| Annie R. Pressley | Annie R. Pressley | Edu. Advocate |
| Lewis Gray, Ph.D | Lewis Gray, Ph.D | Clinical Psychologist |
| Wanda Hoston | Wanda Hoston | Social Worker |
| Rhonda T. Grant | Rhonda T. Grant | Speech Pathologist |
| Fatima Johnson | Fatima L. Johnson | Teacher |
| Deretha White | Deretha White | Counselor |
| Katherine Polk | Katherine Polk | Special Education Teacher |
| Morretta Henderson | Mirritta Henderson | Spec Ed Coord. |

The purpose of the meeting is to review evaluations and
determine ~~T___ T___~~ eligibility for special education
services. Parent is present. Parental Safeguards were
given. Introductions were made. Advocate Pressley was
present. Mother expressed her concerns and
reasons for requesting assessment.

Teacher report by Ms. F. Johnson
Below Kgn level on inital classroom testing
EPES scores: 25 out of 118 (reading)
                11 out of 50 (math)

~~T___~~ does homework. Teacher reports ~~T___~~ is not
able to complete sentences. She works one on one w/
~~T___~~ with her math. She cries when she is frustrated.
~~T___~~ also sleeps a lot in class. Teacher has not
seen distraction or lack of focus. Teacher uses peer
partners to assist ~~T___~~. ~~T___~~ follows directions when
she is able to do the tasks being assigned. Ms. Johnson

112

Pg. 2

### DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### WASHINGTON, D.C.

### MULTIDISCIPLINARY TEAM
### (MDT)
### MEETING NOTES

MDT REFERRAL DATE: _____

MDT

STUDENT: ~~T██ T██~~     SCHOOL: Winston EC     DATE: 9/25/03

PARTICIPANTS: (Print Name)     PARTICIPANTS: (Sign Name)     POSITION

has not seen oppositional defiant behavior. Socially T██ has problems when working in groups.

Social History - read by Wanda Hoston social worker ██ receives therapy at Center for Mental Health (CMH) because of behavioral problems when attending Walker-Jones. At that time she was crying, calling herself names, under table rocking back & forth. Ms. Coles had her assessed at CMH & found to have Oppositional Behavior Disorder. T██ attends summer program at CMH for behavior and skill development & afterschool 3 days/wk. In good health and currently not on any medications. Speech pathologist recommend that T██ have hearing tested because of past history of ear infections and problems w/ listening. Correction in report — mother can get T██ to respond to her Ms. Coles is more involved in community programs at CMH.

113

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

Pg 3    MDT

MDT REFERRAL DATE: _____

STUDENT: ▓▓▓▓▓▓▓▓    SCHOOL: _Winston EC_    DATE: 9/2/03

PARTICIPANTS: (Print Name)    PARTICIPANTS: (Sign Name)    POSITION

Speech report by Rhonda Grant, speech pathologist
Verbal language is ▓▓▓▓ strength; word articulation
Standard score 13 above norm. TOLD-P3: Picture vocabulary
SS = 6, relational vocab SS = 8, Oral vocab. SS = 8; grammatic under-
standing SS = 5; Sentence imitation SS = 10; grammatic completion
SS = 10. Lower scores in listening may be due to inattentive-
ness. Most of her composite scores were low norm.
Recommends 1 times per week for 30 minutes for
speech therapy.

Psycho ed report by T. Erby
WISC III    VIQ SS = 84    PIQ SS = 83   FS IQ SS = 83
Overall cognitive level is low average.
WJ III Reading: Letter-Word Ident. SS = 89  GE = K.5
                Passage Comprehension SS = 92  GE = K.7
       Math    Applied Problems SS = 80  GE K.0
       Writing:  Spelling SS = 89  GE = K.3

114

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

P. 4

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: _____   SCHOOL: Winstn EC    DATE: 9/25/03

PARTICIPANTS: (Print Name)      PARTICIPANTS: (Sign Name)      POSITION

VMI SS=88    Based on results of evaluations, ▮
does not meet criteria for services as L D Student.
Questions regarding stuttering - not seen by any of the
evaluators or the parent. Mother attributes to possibility of nervous-
ness.
Clinical report by Dr. Gray. Reviewed evaluation done
by Dr. Valtes. T▮ took death of grandparents very
hard - withdrawn and acting out. Diagnosed as Oppositional
Defiant Disorder. Dr. Gray conducted Children's Depression
Inventory. T score of 62. During classroom observat.
Dr Gray found T▮ w/head down; appeared restless
impulsive, hyperactivity, some aggression and distractive
behavior. Poor concentration + organizational skills.
Dr Gray explained that children w/ her disorder
often has difficulty controlling behavior. She manifest
▮▮▮▮▮ for ADHD - inattentive, impulsive
▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮ ▮▮▮▮▮▮

115

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

*P. 5*

| MDT |

MDT REFERRAL DATE: _____

STUDENT: ~~Isaac Taylor~~    SCHOOL: Winston EC    DATE: 9/25/03

PARTICIPANTS: (Print Name)    PARTICIPANTS: (Sign Name)    POSITION

more appropriate. There are ED concerns but Dr. Gray not certain if it is primary. Dr. Gray recommends referral to Dr. Taylor Davis for medical evaluation for ADHD.
MDT will re-convene once med. eval received. There was discussion about timeframe for continuing. Winston EC not aware of new HOD issued on 9/2. Advocate Annie P says she will give Winston (DCPS) 30 more days end of Oct. to complete + do placement.

We did not agree primarily because clinical had been done + reports forwarded to atty for student prior to the hearing date.

116