TT08



# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## 1ST GRADE REPORT CARD    SY ___—___
(Page one of three)
Student Name: _____

ID#: _____

School: Winston Ed Center

Teacher: P. Grant

- - - - - - - - - - - - - - - - - - - - - - -

| INSTRUCTIONAL LEVEL | above level | on level | below level |
|---|---|---|---|
| **Reading** | | | |
| 1st Advisory | — | — | ✓ |
| 2nd Advisory | — | — | ✓ |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | ✓ |
| **Mathematics** | | | |
| 1st Advisory | — | — | |
| 2nd Advisory | — | — | ✓ |
| 3rd Advisory | — | — | ✓ |
| 4th Advisory | — | — | |

| Advisory READING | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Demonstrates knowledge of letters & sounds and their relationship | ✓ | ✓ | — | ✓ |
| Demonstrates multiple strategies to decode & to expand vocabulary | — | ✓ | — | — |
| Reads and comprehends 25 books | — | — | ✓ | — |
| Identifies main idea | — | — | — | — |
| Retells story's events in correct sequence | — | — | — | ✓ |
| Identifies story elements | — | — | — | ✓ |

| Advisory WRITING | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Writes multiple sentences to convey ideas | — | — | — | — |
| Reads own writing to others | ✓ | ✓ | — | ✓ |
| Forms upper & lower case letters correctly | ✓ | ✓ | — | ✓ |
| Writes top to bottom, left to right | ✓ | ✓ | — | ✓ |
| Writes familiar words correctly | — | ✓ | ✓ | — |

| Advisory LISTENING SKILLS | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Listens attentively | ✓ | — | — | ✓ |
| Understands & follows oral directions | — | — | — | — |

| Advisory SPEAKING SKILLS | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Speaks in front of class | ✓ | ✓ | — | ✓ |
| Recites rhymes, chants, and poetry | — | ✓ | — | ✓ |

| Advisory MATHEMATICS | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Orders whole numbers through 99 | — | — | — | ✓ |
| Adds whole numbers | — | ✓ | ✓ | ✓ |
| Subtracts whole numbers | — | ✓ | ✓ | — |
| Investigates place value concepts | — | — | — | — |
| Models fractions | — | — | — | — |
| Tells time & counts money | — | — | ✓ | — |
| Identifies, creates & extends patterns | ✓ | ✓ | — | ✓ |
| Identifies geometric figures | ✓ | ✓ | — | ✓ |
| Collects & organizes data | — | — | — | — |
| Uses patterns to solve problems | ✓ | — | ✓ | ✓ |

## Reporting Key:
**For overall grade in subject area:**

**4 = Exceeds the standard (Advanced)**
Student takes initiative to exceed the standard; consistently produces excellent work, applying skills/concepts correctly; shows creativity and insight.

**3 = Meets the standard (Proficient)**
Student produces work that meets the standard; frequently produces very good work of high quality; applies skills/concepts correctly.

**2 = Approaches the standard (Basic)**
Student shows a basic working knowledge of skills/concepts; produces satisfactory work; usually applies skills/concepts correctly.

**1 = Does not meet the standard (Below Basic)**
Student does not show basic working knowledge of skills/concepts; seldom produces work of satisfactory quality.

**For skills/expectations within subject area:**

| | |
|---|---|
| + = Excellent | -- = Unsatisfactory |
| √ = Satisfactory | NI = Not Introduced |

117



**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**1ST GRADE REPORT CARD** SY ___ - ___
(Page two of three)
Student Name: _____

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Advisory | | | | |

### SOCIAL STUDIES — — — —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Recognizes people & events celebrated on national holidays | ✓ | ✓ | ✓ | ✓ |
| Defines characteristics of families and neighborhoods | ✓ | ✓ | ✓ | ✓ |
| Demonstrates understanding of simple map skills & concepts | ✓ | ✓ | ✓ | ✓ |
| Differentiates between past and present, present and future | ✓ | ✓ | — | — |

### SCIENCE — — — —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Collects and organizes information about the natural world | — | — | — | — |
| Describes common characteristics of living things | ✓ | ✓ | — | ✓ |
| Describes the life cycles of selected organisms | — | ✓ | — | — |
| Uses physical properties to sort objects | — | — | — | ✓ |
| Describes changes that occur in weather from season to season | — | — | ✓ | ✓ |

### MUSIC — — — —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Identifies music of various cultures and styles | — | ✓ | ✓ | ✓ |
| Interprets music through singing, listening, performing, creating, reading & writing | ✓ | ✓ | ✓ | ✓ |

### ART — — — —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Applies different media, techniques & processes in artworks | — | ✓ | — | ✓ |
| Uses symbols & images to convey meaning | — | — | — | ✓ |

### HEALTH & PHYSICAL EDUCATION — — — —

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Recognizes behaviors that are safe & those that are harmful | — | ✓ | ✓ | ✓ |
| Explains characteristics of a healthy person | — | ✓ | ✓ | ✓ |
| Shows variation in locomotor skills (e.g. hopping, sliding, jumping) | — | ✓ | ✓ | ✓ |

For the section on WORK HABITS, PERSONAL & SOCIAL SKILLS, the following key is used:

+ = Excellent
√ = Satisfactory
-- = Unsatisfactory

| Advisory | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|

### WORK HABITS

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Follows directions | — | — | — | — |
| Completes classwork on time | — | — | — | ✓ |
| Works well with others/cooperates | — | — | — | — |
| Uses time wisely | — | — | — | — |
| Completes and returns homework | — | — | — | — |
| Participates in class discussions | ✓ | ✓ | — | ✓ |
| Makes an effort | ✓ | — | ✓ | ✓ |

### PERSONAL & SOCIAL SKILLS

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Follows classroom rules | — | — | — | — |
| Follows playground/school rules | ✓ | — | — | — |
| Respects the rights/property of others | — | — | — | — |
| Listens while others speak | — | — | — | — |
| Practices self-control | — | — | ✓ | — |

### ATTENDANCE

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Days of Instruction | 5 | 1 | 0 | 2 |
| Days Absent | — | — | — | — |
| Days Tardy | — | — | — | — |

**SUPPORT SERVICES** Check where applicable.
Additional comments from support staff attached.

| | 1st | 2nd | 3rd | 4th |
|---|---|---|---|---|
| Resource: Reading | — | — | — | — |
| Resource: Mathematics | — | — | — | — |
| Special Education | — | — | — | — |
| Bilingual/ESL | — | — | — | — |

Grade Next Year _____

118

*Revised 2000-2001*

District of Columbia Public Schools Report Card
SY
(Page three of three)
TEACHER COMMENTS

Student Name: ▓▓▓▓▓    ▓▓▓▓▓    Grade: ▓

**First Advisory** ▓▓▓ Can do her work. Many times she doesn't complete her work. Please talk with her concerning her conduct in class.

Pearl A. Grant    11-7-2002

Teacher Signature    Date

**Second Advisory**

T▓▓▓ needs to improve her behavior. Please talk with her. Help her with her homework.

Pearl A. Grant    4-29-2003

Teacher Signature    Date

**Third Advisory**

Please continue to talk with T▓▓ about her behavior. Help her with her homework.

Pearl A. Grant    4-2003

Teacher Signature    Date

**Fourth Advisory**




Teacher Signature    Date

119

11-09

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
SPECIAL EDUCATION BRANCH, LEA

SOCIAL WORK EVALUATION REPORT

1. Student's Name: _____ DOB: _____/96

Parent/Guardian: Ms. Norma Gayles _____ Student ID #_____

Address: ████████████████████ DC 20020

Home Phone _____████_____ Work Phone __202-678-3000____

School: Winston Educational Center _____

Interviewer: Deborah Squirewell _____ Date: 4/8/03 _____

Referral Resource: Mother _____ Primary Language: English _____

2. Presently Receiving Psychological Services: Yes _____ No _X_

(See bottom of paper)

Frequency: _____

3. School Social Work Services currently being provided: Yes _____ No _X_

Frequency: _____

4. Other Related Services Presently Receiving: (Specify) _____

_____Frequency: _____

_____Frequency: _____

T████ sees a Behavioral Therapist at the Center For Mental
Health every Wednesday.  She is in an individual and group
session from 4 p.m. to 6 p.m.

Form 7

1 of 6

120

PART 1:    FAMILY DATA

| Name/Relationship | Age | Education/Occupation (if appropriate) |
|---|---|---|
| Norma Gayles (mother) | 39 yrs. | Employed as a Child Development Assistant at Center for Mental Health (12th Grade) |
| Davonne Gayles (brother) | 11 yrs. | 5th grade  Winston Educational Center |

Do you have any serious concerns about your child?

Yes  __X__    No _____    If yes, explain: __Ms.Gayles is concerned about__

T▓▓▓▓ behavior.

PART 11:  MEDICAL HISTORY

Please check below any illnesses or problems the child has had since the last evaluation:

_____Physical Defect        _____Frequent Colds        __X__ Allergies

_____Speech problems        _____Eye Problems          __X__ Ear Infections Last ear infection was when T▓▓▓▓ was 3 or 4 years old

_____Frequent Sore Throats  _____Asthma                _____Dietary Problems

_____Headaches              _____Epilepsy              _____Operations

_____Heart Disease          _____Diabetes              _____Serious Accidents or injuries

_____Temperature above 104

Form  7

Other (specify) _____

Describe any of the problems checked above: _____

_____

_____

_____

_____

Has the child been hospitalized?    No ___X___    Yes _____    How long? _____

Age at time: _____    Reasons: _____

_____

_____

_____

Is the child under treatment or medication at present?    No _X_    Yes _____

Describe: _____

_____

_____

_____

How would you rate the child's general health?
Excellent __x__    Good _____    Fair _____    Poor _____

Date of last physical? 5/2002 By whom? Dr. Michelle Barnes Marshall

Where? 801 Penn. Ave., S.E.    Vision fine    Hearing fine
       Suite 300, WASH DC
Next appointment(s): _____ With? _____ For? _____

Medical release of information obtained?    Yes _____    No _____

Referral to: _____

Form 7

PART 111:    SOCIAL/BEHAVIOR CHARACTERISTICS

Please check any of the following behaviors which describe your child:

__X__ Flexible

_____ Lacks self control

_____ Bedwetting

__X__ Consistently short attention span

__x__ Excessive inconsistency in behavior

_____ Usually aggressive towards others

__x__ Cooperative    T_____ cooperates with others before she cooperates with her mother.

_____ Nightmares

sometimes
_____ Difficulty completing jobs/activities

_____ Temper tantrums

_____ Difficulty with changes in routine

_____ Unreasonable fears

__x__ Gets ideas quickly

sometimes
_____ Unusually shy or withdrawn

__x__ Difficulty telling time

__x__ Frequently tells lies T_____ tells lies to get herself out of trouble.

__x__ Enjoys Reading  T_____ likes to read storybooks.

_____ Difficulty understanding questions/ directions

_____ Frequently talks to self

__x__ Difficulty using numbers

__x__ Concentration difficulties

__x__ Creative

__x__ Outgoing

__x__ Frequent changes in mood

_____ Thumb sucking

sometimes
_____ Daydreams

_____ Nailbiting

_____ Mechanical

__x__ Overactive

_____ Athletic

_____ Musical

_____ Rocking

__x__ Fantasies

_____ Underactive

_____ Avoids reading

_____ Artistic

__x__ Self-confident

_____ Avoids Homework

_____ Frequently late

sometimes
_____ Uncooperative

_____ Sleepwalking

_____ Lacks motivation

Form  7

4 of 6

123

_____ Difficulty making and keeping friends      _____ Prefers to play alone

__x__ Difficulty with organization      __x__ Demanding

_____ Gets along with peers      __x__ Likes to be in control

_____ Prefers to watch TV/Video games

Comment on any of these behaviors or any other behaviors that are of concern to you:

_____

_____

_____

Has your child had any evaluation that the school may be unaware of:

Educational _____      Psychological _____      Medical _____      Other _____

Explain (what, when, by whom): __ N/A _____

_____

_____

What are your child's interests? __T███ loves movies, storybooks, videos and riding her bicycle.__

What does your child do well? __T███ is able to articulate herself well.__

_____

What do you like best about your child? __T███ is a very loving child who never tries to be anyone else.__

How do you think the school can help your child? __The school can assist Ms. Gayles with T███ behavioral problems.__

Does your child enjoy school? __Yes_____

_____

Form  7

124

Do you feel that your child is making progress? Ms. Gayles couldn't answer this question.

Is your family currently involved with any community agencies or programs? No

Is there any additional information which you feel will help us to understand your child better? Ms. Gayles indicated that T█████ needs to be able to follow the rules and regulations of the classroom.

Information obtained from: Ms. Norma Gayles

Relationship to student: Biological Mother

(Information was gathered over the phone)

I understand that this information will be used to help determine whether my child continues to have a disability and will be used by DCPS professionals only. This material will be kept in my child's confidential folder.

_Deborah Squirewell_
(Interviewer's signature)

_____
(Parent/Guardian's signature)

Date: 4/8/03

Form 7

125

Social History

T████ is a 7 year old black female who attends Winston Educational Center. She resides with her biological mother, Ms. Norma Gayles, at 3122 Buena Vista Terrace, S.E., Washington, D.C. 20020.

T████ was born at D.C. General Hospital. Her birth weight was 5 pounds and 5 ounces. Ms. Gayles was in labor for 23 hours and her labor had to be induced.

T████ developmental milestones were within normal limits.

T████ medical history reveals that her last physical was administered in May of 2002 by Dr. Michelle Barnes Marshall at 801 Pennsylvania Avenue, S.E., Suite 300. Her vision and hearing were fine. Reportedly, her overall health is viewed as being excellent.

T████ social/behavioral characteristics consist of her being flexible, creative, outgoing, having frequent changes in her mood, exhibiting a short attention span, and temper tantrums. In addition, T████ is described as having difficulty telling time, using numbers and concentration difficulties. She fantasies, day dreams, tells lies and is overactive and self confident.

T████ has had two significant loses in her life, the death of her maternal grandfather and the death of her maternal great grandmother. She was close to these relatives.

Ms. Gayles is concerned about T████ behavioral patterns. T████ is being evaluated by a Special Education Team to find out if she requires specialized services to meet her needs.

*Deborah Squirewell*
*Social Worker*
DCCP, MSW, MA, LGSW, LPC, CCFC
4/8/03

126

TT-11

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, D.C.
## INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP   Page 1 of

Additional Comments: ☐

### I. IDENTIFICATION INFORMATION

Student Name: Last ~~T████~~   First ~~T███~~   MI

Student ID 9070042   Soc. Sec. No. ~~████~~   Age: 7   Grade 32

Gender ☐M ☒F   Date of Birth ~~██~~/96   Ethnic Group African American

Address ~~████~~

| House # | Street Name | Quadrant | Apartment # |

Washington, DC. 20020
City   State   Zip Code

☐ Non-attending

Attending School Payne Elementary   Home School Winston Elementary

☒ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent Norma Gales

Address of (if different from student):   ☒ Parent   ☐ Guardian   ☐ Surrogate

| House No. | Street Name | Quad | Apt. No. | City | State | Zip Code |

Telephone: Home (202) 581-1432   Work (202) 678-3000 Ext. 300

### II. CURRENT INFORMATION

Date of IEP Meeting: 10/1/2004

Date of Last IEP Meeting: 05/19/2004

Date of Most Recent Eligibility Decision: 05/19/2004

Purpose of IEP Conference:

☐ Initial IEP   ☒ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ BEHAVIOR | ☐ TRANSPORTATION |
| ☐ ESY | ☐ TRANSITION |

### III. LANGUAGE

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements |
|---|---|---|---|---|
| Student | English | English | English | Native Language |
| Parent | English | English | English | Native Language |
| Home | English | English | English | Native Language |

To be completed by Office of Bilingual Education English and Math Proficiency Assessment

Oral _____
Rdg / Written _____
Instrument: _____
Date: _____

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SETTING SpEd | Total | FREQUENCY Hr / Min | FREQUENCY D/W/M | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION wks./mos. |
|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 25.5 | 25.5 | | Hr | W | Special Education Teacher | 10/04/2004 | 10 Mos |
| Psychological Services | 1.00 | 1.00 | | Hr | W | Social Worker/Psychologist | 10/04/2004 | 10 Mos |
| Speech-Language | 1.00 | 1.00 | | Hr | W | S and L Therapist | 10/04/2004 | 10 Mos |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| TOTAL | 27.5 | 27.5 | | Hours Per Week | | | | |

### V. Disability(ies)

Emotionally Disturbed

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%   ☐ 21-60%   ☒ 61-100%

Percent of time NOT in a Regular Education Setting 85%

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

| | |
|---|---|
| Teacher Sp Ed | Hubert Williams / _Hubert A Williams_ |
| Phaedra Smith, LEA/ SPED. Coord. | Phaedra Smith _Phaedra Smith_ / _Annie Grenley_ Elem. Coordinator |
| Lauren Jones PhD; Psychologist | Lauren Jones MPhD |
| Tamara Dukes, MSW/ Social Worker | Sand _____ |
| | Np. A. Gales |

*I AGREE with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.*

Parent/Guardian Signature _____   Date _____

Parent and advocate are in agreement with services being provided but refuses to sign IEP at this time until 60 day review of program.

27

| Student Name | T_____ T_____ | Managing School | Payne Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number 9070042 | | DOB ___/1996 | Attending School Payne Elementary | Page 2 of 4 |

**VII. Present Educational Performance Levels in Areas Affected by the Disability** | Additional Comments: ☐

**Academic Areas: (Evaluator)** Theresa Erby, School Psychologist

**Math Strengths:**
T_____ can add/subtract, one, two, digits with or without regrouping, telling time, count money

**Impact of disability on educational performance in general education curriculum:**
Problem solving impact her educational performance in general education curriculum.

**Reading Strengths:**
T_____ can put words in alphabetical order. Write simple sentences.

**Impact of disability on educational performance in general education curriculum:**
Word attack skills impact on her ability to read on grade level.

**Score(s) When Available**
Math Cal. _____
Math Rea. 55 · 82
See goal page: _____
Date: 2-28-03
Rdg. Com 92 standard score
Rdg. Basic _____
Written Ex. _____
See goal page: _____
Date: 2-28-03

**Communication (Speech & Language) (Evaluator)** Audrey Taylor, SLP

**Strengths:**
Strength in expressive language

**Impact of disability on educational performance in general education curriculum:**
Receptive language deficit affects ability in classroom

**Score(s) When Available**
Exp. Lang. _____
Rec. Lang. _____
Artic _____
Voice _____
Fluency _____
Exp. Voc. 55 8
Rec. Voc. 55 6
See goal page: _____
Date: 4/1/03

**Motor/Health (Evaluator)** _____
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) /Results When Available**
_____
_____
_____
See goal page: _____
Date: _____

**Social Emotional Behavioral Areas: (Evaluator)** Sambhu Banik, PhD
**Strengths:**
at times eager to please; motivated; able to cooperate

**Impact of disability on educational performance in general education curriculum:**
Problems with self-control and interpersonal relationships impact her ability to focus on and complete her school work

**Score(s) When Available**
N/A
_____
_____
See goal page: _____
Date: 10/1/2003

**Cognitive/Adaptive Behavior: (Evaluator)** _____
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
_____
_____
_____
See goal page: _____
Date: _____

**Prevocational Skills: (Evaluator)** _____
**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
_____
_____
_____
See goal page: _____
Date: _____

| Student Name | ████████ ██████ | Managing School | Payne |
|---|---|---|---|
| Student ID Number | 90 7ad 42█ | DOB ███ ██/1996 | Attending School | Payne |

DCPS - IEP
Page 3 of 4

Goal Number: [ ]

**VIII. SPECIALIZED SERVICES**  Additional Comments:

Area addressed by goal: _Academics_

**ANNUAL GOAL: (including mastery criteria.)**

T███ will demonstrate One year's growth in reading Skills by mastering the short term Objectives with 80% accuracy

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) T████ will identify consonant blends with 80% accuracy. | | monthly |
| (2) T████ will read first and second grade dolch words with 80% accuracy | | monthly |
| (3) T████ will predict the outcome of a story and read orally with 80% accuracy. | | monthly |
| (4) T████ will tell the main idea of a story with 80% accuracy. | | monthly |
| (5) T████ will practice and use the phonetic approach to decode words | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio      Log      Chart      (Test)      (Documented Observation)      Report      Other _____

District of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

| Student Name | ▓▓▓▓▓▓▓ | Managing School | *Payne* | DCPS - IEP |
| Student ID Number | 9010042 | DOB ▓▓96 | Attending School *Payne* | Page 3 of 4 |

Goal Number: 2

**VIII. SPECIALIZED SERVICES**    Additional Comments:    *Academics*

Area addressed by goal: _____

**ANNUAL GOAL:** (including mastery criteria.)

T▓▓▓ will demonstrate growth in word attack skills by mastering the short term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① T▓▓▓ will relate sounds to diagraphs (ch, sh, th) with 75% accuracy | | monthly |
| ② T▓▓▓ will identify short and long vowels with 75% accuracy | | monthly |
| ③ T▓▓▓ will identify context clues with 75% accuracy | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    (Chart)    (Test)    (Documented Observation)    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

130

| Student Name | ~~T████ T████~~ | Managing School | Payne | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9█7██04█ | DOB ~~██/██/96~~ | Attending School | Payne | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: 3

Area addressed by goal: _Academics._

**ANNUAL GOAL:** (including mastery criteria.)

T████ will demonstrate growth in Math skills by mastering the short-term objectives with 80% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Data Mastered | Evaluation Schedule |
|---|---|---|
| (1) Recite multiplication facts to 81 with 80% accuracy. | | monthly |
| (2) Divide using multiples of ten ~~(100)~~ with 80% accuracy. | | monthly |
| (3) Solve simple word problems (+, -) with 80% accuracy | | monthly |
| (4) Recite multiplication facts with 80% accuracy. | | monthly |
| (5) Place Value: T████ will understand place value for tens, hundred ones place with 80% accuracy | | monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    (Test)    (Documented Observation)    Report    Other _____

| Student Name | Ti____ T____ | | Managing School | Payne Elementary | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9070042 | DOB | ____ | Attending School | Payne Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    **Additional Comments:**    Goal Number: [4]

Area addressed by goal:  Social Emotional Behavioral

**ANNUAL GOAL:** (including mastery criteria.)

Will improve social interaction skills: self-control in various situations with 80% mastery.

Provider(s):  Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will utilize calming techniques (count to ten, deep breath, take a time out) when angry with 80% mastery. | | Monthly |
| Will develop appropriate behavioral responses for positive and negative situations with 80% mastery. | | Monthly |
| Will use words appropriately to express feelings when upset with 80% mastery. | | Monthly |
| Will distinguish between acceptable and unacceptable expressions of feelings with 80% mastery. | | Monthly |
| Will describe techniques to resist losing control with 80% mastery. | | Monthly |
| Will give techniques to verbalize feelings appropriately with 80% mastery. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    Report    Other Progress Reports

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

132

| Student Name | T_____ T_____ | | Managing School | Payne Elementary | | DCPS - IEP |
|---|---|---|---|---|---|---|
| Student ID Number | 9070042 | DOB ___/96 | Attending School | Payne Elementary | | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: 5

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL: (including mastery criteria.)**

Will improve interpersonal interactions in a variety of social situations with 80% mastery.

Provider(s): Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will ignore the provocation of peers with 80% mastery. | | Monthly |
| Will refrain from being verbally and physically aggressive when interacting with peers with 80% mastery. | | Monthly |
| Will seek adult assistance to resolve peer conflicts with 80% mastery. | | Monthly |
| Will be respectful of adult authority with 80% mastery. | | Monthly |
| Will communicate effectively in a group setting with 80% mastery. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    Report    Other Progress Report

| Student Name | T_____ T_____ | Managing School | Payne Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9070042 | DOB ____/1996 | Attending School Payne Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments: ☐    Goal Number: 6

Area addressed by goal: Communication

**ANNUAL GOAL:** (including mastery criteria.)

To improve receptive language skills to 80% accuracy of short term objectives.

Provider(s): Speech and Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T___ will use story sequencing skills with 80% accuracy. | | Monthly |
| T___ will classify objects by categories with 80% accuracy. | | Monthly |
| T___ will state meanings of common suffixes with 80% accuracy. | | Monthly |
| T___ will identify and use antonyms with 80% accuracy. | | Monthly |
| T___ will arrange a set of words in a meaningful sentence structure with 80% accuracy. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☒ Report  ☐ Other _____

134

| Student Name _Tianna Tatum_ | Managing School _Payne Elementary_ | DCPS - IEP |
| Student ID Number _9070042_    DOB _96_ | Attending School _Payne Elementary_ | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
**SERVICE ALTERNATIVES**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in regular education?    Yes    **No**

Explanation for removal out of regular education classroom.

Student requires behavior interventions and modification that cannot be met within the general education classroom.

## X. Supplementary Aids and Services

| Classroom Needs (Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for **testing**:        None needed
- Timing/Scheduling: Extended Time, Frequent Breaks
- Setting: Small group, Preferential seating
- Presentation: Repeated + simplified directions
- Response:
- Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:
- Level I    Tested with non-disabled peers under standard conditions without accommodations.
- **Level III**    (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations
- Level V    Portfolio: _____
- Level II    (Describe accommodations for level II) Tested under standard conditions with special accommodations.
- Level IV    (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:                  Modifications:
- (Reading)
- (Mathematics)
- (Written Expression)
- Other: _____
- None
- Physical/Sensory
- Social Emotional
- Physical Development
- Transition
- Vocational
- Independent Living
- Speech/Language
- X Language Arts/English
- Social Sciences
- Biological & Physical Sciences
- Fine Arts

Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| In General Education Classroom | Rejected | continued school failure |
| Combination general education + Resource Classroom. | Rejected | Exposure to general education curriculum |
| Out of General Education | Accepted | Impact on Self Esteem. |

Modification(s)/Accommodation(s) to address the harmful effects:

Development of Behavior Intervention Plan

Location for Services   _Payne Elementary School_

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

135

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**

TRANSPORTATION DIVISION

**STUDENT TRANSPORTATION
DATA FORM**

_2004 – 2005_
School Year

<div style="float:right">IEP Attachment B
Transportation</div>

(MDT must first determine if student meets the requirements for
transportation services and has it included in the IEP.)

Person Making Request: _Phaedra Smith_

Date of Request: _10/1/04_

Status of Request: _____

Date Request Received: _____

Person Receiving Request: _____

---

STUDENT IDENTIFICATION NUMBER _____

_Norma Gales_
Parent / Guardian (Print legibly or type)

_(202) 581-1432_

Telephone (H)

_(202) 678-3000 Ext. 300_

Telephone (W)

_Renee Godfrey_
Emergency Contact

_Grandmother_
Relationship

_(301) 386-2612 (H)_

_(703) 836-9618 (W)_
Telephone No.

_____
Pager / Cell No.

Students will be taken to a central location until
6:00 p.m. if the bus attendants are unable to
deliver them to the designated location. After
8:00 p.m. the police will be contacted. This
year's central location is  _TBD_

---

**Student:** Last Name ~~█████~~     First Name ~~████~~     MI

_2895  Hartford St SE  #~~████████████~~_
House No.     Street Name     Quad.  Apt.

_Washington_          _DC_   _20002_
City                 State   Zip Code

_1/96   F   English   Payne Elementary  (202)698-3262_
DOB   Gender  Primary Language   Submitting School and Telephone Number

_ED_
Disability Classification

Medical Issues

MODE OF TRANSPORTATION   ☒ *Bus  ☐ Tokens  ☐ Farecards

* SPECIAL ACCOMMODATIONS FOR BUS

Height _____   Weight _____

Oxygen ___   Tracheotomy tube ___   Seizures ___   Helmet ___

Harness ___   1:1 Aide ___   Behavioral Issues _____

Medication ___   Specific allergies _____

Dosage required during transportation :
☐ Yes  ☐ No   Dosage _____                ☐ PM  ☐ AM

☐ Mobility   ☐ Ambulatory ( ☐ Cane, ☐ Crutch, ☐ Walker )

  ☐ Ambulatory w/ assistance ( ☐ Cane, ☐ Crutch, ☐ Walker )

  ☐ Non Ambulatory ( ☐ Standard, ☐ Motorized, ☐ Oversized )

  w/ lap tray  ☐ Yes  ☐ No )

☐ Car Seat        ☐ Positioning Device _____

☐ Special Restraint   ☐ Other, Describe: _____

---

Click one of the following:

☐ AM Pick-up & PM Drop-off is the same as the student address.

☐

☒ **AM Pick-up Address**   _2041 MLK Avenue SE  3rd floor_     Telephone No. _(202)678-3000_

**PM Drop-off Address**                         Telephone No.

---

**Transportation will NOT be provided without confirmed placement through the proper procedures.
Justification for other than neighborhood settings must be explained on the back by the school official
requesting the transportation services.**

_Phaedra Smith_              _(202)698-3262_              _10/1/2004_
School Official requesting transportation service:   Telephone No.          Date

_Payne Elementary  305 15th Street, SE_                  _(202)698-3262_
School to Attend:          Address of School             Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools     07-02-2001     Division of Special Education     IEP Attachment B     Transportation

136

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON. D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

MDT

MDT REFERRAL DATE: _____

MEETING DATE: 10/1/04

STUDENT: T████ T████

SCHOOL: Payne Elementary

PARTICIPANTS: (Print Name)

Norma P. Gales

Lauren Jones, PhD

Hubert Williams

Phaedra Smith

Tamara Dukes

Annie R. Pressley

PARTICIPANTS: (Sign Name)

Norma E. Gales

Lauren P. Jones PhD

Hubert Williams

Phaedra Smith

Tamara Dukes

Annie R. Pressley

**POSITION**

Parent

Speech Pathologist

School Psychologist

Gen. Educ. Teacher

IEP Developer/ Spec. Educator

LEA

Social Worker

Edu. Advocate

**Introduction:**

The meeting convened and all discipline specialists introduced themselves to the parent. The Procedural Manual was issued and a receipt was obtained. A brief summary of the manual was given to the parent. The purpose of the meeting was stated: To review the students' current progress and discuss the student's disability for Special Education services and the related services. The team will review the IEP and discuss placement.

**The Parent Reports:**

Ms. Gales was concerned about S████ summer school progress as non-compliance with academics. She also states that Tiona has had exposure to a male instructor in the Center for mental Health Program.

IE PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

TER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT T████ T████

☑ IS ELIGIBLE FOR SPECIAL EDUCATION

☐ IS NOT ELIGIBLE FOR SPECIAL EDUCATION

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE _____ 

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: Placement (MDT)

2 of 4

STUDENT T____ T____    SCHOOL Payne Elementary    DATE 10/1/04

**The Special Educator Reports:** T____ can make more progress in the special education program when she is focused. She has demonstrated an ability to learn new information However T____ also has shown an inability to handle transition and is quick to anger.

**The School Psychologist Reports:** Psychologist reviewed T____ progress during the past school year, and the discussion at her the time of her IEP meeting in 2004. At that time T____ was performing well in the PACE Program, and it was recommended that she attend summer school in order to reinforce her learning in the school year. T____ mother reported that she had difficulty transferring into new school setting in summer. At the time of she 2004 IEP there were no plans for an intermediate PACE program at Payne. She is now in PACE at

**The Speech Pathologist Reports:** Payne, and is having difficulty with her transition to a new classroom at Payne. Dr Jones has intervened this week to successfully with T____ the adjustment to assist her with adjusting to her new teacher and classroom.

**The Social Worker Reports:**

She worker discussed S____ progress since the beginning of the school year. This worker wanted to add additional goals for the student to enhance her transition in the PACE Program. These goals will give & develop techniques to enable the student to have a more success with her academics. She worker will continue providing services to S____ and help the student demonstrate improved social interaction skills. He also has seen improvement w/ S____ since the beginning of the year and has had consistent success w/ refocusing her behavior.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: __MDT__

3 of 4

STUDENT ▮▮▮▮▮    SCHOOL Payne Elementary    DATE 10/1/04

Mr. Williams, Classroom Teacher, states that ▮▮▮ has difficulty focusing & staying on task when in morning meeting. You can't crowd her mentally or physically. She often shuts down. ▮▮▮ has the capacity to learn new things but it depends on what triggers her emotional behaviors. She does not take criticism well or take responsibility for her actions ▮▮▮ has difficulty with transitioning from one subject to the next. You have to be mindful of how you engage her in an effort not to trigger behaviors. ▮▮▮ requires a lot of verbal praise to successfully complete her task. This allows for her to feel good about herself and have success with her academics.

Placement at Payne Elementary was discussed for the 2004-2005 School year for ▮▮▮. The placement would provide continuity for ▮▮▮ There are 9 students in the class and a teacher and one aide. In addition here is a full time social worker on staff to provide psychological service and crises intervention. The MDT was in agreement with ▮▮▮ remaining at Payne Elementary. No other schools were discussed or offered for discussion by the parent or advocate at this time.

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## WASHINGTON, DC

MDT REFERRAL DATE _____    MULTIDISCIPLINARY TEAM (MDT)          4 of 4
CONTINUATION MEETING NOTES
MEETING TYPE: MDT _____

STUDENT T_____ T____    SCHOOL Payne Elementary    DATE 10/01/04

**Other Participant Comments:**

Ms. Pressley and advocate are agreeing to placement at Payne Elementary School however they want a 60 day review of the placement and J_____ progress. The MDT will come back in December 2004 to have this discussion.

Comp. Ed was discussed however, there has been no lapse in services. J_____ received all specialized instruction and related services, last school year. In addition, Tiara attended ____ Maury Elementary School this summer where she received ESY services.

_____ level of standardized assessment is being changed from level V to level III due to students growth and progress academically. She has also made some progress emotionally. Ms. Gales is opposed to _____ participating in SAT 9 testing at this time.

**Team Recommendations:**

1.

2.

3.

4.

5.

**Additional Assessments Needed or Other Comments:**

1. None at this time.

2.

3.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT ___T___ T___ SCHOOL Payne ES DATE: 10/1/04

| PARTICIPANTS | PARTICIPANTS (Sign Name) | DISCIPLINE |
|---|---|---|
| Lauren Jones, PhD | Lauren Jones PhD | Psychology |
| Norma E. Gales | N. E. Gales | Parent |
| Hubert Williams | Hubert Williams | Special Ed Teacher |
| Phaedra Smith | Phaedra Smith | SPED Coord. / LEA |
| Tameca D. Dula | Tameca Dula | Social Worker |
| Annie R. Pressley | Annie Pressley | Edu Advocate |

Based upon the documents reviewed, the MDT determined that the student is eligible or continues to be eligible for special education services as a student with **Emotionally Disturbed**

Specialized instruction is required in the following subjects: Reading, Math, Written Expression

~~The total amount of specialized instruction required is~~ related services Speech/Language Therapy - 1 Hour - weekly Psychological Services - 1 Hour - weekly

Specialized Instruction needed is: ~~Related services are required in the following areas:~~ 25.5 Hrs. - weekly

The setting accepted by the MDT is Out of General Education

The level for standardized assessment is III

The following accommodations/modifications will be made: Extended time, Frequent breaks, Small group, Repeated + Simplified directions, Preferential Seating

Placement Discussion:
Based upon the number of hours and services needed. T___ IEP can continue to be implemented at Payne Elementary School in the Intermediate ED Program.

141

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.
INDIVIDUALIZED EDUCATIONAL PROGRAM

DCPS - IEP Page   II-11
Additional Comman

### I. IDENTIFICATION INFORMATION

Student Name: Last ▓▓▓▓    First ▓▓▓▓    MI

Student ID **9070042**    Soc. Sec. No. ▓▓▓▓    Age: **8**    Grade **3rd**

Gender ☐ M  ☒ F    Date of Birth ▓▓▓▓96    Ethnic Group **B**

Address ▓▓▓▓

| House No. | Street Name | Quadrant | Apartment # |
| --- | --- | --- | --- |

**Washington DC**    State    **20002** Zip Code

☐ Non-attending

Attending School **Payne Elem.**    Home School **Payne Elem**

☒ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS//

Parent **Norma Gales**

Address of (if different from student):  ☒ Parent  ☐ Guardian  ☐ Surrogate

| House No. | Street Name | Quad | Apt. No. | City | State | Zip Code |
| --- | --- | --- | --- | --- | --- | --- |

Telephone: Home **(202) 388-3975**    Work **(202) 678-3000 ext. 300**

### II. CURRENT INFORMATION

Date of IEP Meeting: **04/29/05**
Date of Last IEP Meeting: **12/14/04**
Date of Most Recent Eligibility Decision:

Purpose of IEP Conference:
☐ Initial IEP          ☐ Review of IEP
☐ Requested Eval.   ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **V**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ BEHAVIOR | ☒ TRANSPORTATION |
| --- | --- |
| ☒ ESY | ☐ TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used In Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
| --- | --- | --- | --- | --- | --- |
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg / Written |
| Home | English | English | English | | Instrument: |
| | | | | | Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SETTING SpEd | SETTING Total | FREQUENCY Hr / Min | FREQUENCY D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # | DURATION wks./mos |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Specialized Instruction | 25 | 25 | | Hr | W | Special Education Teacher | 04/30/2005 | 10 | mos |
| Psychological Services | 1.5 | 1.5 | | Hr | W | Social Worker/Psychologist | 04/30/2005 | 10 | mos |
| Speech/Language Therapy | 1 | 1 | | Hr | W | Speech/Language Therapist | 04/30/2005 | 10 | mos |
| **TOTAL** | 27.5 | 27.5 | | Hours Per Week | | | | | |

### V. Disability(ies)

**Emotionally Disturbed**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☒ 61-100%
Percent of time NOT in a Regular Education Setting **100%**

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Kathie ▓▓▓▓
Lauren Jones, PhD    Lena (▓▓▓▓)
Tasha Winns, SLP    Tasha Winns, SLP
Phaedra Smith    Phaedra Smith
Annie R. Pierisse LEA    Annie Pierisley Edu Coordinator

Norma E. Gales
Ms. Norma E. Gales

_I AGREE_ with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____    Date _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

142

| Student Name | T____ T____ | Managing School | Payne ES | DCPS - IEP |
| Student ID Number | 9070042 | DOB ____96 | Attending School | Payne ES | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

Academic Areas: (Evaluator) K. Marshall, Psy. D.

**Math Strengths:**
Pr Low Average Functioning

Impact of disability on educational performance in general education curriculum:
Memory . . .

**Reading Strengths:**
Passage Comprehension

Impact of disability on educational performance in general education curriculum:
Letter - Word Identification

**Score(s) When Available**
Math Cal.
Math Rea. 80
See goal page:
Date: 2/2003
Rdg. Com
Rdg. Basic 92
Written Ex. 96
See goal page:
Date: 2/2003

---

Communication (Speech & Language) (Evaluator) T. Winns, SLP

**Strengths:**
Able to orally formulate simple sentences to express wants and needs to others.

Impact of disability on educational performance in general education curriculum:
Difficulty to recall information which can impede on academic success.

**Score(s) When Available**
Exp. Lang. SS 85
Rec. Lang. SS 73
Artic WNL
Voice WNL
Fluency WNL
Exp. Voc. SS 6
Rec. Voc. SS 8
See goal page:
Date: 4/1/03

---

Motor/Health (Evaluator)

**Strengths:**

Impact of disability on educational performance in general education curriculum:

**Score(s) /Results When Available**
See goal page:
Date:

---

Social Emotional Behavioral Areas: (Evaluator) K. Marshall, Psy. D.

**Strengths:**
Social & Comprehension Skills

Impact of disability on educational performance in general education curriculum:
Attention, Memory, Behavoral Issues

**Score(s) When Available**
See goal page:
Date: 10/03

---

Cognitive/Adaptive Behavior: (Evaluator) K. Marshall, Psy. D.

**Strengths:**
Comprehension Vocabulary Skills

Impact of disability on educational performance in general education curriculum:
Memory, + Fredom of Distractibility

**Score(s) When Available**
See goal page:
Date: 2/03

---

Prevocational Skills: (Evaluator)

**Strengths:**

Impact of disability on educational performance in general education curriculum:

**Score(s) When Available**
See goal page:
Date:

---

| Student Name | ▨▨▨ | | Managing School | Rachi | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 907 00 42 | DOB | ▨ /1996 | Attending School | Payne | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: ☐ |
|---|---|---|

Area addressed by goal: _Academics_

**ANNUAL GOAL:** (Including mastery criteria.)

T▨▨▨ will demonstrate one year's growth In reading skills by mastering the short term Objectives with 80% accuracy

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) T▨▨ will identify consonant blends with 80% accuracy. | | monthly |
| (2) T▨▨ will read first and second grade dolch words with 80% accuracy | | monthly |
| (3) T▨▨ will predict the outcome of a story and read orally with 80% accuracy. | Mastered 4/18/05 | monthly |
| (4) T▨▨ will tell the main idea of a story with 80% accuracy. | Mastered 3/1/05 | monthly |
| (5) T▨▨ will practice and use the phonetic approach to decode words | Mastered | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

| Portfolio | Log | Chart | Test | Documented Observation | Report | Other _____ |
|---|---|---|---|---|---|---|

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

144

| Student Name: | | | | Managing School: Payne | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number: 9010042 | | DOB 96 | | Attending School Payne | Page 3 of 4 |

| **VIII. SPECIALIZED SERVICES** | Additional Comments: | | Goal Number: 2 |
|---|---|---|---|

Area addressed by goal: _Academics_

**ANNUAL GOAL:** (including mastery criteria.)

T_____ will demonstrate growth in Word Attack Skills by mastering the short term Objectives with 80% accuracy.

**Provider(s):** Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① T_____ will relate sounds to diagraphs (ch, sh, th) with 75% accuracy | | Monthly |
| ② T_____ will identify short and long vowels with 75% accuracy | Sept. Mastery | monthly |
| ③ T_____ will identify context clues with 75% accuracy | | monthly |
| | | |
| | | |
| | | |

| | | **EVALUATION PROCEDURE(S)** | | |
|---|---|---|---|---|
| Portfolio | Log | (Chart)  (Test) | (Documented Observation) | Report    Other ____ |

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

145

| Student Name | | Managing School | | DCPS - IEP |
| Student ID Number | 90700071 | DOB | /96 | Attending School | | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Area addressed by goal: _Academics_   Goal Number: **3**

**ANNUAL GOAL:** (including mastery criteria.)

T___ will demonstrate growth in Math skills by mastering the short-term objectives with 80% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) Recite multiplication facts to 81 with 80% accuracy. | | monthly |
| (2) Divide using multiples of ten with 80% accuracy. | | monthly |
| (3) Solve simple word problems (+, -) with 80% accuracy | | monthly |
| (4) Recite multiplication facts with 80% accuracy. | | monthly |
| (5) Place Value. T___ will understand place value for tens, hundreds, ones place with 80% accuracy | | monthly |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   (Test)   (Documented Observation)   Report   Other ___

District of Columbia Public Schools   07-02-2001   Division of Special Education   Appendix - A   IEP Page 3 of 4

146

| Student Name | ____ |
| Student ID Number | 9070042 | DOB | __76 |

Managing School: Payne
Attending School: Payne

DCPS - IEP
Page 3 of 4

## VIII. SPECIALIZED SERVICES

Additional Comments:

Area addressed by goal: Academics

Goal Number: 4

**ANNUAL GOAL:** (including mastery criteria.)

T____ will demonstrate growth in word attack skills by mastering the short-term objectives with 80% accuracy.

**Provider(s):** Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Identify Synonyms with 75% accuracy. | | monthly |
| Identify Antonyms with 75% accuracy. | | monthly |
| Identify prefixes and suffixes 75% accuracy. | | monthly |
| Identify Silent e sound with 75% accuracy. | | monthly |
| Identify facts and opinion with 75% accuracy. | | monthly |
| Identify Vocabulary sight words on grade level | | monthly |

### EVALUATION PROCEDURE(S)

Portfolio   Log   Chart   Test   Documented Observation   Report   Other _____

147

| Student Name | ████████ | Managing School | *Payne* | DCPS - IEP |
| Student ID Number | 9070042 | DOB ████ /96 | Attending School | *Payne* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**  **Additional Comments:**  Goal Number: 5

Area addressed by goal: *Academics*

**ANNUAL GOAL:** (including mastery criteria.)

I████ will demonstrate one year's growth in reading skills by mastering the short term objectives with 80% accuracy.

Provider(s): *Special Education Teacher*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| I████ will identify a topic sentence in a paragraph with 75% accuracy | | monthly |
| I████ will identify the main idea on the second grade level with 75% accuracy | | monthly |
| I████ will read sentences on grade level with 75% accuracy. | | |
| | | |
| | | |
| | | |

| **EVALUATION PROCEDURE(S)** | | | | | | |
|---|---|---|---|---|---|---|
| Portfolio | Log | Chart | Test | Documented Observation | Report | Other _____ |

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

Student Name
Student ID Number: 9090042    DOB    16    Managing School    Payne Elementary
Attending School    Payne Elementary
IEP
Page 3 of 4

Case 1:05-cv-02259-RMC    Document 13-6    Filed 04/04/2006    Page 33 of 48

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: 4

Area addressed by goal:  Social Emotional Behavioral

**ANNUAL GOAL:** (including mastery criteria.)

Will improve social interaction skills: self-control in various situations with 80% mastery.

Provider(s):  Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will utilize calming techniques (count to ten, deep breathing, take a time out) when angry with 80% mastery. | | Monthly |
| Will develop appropriate behavioral responses for positive and negative situations with 80% mastery. | | Monthly |
| Will use words appropriately to express feelings when upset with 80% mastery. | | Monthly |
| Will distinguish between acceptable and unacceptable expressions of feelings with 80% mastery. | | Monthly |
| Will describe techniques to resist losing control with 80% mastery. | | Monthly |
| Will give techniques to verbalize feelings appropriately with 80% mastery. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    Report    Other Progress Reports

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

149

Student Name: _____ Attending School: Payne Elementary

Student ID Number: 9070042    JOB ____/96    Attending School: Payne Elementary

DCPS - IEP
Page 3 of 4

| VIII. SPECIALIZED SERVICES | Additional Comments: | Goal Number: ___ |

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL: (including mastery criteria.)**

Will improve interpersonal interactions in a variety of social situations with 80% mastery.

Provider(s): Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will ignore the provocation of peers with 80% mastery. | | Monthly |
| Will refrain from being verbally and physically abusive when interacting with peers with 80% mastery. | | Monthly |
| Will seek adult assistance to resolve peer conflicts with 80% mastery. | | Monthly |
| Will be respectful of adult authority with 80% mastery. | | Monthly |
| Will communicate effectively in a group setting with 80% mastery. | | Monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other Progress Report

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

150

Student Name: _____

| | | | Managing School | Payne ES | |
|---|---|---|---|---|---|
| Student ID Number | 9070042 | DOB ___96 | Attending School | Payne ES | DCPS - IEP Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Goal Number: 13

Area addressed by goal:    Social/emotional

**ANNUAL GOAL: (including mastery criteria.)**

Will be able to attend to tasks, and Sustain a task-focus with 80% mastery

Provider(s):  Psychologist and/or Social worker

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will be able to ignore distractions in the classroom with 80% mastery; | | monthly |
| will be able to tolerate frustrations when challenged academically with 80% mastery; | | monthly |
| will be able to appropriately request a break and re-gain focus with 80% mastery; | | monthly |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio       Log       (Chart)       Test       (Documented Observation)       Report       Other _____

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 3 of 4

Student Name

Student ID Number 9070042    DOB ___96

Managing School  Payne  ES

Attending School  Payne  ES

DCPS - IEP
Page 3 of 4

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal:  Communication

Goal Number: 9

**ANNUAL GOAL:** (including mastery criteria.)

_____ will increase her receptive and expressive language skills to 80% accuracy by Mastering Short-term objectives:

Provider(s):  Speech Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| After reading short Story passages _____ will answer short wh-questions related to text 80% of the time. | | Monthly |
| _____ will formulate complete sentences using targeted vocabulary 80% of the time. | | Monthly |
| _____ will recall information in correct sequential order related to classroom instructions and reading passages 80% of the time. | | Monthly |
| Using targeted vocabulary _____ will identify antonyms and synonyms 80% of the time. | | Monthly |

**EVALUATION PROCEDURE(S)**

(Portfolio)  (Log)  Chart  Test  (Documented Observation)  Report  (Other) Progress Report

Student Name ▮▮▮▮▮
Student ID Number 907 0042   DOB ▮▮ 96
Managing School Payne ES
Attending School Payne ES

DCPS - IEP
Page 4 of 4

### Additional Comments:

**IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION SERVICE ALTERNATIVES**

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in _regular education_?    Yes    (No)

Explanation for removal out of regular education classroom.

Student requires behavior interventions and modifications that cannot be met within the general education classroom.

### X. Supplementary Aids and Services
Classroom Needs

| (Do not name products or companies.) | SETTING GenEd | SpEd | Total | FREQUENCY Hr./ Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE (mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for testing:    None needed

Timing/Scheduling: Extended Time, Frequent Breaks
Setting: Small Group, Preferential Seating
Presentation: Repeated & Simplified Directions
Response:
Equipment:

### XI. STATE AND DISTRICT ASSESSMENTS:

Level I   Tested with non-disabled peers under standard conditions without accommodations.

Level III   (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations

(Level V)   Portfolio:

Level II   (Describe accommodations for level II) Tested under standard conditions with special accommodations.

Level IV   (Describe the alternative assessment)

### XII. Areas Requiring Specialized Instruction and Related Services:

X Reading
X Mathematics
X Written Expression
Other:
None    Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

Physical/Sensory
X Social Emotional
Physical Development

Transition
Vocational
Independent Living
X Speech/Language

**Modifications:**
Language Arts/English
Social Sciences
Biological & Physical Sciences
Fine Arts

### XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education | Rejected | Continued School Failure |
| Combination General Education + Resource classroom | Rejected | Exposure to general education curriculum |
| Out of General Education | Accepted | Impact on Self Esteem |

Modification(s)/Accommodation(s) to address the harmful effects:

Development of Behavior Intervention Plan

Location for Services   Payne Elementary School

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

153

**District of Columbia Public Schools**
**Division of Special Education**

## IEP ADDENDUM FOR ESY SERVICES

**Student Name:** ~~I____ T____~~    Initial _____    **Date of Birth:** ~~__~~ /96

**Gender:** ☐ Male  ☒ Female    **Grade** _____

**School:** *Payne Elementary*    **Date IEP Written** 05-19-04

### Checklist:

|  |  | Yes | No |
|---|---|---|---|
| 1. | IEP is appropriate and reasonable for student | ☒ | ☐ |
| 2. | All or most IEP goals and objective are being achieved | ☐ | ☒ |
| 3. | Severity of student's disability requires individualized programming in areas of : | ☐ | ☒ |
|  | • Self sufficiency and independence from caretaker or |  |  |
|  | • _____ |  |  |
| 4. | Student record shows serious regression following interruptions in the school program. | ☒ | ☐ |
| 5. | Student record shows inability to recoup skills a reasonable time following regression. | ☒ | ☐ |
| 6. | Student has critical need for continuity in programming to facilitate achieving educational benefit from her or his education program. | ☒ | ☐ |
| 7. | Transportation services needed | ☒ | ☐ |

### Determination

After review the IEP team **RECOMMENDS** the provision of an extended school year program for the above student.    ☐    ☐

### Reason

~~I____~~ has difficulty retaining information that has been taught in Reading and Math Skills. Decoding and word attack skills impact her ability to read on grade level.

154

## Special Education Goal and Objective for ESY

Goals and objectives from the IEP which are to be specifically addressed during ESY are:

| Annual Goal(s) | Skills Area(s) |
|---|---|
| _____ will demonstrate one years growth In reading Skills | Reading |
| _____ will demonstrate growth in Math skills, word Solve problems, multiplication | Math |
| After reading short story _____ will answer wh-question related to text 80% of the time. | Communication |

| Special Education Services for ESY | | RELATED SERVICES | | | | | |
|---|---|---|---|---|---|---|---|
| Skills Area(s) | * Setting | Amount | Time to be Provided | | | Projected Date of Initiation | Number of Weeks |
| | | | Unit ( Hours/ Mins ) | Period ( D/ W/ M ) | | | |
| Reading | C | | | | | | |
| Cunseling | C | | | | | 07-5-05 | 4 |
| Math | C | | | | | 07-5-05 | 4 |
| Speech | C | | | | | 07-5-05 | 4 |
| | | | | | | 07-5-05 | 4 |

* Setting : A - Full Time General Education; B - Combo. General Education / Resources Classroom ; C - Out of Regular Education

### ESY Least Restrictive Environment (LRE)

| ☒ Placement as in regular school year | |
|---|---|
| ☐ Placement different from regular school year | Hours/Week |
| Placement | |

Specify placement (setting and alternate) of ESY service:

Explain why options selected above are the most appropriate and the least restrictive.

Describe any other options considered, and provide reasons those options rejected.

| Parent Name | Date | Signature |
|---|---|---|
| Norma Gates | 4-29-05 | Mrs. Norma E. Gates |

## DOCUMENTED LEVEL OF SERVICE
Complete and attach to MDT-IEP meeting notes

| | | |
|---|---|---|
| School: Payne ES | | |
| Date: 4/29/05  Case Manager: | Principal: Dennis Homelley  Special Education Coordinator: Phaedra Smith | |
| Student: Tiera Taylor | | Technical Support Supervisor: Elva Gloster |
| | DOB: 1/96  Age: 8  Grade: 3rd  Id#: 9070042  SSN#: | |
| Parent: Norma Gates | Telephone (H): | |
| Address: Street # Street | Washington, DC  (W) (202) 678-3000- Ext 300 | |
| | Quad  Apt No  City  20002  State  Zip Code | |

REFERRAL SOURCE (Check)    120 Day    (Reeval)    HOD    S.A    MA

Nonpublic    Residential    Citiwide    Courts    (Local School)    Other

Previous least restrictive environment (LRE Setting): Out of General Education

---

## JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | |
|---|---|---|
| Extended Time, Frequent Breaks, Small Group, preferential Seating, Repeated & Simplified directions. | Current IEP | |
| | Signatures of required participants (MDT notes) | (Yes)  No |
| | Intervention Behavior Plan | (Yes) |
| | Copies of current class work w/ homework assignments | (Yes) |
| | Medical Reports | Yes  (No) |
| | Clinical Reports | (Yes)  No |
| | Psychiatric Reports | Yes  (No) |
| | Medications | Yes  (No) |
| | Attendance Record | (Yes) |
| | Copies of most recent evaluation(s) | (Yes) |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| MDT - 4/29/05 | None |

---

## 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | in general education classroom setting | general educators with consultation from special education staff | between 0% and 20% of service time |
| 2 | combination general education and resource classroom | combination of general educators, special educators and related service providers | between 21% and 60% of service time |
| 3 | ☒ *out of general education classrooms | ☒ special educators and related service providers | ☒ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings)

Check the level of need as indicated:
### DIRECTIONS:

| | |
|---|---|
| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE. If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student. |

| 7. LEVEL OF NEED | | |
|---|---|---|
| LOW | MODERATE | ☒  HIGH |

07-02-2001

Attention: Technical Support Supervisor / PERM Compliance Team

156

District of Columbia Public Schools
Washington, D.C.

**I.E.P.  Attachment A**
**Intervention Behavior Plan**

## INTERVENTION BEHAVIOR PLAN

Date Developed: 4/21/05

Student Name ~~T_____~~  ~~T_____~~     ID# 9070042     DOB ~~___~~/1996  Grade 32

Address ~~_____~~

| Street # | Street Name | SE | 4 | Washington | DC | 20020 |
|---|---|---|---|---|---|---|
| | | Quadrant | Apartment # | City | State | Zip Code |

Telephone (H) _____ (W) _____   Counselor Dr. Jones

Attending School Payne Elementary   Teacher Ms. Wilson   Room_____ Section_____

### TARGETED BEHAVIOR(S):

Additional Comments: [ ]

1) Difficulties with self-control
2) Problems in interpersonal relationships

### POSITIVE INTERVENTION STRATEGIES: Student Objective -

1) T___ will exhibit self-control even when angry
2) T___ will have positive peer interactions and will be respectful of adults

Implementation description -

Continued behavior modification with a token economy system. Daily T___ will earn points for engaging positive school behaviors. Bi-weekly T___ will have the opportunity to shop in the store plaza for prizes with points earned.

### POSITIVE INTERVENTION STRATEGIES: Teacher Strategies

1) praise for engaging in positive behaviors, 2) seating apart from peers she is in conflict with, 3) encouragement to wear eyeglasses daily, 3) computer time to reinforce positive behaviors, 4) leadership opportunities offered as positive reinforcement

### MONITORING SYSTEM: Responsible Teacher - Special Education Teacher

Describe System -

1) Chart posted in classroom of points earned, 2) daily progress reports to mother

Data collection timeline -

5/04-6/04

### FOLLOW-UP MEETING: Date - _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

STUDENT: T____ T____          SCHOOL: Payne ES          DATE: 4/29/05

PARTICIPANTS: (Print Name)          PARTICIPANTS: (Sign Name)          POSITION

| | | |
|---|---|---|
| Temely Wilson | Tenee Wilson | Special Ed. Teacher |
| Phaedra Smith | Phaedra Smith | SPED Coord./LEA |
| Norma E. Gales | Norma E. Gales | Mother |
| Lauren R. Thessory | Lauren R. Thessory | Ed. Culmiento |
| Lauren Jones (Ph.D) | Lauren Jones PhD | Psychologist |
| Katherine Marshall, Psy.D | Kathy, Psy.D | Psychologist |

Introductions were made and the meeting convened. The parent was given a copy of the Procedural Manual for Parents and a receipt was signed.

Purpose:
The purpose of the meeting is a Reevaluation Meeting to discuss T____ progress. The parent and advocate requested the meeting because there was an evaluation completed by Sylvan Learning Center on 3/9/05. This evaluation will will reviewed. In addition ESY services will be discussed.

The Parent Reports:
The parent reports that she feels that T____ needs a full time program. She still sees that T____ has a lot of behavior issues. There have been incidents of her biting or hitting other students as well as being disrespectful to her teacher. Ms. Gales reports that T____ does not currently take any medication nor is she the parent interested in T____ receiving medication.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _Reevaluation_

Page: _2_ of _5_

STUDENT: ~~T████ T█~~    SCHOOL: Payne Elementary  DATE: 4/29/05

The General Educator Reports: N/A

The Special Educator Reports:

~~████~~ transitioned from the intermediate to the primary unit on December 16, 2004. ~~████~~ has made progress behaviorally an: academically. However she still has reading difficulty that impacts on her grade level. She doesn't retain words on the 1st grade level, or decode words.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: Reevaluation

PG: 3 of 5

STUDENT T____ T____      SCHOOL: Payne Elementary  DATE 4/29/05

The School Psychologist Reports:

T____ has made progress in attaining her social/emotional goals of improved interpersonal relations, and increased self-control. She is better available for learning, and more on-task in her new classroom with Ms. Nilson.

T____ continues to exhibit symptoms of Oppositional Defiant Disorder that at times impedes her academic progress. She is achieving at the low average range academically that is commensurate with her low average intellectual ability (IQ).

T____'s diagnosis of ADHD is impairing her ability to attend to academic tasks, concentrate, and retain information. Intervention such as medication, meditation, T'ai Chi, yoga should be considered so that symptoms of ADHD can be more effectively addressed.

T____ strengths are social self-esteem and social intelligence. Her weaknesses include oppositionality, distractibility, academic self-esteem, and low frustration tolerance.

She does not have a learning disability. She has an emotional disability that can be addressed in her current school placement in a fulltime ED program at Payne Elementary. The Psychologist recommendations that T____ participate in the ADHD groups that will be offered by the Department of Mental Health at Payne Elementary.

MDT REFERRAL DATE _____

WASHINGTON, DC

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____ Eligibility

4 of 5

STUDENT T___ T___

SCHOOL Payne Elementary DATE 4/29/05

The Speech Therapist Reports: T___ currently receives Language therapy once a week for one hour. During the school year, T___ has worked on formulating sentences, recalling information and phonemic awareness, T___ has made some progress; however, not on a consistent bases. She still requires task to be broken down and repetition to complete assignments. Recommendation at this time is for Y___ to continue with language therapy once a week for one hour. Therapy will continue to address communication skills.

The Psychologist Reports:
Reviewed Sylvan testing Receptive/Expressive Vocab Test indicated Low Average functioning. GORT-III indicated very poor performance. Mathematics skills are within the grade equivalent 1:8 and Mathematical Computations & off 2.2. T___ demonstrates significant difficulties in the area of inattention, memory & sustaining & attention. Intervention measures i.e. medication, TAch program and DMH services available during the day (school) were recommended. Oppositional Defiant chances are also exhibited in the classroom that hinder her academic progress. She would qualify under ED @ this time. T___ does not qualify as child with a Learning Disability. Previous testing indicated no Learning Disability there Span scores also commensurate w/ past testing. Sylvan tests also were Comprehensive Receptive/Expressive Vocabulary Test, California Achievement Test, Gray Oral Reading Test-3; California Achievement Test.

161

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE _____ Eligibility

5 of 5

STUDENT T___ T___    SCHOOL Payne Elementary  DATE 4/29/05

The Social Worker Reports

T___ has made tremendous progress with her Social Emotional Behavioral goals. She has improved her interpersonal interactions in a variety of social situations. She has been able to ignore the provocation of peers. She has also refrained from being verbally and physically aggressive when interacting with her peers. T___ has been respectful to adult authority to resolve peer conflicts. I would like to work with her on being able to communicate effectively in a group & with peers. She will continue to receive counseling to address her emotional needs.

Other Participant Comments:

Team Recommendations:

1. T___ should participate in Tai Chi program to address ADHD like symptoms.
2. Community Resources are also recommended for T___ after school such as ballet classes. A list of resources will be provided to the parent.
3. T___ should participate in program with Department of Mental Health. They will receive a group in anger management and/or adhd to increase the students' coping skills and give them new techniques to address those behaviors.
8.

The Parent and Advocate are not in agreement with all recommendations.

Additional Assessments Needed or Other Comments:

1. No additional Evaluations are warranted at this time. T___ was initially evaluated in 2003. Her triennial is not due until 11/10/06.
2. The following Evals. have been Completed and reviewed:
3. Psych Ed – 2/28/03
   Clinical Eval – 10/1/03
   Clinical Psychiatric Review – 5/7/03
   Social History – 4/8/03
   Sp/Lang. Eval – 4/1/03

T___ Continues to be eligible to receive services as an ED Student. The MDT was in agreement.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT T___ T___    SCHOOL Payne ES    DATE 4/29/05

| PARTICIPANTS | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Temely Wilson | Timely Wilson | Spec Ed Teacher |
| Phaedra Smith | Phaedra Smith | SPED Coord. / LEA |
| Norma E. Gales | Norma E. Gales | Mother |
| Annie R Pressley | Annie R Pressley | Edu Advocate |
| Lauren Jones, PhD | Lauren Jones | Psychologist |
| Katherine Marshall, Psy.D | Kem, Psy. D. | Psychologist |

Based upon the documents reviewed, the MDT determined that the student is eligible or continues to be eligible for special education services as a student with   ED

Specialized instruction is required in the following subjects: Math, Reading, Written Expression

The total amount of specialized instruction required is  25 Hrs. Weekly

Related services are required in the following areas: Speech/Language Therapy- 1 Hr Weekly
Psychological Services— 1.5 Hrs. Weekly

The setting accepted by the MDT is Out of General Education

The level for standardized assessment is   IV   V   (Portfolio)

The following accommodations/modifications will be made: Extended Time, Frequent Breaks, Small Group, Preferential Seating, Repeated & Simplified Directions.

Placement Discussion:
T___ needs can continue to be met at Payne Elementary School in the ED Program. She continues to require a full time ED program in a small setting. The Parent and Advocate are not in agreement

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____    MULTIDISCIPLINARY TEAM (MDT)    Page 2 of 2
CONTINUATION MEETING NOTES
MEETING TYPE: IEP

STUDENT: T____ T____    SCHOOL: Payne ES    DATE: 4/29/05

With T____ Continuing at Payne Elementary School. They discussed ~~Tiara attendi~~ Accotink and Kennedy Ctr as possible placements for T____ because they have a smaller Student/teacher ratio. However, Payne's program ~~is~~ also has a small student/teacher ratio and can provide T____ with the services she needs to address her disability.

ESY was discussed. T____ is eligible to receive ESY services due to difficulties with regression and recoupment. The MDT was in agreement with this service being provided.

Parent and advocate requested copies of service provider logs to ensure that T____ has been receiving all services. Also school Psychologist will provide written review of Sylvan Learning Ctr's evaluation. Info will be faxed on Monday.

Tutoring was requested by Parent and Advocate. However, T____ is in a full time ED program and will be receiving ESY services for the summer. Therefore, one on one tutoring will not be offered at this time. ~~Howeve~~ The parent and advocate are not in agreement with this and feel that one on one tutoring services should be provided based upon the recommendation on the Sylvan Learning Center Evaluation.