TT-12

 **FILE**

# Law Office,
## Christopher N. Anwah, LLC
Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
  (DC, MD, NJ)
Fatmata Barrie, Esq.
  (DC, FL)
Panya Monford, Esq.
  (MD)

1003 K Street, N.W.
 Suite 500
Washington, D.C.  20001
Phone: (202) 626-0040
Fax: (202) 626-0048

March 28, 2005

**By Fax: (202) 698-3263**

Ms. Phaedra Smith
Special Education Coordinator
Payne Elementary School
305-15th Street, S.E.
Washington, D.C.  20003

        RE:    T████ T████
        DOB:  ████/96

Dear Ms. Smith:

Our office is writing to request that an MDT/IEP meeting be convened for T███ T███ to discuss her placement at Payne Elementary. Ms. Norma Gales recently had T███ evaluated by Sylvan Learning Center ("Sylvan") and she was informed that T███ has a reading and math deficiency which needs to be addressed with one-on-one tutoring services. Therefore, please provide our office with a letter of invitation with three (3) dates to schedule the MDT/IEP placement meeting for T███ no later than **Wednesday, April 6, 2005 by close of business**.  We are attaching copies of the testing scores completed by Sylvan for DCPS's review.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

Annie R. Pressley, J.D.
Education Advocate for Christopher Anwah, Esq.
Attorney for T███ T███

cc:    Client's file

165

# Law Office,
# Christopher N. Anwah, LLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Panya Monford, Esq.
   (MD)

1003 K Street, N.W.
Suite 500
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048

## FACSIMILE COVER LETTER

DATE:
    March 28, 2005

TO:
    Ms. P. Smith - Special Education Coordinator

COMPANY
    Payne Elementary School

FAX NUMBER:
    (202) 698-3263

FROM:
    Christopher Anwah, Esq./Annie R. Pressley, J.D. - Education Advocate

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET 9

MESSAGE: REQUEST TO CONVENE MDT/IEP MEETING FOR T___A T____
    WE NEED A LTR OF INVITATION WITH THREE POSSIBLE DATES

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

166

XMT REPORT

Mar. 30 2005 01:28PM

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01 | 202 6983263 | Mar. 30 01:22PM | 05'50 | TX | 09 | OK |

Ltr. to Payne ES for
request to convene MOT
rlty for ~~Taxing~~ ~~Tyler~~.
aup.

167



# Law Office,
## Christopher N. Anwah, LLC
Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Panya Monford, Esq.
   (DC)
November 3, 2004

1003 K Street, N.W.
 Suite 500
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: Lawoffcna@aol.com

**By Fax: (202) 698-3263**

Ms. Phaedra Smith
Special Education Coordinator
Payne Elementary School
305-15th Street, S.E.
Washington, D.C. 20003

          RE:    T▇▇ T▇▇
          DOB:  ▇▇96

Dear Ms. Smith:

Our office is writing to request that the MDT/IEP team at Payne ES provide us with three (3) dates to consider to schedule an MDT/IEP meeting to discuss T▇▇ placement at Payne Elementary ("Payne"). the MDT team at the last MDT meeting recommended that the team reconvene no later than November 1, 2004 to revisit T▇▇ placement at Payne. Therefore, please provide the dates for consideration to the undersigned staff personnel by November 5, 2004 by close of business.

If you have any questions, you may contact the undersigned staff personnel at either (202) 626-0040 or (202) 270-9156 to further discuss this matter.

Thank you for your immediate attention and cooperation.

Sincerely,

Annie R. Pressley, J.D.
Law Clerk for Christopher Anwah, Esq.
Attorney for T▇▇ T▇▇

cc:    Client's file

168

# Law Office,
# Christopher N. Anwah, LLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
    (DC, MD, NJ)
Fatmata Barrie, Esq.
    (DC, FL)
Panya Monford, Esq.
    (MD)

1003 K Street, N.W.
Suite 500
Washington, D.C.  20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: Lawoffcna@aol.com

## FACSIMILE  COVER  LETTER

**DATE:**
    November 3, 2004

**TO:**
    Ms. P. Smith - Special Education Coordinator

**COMPANY**
    Payne ES

**FAX NUMBER:**
    (202) 698-3263

**FROM:**
    Christopher Anwah, Esq./Annie R. Pressley, J.D. - Law Clerk/Education Advocate

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET** _2__

**MESSAGE:** REQUEST FOR MDT TEAM MEETING TO DISCUSS PLACEMENT FOR
T▓▓▓ T▓▓▓▓ - DOB: ▓▓▓/96

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both.  The information is intended to be for the use of the individual or entity named on this cover letter.  If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited.  If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

169

XMT REPORT

Nov. 03 2004 10:41PM

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|---|
| 01 | 202 6983263 | Nov. 03 10:40PM | 01'03 | TX | 02 | OK |

Ltr to Payne RS re
~~Tom Taylor~~ regarding
MOT meeting to discuss
placement.

Ap

 **FILE**

# Law Office,
## Christopher N. Anwah, LLC
Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Panya Monford, Esq.
   (MD)
November 30, 2004

1003 K Street, N.W.
 Suite 500
Washington, D.C.  20001
Phone: (202) 626-0040
Fax: (202) 626-0048

**By Fax: (202) 698-3263**

Ms. Phaedra Smith
**Special Education Coordinator**
**Payne Elementary School**
305-15th Street, S.E.
Washington, D.C.  20003

       RE:   T▮▮▮ T▮▮
       DOB:  ▮▮▮▮/96

Dear Ms. Smith:

Our office is writing to request that Payne Elementary schedule T▮▮▮ sixty (60) day review MDT/IEP-placement meeting for **Tuesday, December 14, 2004 @ 10:30 a.m.**, per Ms. Norma Gales', T▮▮▮ mother, request. As you recall, at the last MDT/IEP meeting the team recommended that it reconvene within sixty days to discuss T▮▮▮ placement and IEP. Therefore, our office is available to attend this meeting with Ms. Gales on the above date and time. If this date and time do not create a schedule conflict for your MDT/IEP team, please provide our office with a Confirmation Notice letter. However, if this date and time do create a schedule conflict for your MDT team,  please contact the undersigned staff personnel to negotiate another mutual date and time to schedule this meeting prior to the Christmas break.

Thank you for your prompt attention and cooperation regarding this matter.

Sincerely,

*Annie R. Pressley*

Annie R. Pressley, J.D.
Law Clerk for Christopher Anwah, Esq.
Attorney for T▮▮▮ T▮▮

cc:    Client's file

171

# Law Office,
# Christopher N. Anwah, LLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
   (DC, MD, NJ)
Fatmata Barrie, Esq.
   (DC, FL)
Panya Monford, Esq.
   (MD)

1003 K Street, N.W.
Suite 500
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048

## FACSIMILE  COVER  LETTER

**DATE:**
   November 30, 2004

**TO:**
   Ms. P. Smith - Special Education Coordinator

**COMPANY**
   Payne Elementary School

**FAX NUMBER:**
   (202) 698-3263

**FROM:**
   Christopher Anwah, Esq./Annie R. Pressley, J.D. - Law Clerk/Education Advocate

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET** _2_

**MESSAGE:** REQUEST FOR CONFIRMATION OF MDT/IEP MEETING FOR T██████
T████ - DOB: ████/96

If there is any problem with this transmission, please call as soon as possible at (202) 626-0040

### *** CONFIDENTIALLY NOTE ***

The pages accompany this facsimile transmission contain information from the CHRISTOPHER ANWAH, ESQ. law offices which is confidential or privileged, or both. The information is intended to be for the use of the individual or entity named on this cover letter. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this facsimile in error, please notify us by telephone immediately at (202) 626-0040 so that we can arrange for the retrieval of the original documents at no cost to you.

172

XMT REPORT

Nov. 30 2004 09:23PM

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|-----|-----------------|------------|------------|------|-------|--------|
| 01  | 202 6983263     | Nov. 30 09:22PM | 01'04 | TX | 02 | OK |

Ltr to Payne ES
requesting confirmation
of MOT/IRP placement meeting
for ▬▬▬ ▬▬▬.
                        Ap

173

# The High Road Primary School of Washington DC

1246 Taylor Street NW
Washington, DC 20011
TEL: 202-722-7900
FAX: 202-722-7936

May 4, 2005

Law Offices

**Christopher N. Anwah, LLC**

Christopher Anwah
1003 K Street, NW
Suite 500
Washington, DC 20001

**RE:** T███ T███

**DOB:** October 5, 1996

**VIA:** Facsimile & U.S. Mail

Dear Mr. Anwah:

I am pleased to inform you that T███ T███ has been accepted into the High Road Primary School. T███ and her mother, Norma Gales, toured and interviewed at our program yesterday.

When you receive a copy of her most current evaluations to include: Occupational Therapy, Speech & Language, Clinical, and Psychiatric, can you please forward them to us upon receipt? It would be helpful to better plan for her academic/social-emotional needs.

Tiara's enrollment into our school is dependent upon proper authorization of either a NOP or HOD from DCPS.

Thank you for referring T███ to our program; it was a pleasure meeting the two of them. We look forward to contributing to her academic and emotional success.

Sincerely,

Michelle Young
Director

Emelda Guin-Allen
Associate Director

CC: Ms. Norma Gales

174

11-14

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

TEACHER ASSISTANCE TEAM
(TAT)
Alternative Instructional Strategies
(AIS)
REVIEW

Step 4 of 4

TAT REFERRAL DATE: _____                    MEETING DATE: _____

                                                                          PAGE: _____

STUDENT: ▮▮▮▮▮▮ DOB: ▮▮ 9/6 AGE: 6 GRADE: 1 SCHOOL: Winston Ed Center

STUDENT IDENTIFICATION NUMBER: ▮▮▮▮▮▮▮▮    TEACHER / HOMEROOM: Mrs. Grant

ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮ ▮ 6 Wash, D.C. 20020
                 *Level #   Street Name*                              *Quad   Apartment #   City             State   Zip Code*

PARENT(S)/GUARDIAN: Norma E. Gales    TELEPHONE(H): 3/249-8153  (W): 678-3000 ext 341

REVIEW STRATEGIES THAT ADDRESS DOCUMENTED AREAS OF LEARNING CONCERNS
(Within 45 days develop and implement alternative strategies and schedule ongoing meetings to chart progress.)

STRATEGY EVALUATION(S) OR FINDINGS:

| Behavior #1 Description | Strategies | Results | End Date |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

OMMITTEE RECOMMENDATIONS: (Complete I, II, III, or IV)

I. ☐ Strategies were successful, child remains in General Education without the need for further intervention.

II. ☐ Continue current AIS or develop new strategies. (Complete a new Step 3 form)

III. ☐ Develop a 504 Plan (Remains with general education).

*to the completed form in the TAT folder*

IV. ☐ Disability suspected, refer to MDT – 120 day timeline begins.

☐ Parent request referral to MDT without opportunity for intervention – 120 day timeline begins.

Norma E. Gales                                              1-15-03
Parent Signature              Principal's Signature                    Date

Must be completed at the DCPS neighborhood or DCPS attending school.

Completed form in TAT folder, refer to MDT and enter in the SETS systems. (Continue to FAX this page to the Central Office).

MDT

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**CONSENT FOR EVALUATION - INITIAL OR REEVALUATION**
(*CHECK ONE ONLY - INITIAL OR REEVALUATION)

**I.    INITIAL EVALUATION CONSENT** ☑

As a result of the review of the screening information at the MDT meeting on _____
it was determined in a MDT meeting that your child, _____
is in need of a full and individual evaluation to assist us in developing the most appropriate educational
program. You have been provided a copy of the "Procedural Safeguards - Parental Rights" booklet. We
would like to remind you at this time that:
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide an appropriate program and may be required to initiate due
  process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) in Section 111.

**II.    REEVALUATION** ☐

The MDT received the following request for a reevaluation for _____
by /for a: ☑ parent request    ☐ teacher request    ☐ **3 year reevaluation**
The MDT will collect supportive documentation in the area of the disability to determine the need for
continued special education and related services. The school is required to only evaluate in those areas of
documented need or consensus of the MDT (parent is a member of team). Parents have the right to
request assessments to determine if the child continues to be a child with a disability. DCPS may
reevaluate your child, without your consent, if the school district can demonstrate that it has taken
reasonable steps to get parental consent and the parent has not responded.
- granting consent for this evaluation is a voluntary action on your part;
- this consent may be revoked at any time although the school district is required to take all
  necessary action to provide a Free Appropriate Public Education program and may be
  required to initiate due process procedures to obtain consent; and
- by granting consent in writing, you are agreeing to the evaluation(s) on the student
  evaluation plan (SEP)   .

**III.**    I give permission for District of Columbia Public Schools to proceed with the evaluation(s) based on the
Student Evaluation Plan (attached ) for my child, _____

Within a reasonable period of time days after completion of the evaluation, we will hold another MDT meeting (to which
you will be invited) to determine if your child is eligible for special education and related services. The written reports of all
procedures administered will be provided to you at that meeting, along with explanations and interpretations. We will use
this information to determine an appropriate program for your child. If records are to be obtained/released as part of
this evaluation, the "Consent for Release of Records" form is completed and attached.
If you have questions or concerns at any time during the evaluation process, feel free to contact me
at _____ (telephone number).

☐ INITIAL EVALUATION          ☐ REEVALUATION

**Parent Response Section:**

☑ I agree to the proposed evaluation(s)          ☐ I do NOT agree to the proposed evaluation(s)

_n.b. Lena E. Dales_                              1-15-03
Parent/Guardian Signature                          Date

DCPS    DIVISION OF SPECIAL EDUCATION    07-02-2001    MDT - CONSENT FOR EVALUATION    APPENDIX - A 176

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, D.C.**
**INDIVIDUALIZED EDUCATIONAL PROGRAM**

DCPS - IEP  Page 1 of 4
Additional Comments: ☐

## I. IDENTIFICATION INFORMATION

Student Name: Last ▓▓▓    First T▓▓▓    MI

Student ID 9070042    Soc. Sec. No. ▓▓▓    Age: 7    Grade 3rd

Gender ☐ M ☒ F    Date of Birth 10/05/1996    Ethnic Group B

Address ▓▓▓

House No. ___ Street Name ___ Washington    Quadrant DC    Apartment # 20002
City    State    Zip Code

☐ Non-attending

Attending School Payne Elementary    Home School Winston EC

☒ Elem.  ☐ Mid/JHS  ☐ SHS  ☐ CWS /

Parent    Norma Gales

Address of (If different from student):    ☒ Parent  ☐ Guardian  ☐ Surrogate

House No. ___ Street Name ___ Quad ___ Apt. No. ___ City ___ State ___ Zip Code
Telephone: Home (202) 388-3975    Work (202) 678-3000    Ext. 300

## II. CURRENT INFORMATION

Date of IEP Meeting: 12/14/04
Date of Last IEP Meeting: 10/1/04
Date of Most Recent Eligibility Decision: 5/19/04

Purpose of IEP Conference:
☐ Initial IEP    ☒ Review of IEP
☐ Requested Eval.    ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: III

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

☒ BEHAVIOR    ☒ TRANSPORTATION
☐ ESY    ☐ TRANSITION

| III. LANGUAGE | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg./ Written |
| Home | English | English | English | Native Language | Instrument: |
|  |  |  |  |  | Date: |

## IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd | SpEd | Total | FREQUENCY Hr/Min | D/W/M. | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION wks./mos |
|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | 0.00 | 25 | 25 | Hrs | Week | Special Education Teacher | 12/15/2004 | 10 Months |
| Psychological Services | 0.00 | 1.5 | 1.5 | Hrs | Week | Psychologist | 12/15/2004 | 10 Months |
| Speech-Language | 0.00 | 1.00 | 1.00 | Hrs | Week | S and L Therapist | 12/16/2004 | 10 Months |
|  |  |  | 0.00 |  |  |  |  |  |
|  |  |  | 0.00 |  |  |  |  |  |
|  |  |  | 0.00 |  |  |  |  |  |
|  |  |  | 0.00 |  |  |  |  |  |
|  |  |  | 0.00 |  |  |  |  |  |
| TOTAL | 0.00 | 27.5 | 27.5 | Hours Per Week |  |  |  |  |

## V. Disability(ies)  Emotionally Disturbed

Percent of time in Specialized Instruction and Related Services
☐ 0-20%  ☐ 21-60%  ☒ 61-100%

Percent of time NOT in a General Education Setting  85%

☐ (Check if setting is general Ed.)

## VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Norma Gales    *Norma E. Gales*
Parent

~~Tracy Wilson~~ Hubert Williams    *Hubert Williams*
Special Ed Teacher

N/A
General Ed Teacher

Phaedra Smith    *Phaedra Smith*
LEA Representative

Phaedra Smith    *Phaedra Smith*
Principal or Designee

Student
Audrey Taylor    Tasha Winns
SLP

Lauren Jones
School Psychologist

Tamara Dukes
Social Worker

 Edu advocate

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature    Date

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 1 of 4

177

| | | | |
|---|---|---|---|
| Student Name T_____ I_____ | | Managing School Payne Elementary | **DCPS - IEP** |
| Student ID Number 9070042 | DOB ___/1996 | Attending School Payne Elementary | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability     Additional Comments: ☐

**Academic Areas: (Evaluator)** Theresa Erby, School Psychologist

**Math Strengths:**
Can add / subtract one, two digits with or without regrouping, telling time, count money

**Impact of disability on educational performance in general education curriculum:**
Problem solving impact her educational performance in general education curriculum.

**Reading Strengths:**
Can put words in alphabetical order. Write simple sentences.

**Impact of disability on educational performance in general education curriculum:**
Word attack skills impact on her ability to read on grade level.

**Score(s) When Available**
Math Cal. ____
Math Rea. SS-80
See goal page: ____
Date: 2-28-03
Rdg. Com 92 Standard score
Rdg. Basic ____
Written Ex. ____
See goal page: ____
Date: 2-28-03

---

**Communication (Speech & Language) (Evaluator)** Audrey Taylor, SLP

**Strengths:**
Strength in expressive language

**Impact of disability on educational performance in general education curriculum:**
Receptive language deficit affects ability in classroom

**Score(s) When Available**
Exp. Lang. ____
Rec. Lang. ____
Artic ____
Voice ____
Fluency ____
Exp. Voc. SS    8
Rec. Voc. SS    6
See goal page: ____
Date: 4/1/03

---

**Motor/Health (Evaluator)**

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) /Results When Available**
____
____
____
See goal page: ____
Date: ____

---

**Social Emotional Behavioral Areas: (Evaluator)** Sambhu Banik, PhD

**Strengths:**
at times eager to please; motivated; able to cooperate

**Impact of disability on educational performance in general education curriculum:**
Problems with self-control and interpersonal relationships impact her ability focus on and complete her school work

**Score(s) When Available**
N/A
____
____
See goal page: ____
Date: 10/1/2003

---

**Cognitive/Adaptive Behavior: (Evaluator)**

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
____
____
____
See goal page: ____
Date: ____

---

**Prevocational Skills: (Evaluator)**

**Strengths:**

**Impact of disability on educational performance in general education curriculum:**

**Score(s) When Available**
____
____
____
See goal page: ____
Date: ____

---

178

| Student Name | ~~Tasha Johnson~~ | Managing School | Payne | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 90700425 | DOB ~~/1996~~ | Attending School Payne | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: [ 1 ]

Area addressed by goal: _Academics_

**ANNUAL GOAL: (Including mastery criteria.)**

T_____ will demonstrate one year's growth in reading skills by mastering the short term objectives with 80% accuracy

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) T____ will identify consonant blends with 80% accuracy. | | monthly |
| (2) T____ will read first and second grade dolch words with 80% accuracy | | monthly |
| (3) T____ will predict the outcome of a story and read orally with 80% accuracy. | | monthly |
| (4) T____ will tell the main idea of a story with 80% accuracy. | | monthly |
| (5) T____ will practice and use the phonetic approach to decode words | | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio     Log     Chart     Test     Documented Observation     Report     Other _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

179

| Student Name _Timmy Turner_ | Managing School _Payne Elementary_ | DCPS - IEP |
|---|---|---|
| Student ID Number _9090042_   DOB __/16 | Attending School _Payne Elementary_ | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:                    Goal Number: 4

Area addressed by goal: _Special Emotional Behavioral_

**ANNUAL GOAL: (including mastery criteria.)**

Will improve social interaction skills: self-control in various situations with 80% mastery.

Provider(s): _Social Worker / Psychologist_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will utilize calming techniques (count to ten, deep breathe, take a time out) when angry with 80% mastery. | | Monthly |
| Will develop appropriate behavioral responses for positive and negative situations with 80% mastery. | | Monthly |
| Will use words appropriately to express feelings when upset with 80% mastery. | | Monthly |
| Will distinguish between acceptable and unacceptable expressions of feelings with 80% mastery. | | Monthly |
| Will describe techniques to resist losing control with 80% mastery. | | Monthly |
| Will give techniques to verbalize feelings appropriately with 80% mastery. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio     Log     Chart     Test     (Documented Observation)     Report     Other _Progress Reports_

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

180

| Student Name ▇▇▇▇▇ | Managing School Payne Elementary | DCPS - IEP |
|---|---|---|
| Student ID Number 9070042    DOB ▇▇/96 | Attending School Payne Elementary | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: **5**

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL: (including mastery criteria.)**

Will improve interpersonal interactions in a variety of social situations with 80% mastery.

Provider(s): Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will ignore the provocation of peers with 80% mastery. | | Monthly |
| Will refrain from being verbally and physically agressive when interacting with peers with 80% mastery. | | Monthly |
| Will seek adult assistance to resolve peer conflicts with 80% mastery. | | Monthly |
| Will be respectful of adult authority with 80% mastery. | | Monthly |
| Will communicate effectively in a group setting with 80% mastery. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    (Documented Observation)    Report    Other Progress Report

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

| Student Name | T████     T████ | Managing School | Payne Elementary | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9070042 | DOB ████/1996 | Attending School Payne Elementary | Page 3 of 4 |

| VIII. SPECIALIZED SERVICES | Additional Comments: ☐ | Goal Number: ▨ |
|---|---|---|

Area addressed by goal: Communication

**ANNUAL GOAL: (Including mastery criteria.)**

To improve receptive language skills to 80% accuracy of short term objectives.

Provider(s): Speech and Language Therapist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| T████ will use story sequencing skills with 80% accuracy. | | Monthly |
| T████ will classify objects by categories with 80% accuracy. | | Monthly |
| T████ will state meanings of common suffixes with 80% accuracy. | | Monthly |
| T████ will identify and use antonyms with 80% accuracy. | | Monthly |
| T████ will arrange a set of words in a meaningful sentence structure with 80% accuracy. | | Monthly |
| | | |

| **EVALUATION PROCEDURE(S)** |
|---|
| ☐ Portfolio  ☐ Log  ☐ Chart  ☐ Test  ☒ Documented Observation  ☒ Report  ☐ Other |

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 3 of 4

| Student Name _____ | Managing School *Payne* | DCPS - IEP Page 3 of 4 |
| Student ID Number *4070042*  DOB *296* | Attending School *Payne* | |

| | | Goal Number: 2 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: *Academics*

**ANNUAL GOAL: (Including mastery criteria.)**

T_____ will demonstrate growth in word
attack skills by mastering the short term
objectives with 80% accuracy.

Provider(s): *Special Education Teacher*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① T_____ will relate sounds to diagraphs (ch, sh, th) with 75% accuracy | | monthly |
| ② T_____ will identify short and long vowels with 75% accuracy | | monthly |
| ③ T_____ will identify context clues with 75% accuracy | | monthly |
| | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    (Chart)    (Test)    Documented Observation    Report    Other _____

| Student Name | ~~Tyme~~ | Managing School | Payne | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | ~~40700428~~ | DOB ~~/96~~ | Attending School | Payne | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Goal Number: 3

Area addressed by goal: _Academics ._

ANNUAL GOAL: (including mastery criteria.)

~~T____~~ will demonstrate growth in Math skills by mastering the Short-term Objectives with 80% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① Recite multiplication facts to 81 with 80% accuracy. | | monthly |
| ② Divide using multiples of ten ~~____~~ with 80% accuracy. | | monthly |
| ③ Solve simple word problems (+, -) with 80% accuracy | | monthly |
| ④ Recite multiplication facts with 80% accuracy. | | monthly |
| ⑤ Place Value ~~T____~~ will understand Place value for tens, hundred nes place with 80% accuracy | | monthly |
| | | |

| EVALUATION PROCEDURE(S) | | | | | |
|---|---|---|---|---|---|
| Portfolio | Log | Chart | (Test) | (Documented Observation) | Report    Other _____ |

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

184

| Student Name _Tiana T_____ | Managing School _Payne Elementary_ | DCPS - IEP |
|---|---|---|
| Student ID Number _9070042_    DOB __/__/96 | Attending School _Payne Elementary_ | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>?    Yes    **No**

Explanation for removal out of regular education classroom

Student requires behavior interventions and modification
that cannot be met within the general education
classroom.

## X. Supplementary Aids and Services

| Classroom Needs<br>(Do not name products or companies.) | SETTING | | | FREQUENCY | | PROVIDER<br>(by discipline) | BEGINNING DATE<br>(mm/dd/yyyy) |
|---|---|---|---|---|---|---|---|
| | GenEd | SpEd | Total | Hr./ Min | D/W/M. | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations for <u>testing</u>:    **None needed**

Timing/Scheduling: Extended Time, Frequent Breaks
Setting: Small group, Preferential seating
Presentation: Repeated + Simplified directions
Response: _____
Equipment: _____

## XI. STATE AND DISTRICT ASSESSMENTS:

**Level I**   Tested with non-disabled peers under standard conditions without accommodations.

**(Level III)**  Describe non-uniform conditions for level III)
Tested under non-standard conditions with permissible accommodations

**Level V**  Portfolio: _____

**Level II**  (Describe accommodations for level II)
Tested under standard conditions with special accommodations.

**Level IV**  (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:

(Reading)        Physical/Sensory        Transition
(Mathematics)    Social Emotional        Vocational
(Written Expression)  Physical Development    Independent Living
Other: _____        Speech/Language
None    Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

**Modifications:**
X Language Arts/English
Social Sciences
Biological & Physical Sciences
Fine Arts

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
|---|---|---|
| In General Education Classroom | Rejected | Continued school failure |
| Combination general education + Resource Classroom | Rejected | Exposure to general education Curriculum |
| Out of General Education | Accepted | Impact on self esteem. |

Modification(s)/Accommodation(s) to address the harmful effects:

Development of Behavior Intervention Plan

Location for Services  Payne Elementary School

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 4 of 4

185

**District of Columbia Public Schools**
**Washington, D.C.**

| I.E.P.   Attachment A |
| Intervention Behavior Plan |

**INTERVENTION BEHAVIOR PLAN**

Date Developed: 10/1/04

Student Name ▓▓▓▓    ▓▓▓    ID# 9070042    DOB ▓▓/1996    Grade 32

Address ▓▓▓▓▓▓▓▓▓    SE    4    Washington    DC    20020
　　Street #　　　　Street Name,　　　Quadrant    Apartment #    City.    State,    Zip Code

Telephone (H)　　　　　　(W)　　　　　Counselor Dr. Jones

Attending School Payne Elementary    Teacher Ms. Wilson    Room_____ Section_____

**TARGETED BEHAVIOR(S):**    Additional Comments: ☐

1) Difficulties with self-control
2) Problems in interpersonal relationships

**POSITIVE INTERVENTION STRATEGIES: Student Objective -**

1) Tiara will exhibit self-control even when angry
2) Tiara will have positive peer interactions and will be respectful of adults

**Implementation description -**

Continued behavior modification with a token economy system. Daily Tiara will earn points for engaging positive
school behaviors. Bi-weekly Tiara will have the opportunity to shop in the store plaza for prizes with points earned.

**POSITIVE INTERVENTION STRATEGIES: Teacher Strategies**

1) praise for engaging in positive behaviors, 2) seating apart from peers she is in conflict with, 3) encouragement to
wear eyeglasses daily, 3) computer time to reinforce positive behaviors, 4) leadership opportunities offered as
positive reinforcement

**MONITORING SYSTEM: Responsible Teacher -** Special Education Teacher
**Describe System -**

1) Chart posted in classroom of points earned, 2) daily progress reports to mother

**Data collection timeline -**

5/04-6/04

**FOLLOW-UP MEETING: Date -** _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP ATTACHMENT A    INTERVENTION BEHAVIOR PLAN

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT T_____ T_____   SCHOOL Payne Elementary   DATE: 12/14/04

| PARTICIPANTS: | PARTICIPANTS: (Sign Name) | DISCIPLINE |
|---|---|---|
| Norma Gales | Norma E Gales | Parent |
| Hubert Williams | Hubert Williams | Special Ed Teacher |
| N/A | | General Ed Teacher |
| Phaedra Smith | Phaedra Smith | LEA Representative |
| Phaedra Smith | Phaedra Smith | Principal or Designee |
| Lauren Jars (PhD) | Lauren Jr PhD | ~~Student~~ Psychologist |
| Tasha Winns | Sasha Winn | SLP |
| Tamara Dukes | Tamara Duke | Social Worker |
| Hannie R Pressley | Annie R. Pressley | Edu. Advocate |

Introductions were made and the meeting convened.
The parent was given a copy of the Parent Rights
Manual and a receipt was signed.
Purpose:
The purpose of the meeting

The Parent States:
She is concerned about T_____ behavior. The behavior has been
on and off. She has received the progress reports. Ms.
T_____ states that T_____ has made progress in Reading.
However, she is wondering if the school can handle
T_____ behavior. They recently moved to Northwest, DC.
T_____ is still adjusting to the move. Ms. Gales states
that she has been having some problems with Tiara's

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    07-02-2001    DIVISION OF SPECIAL EDUCATION    IEP MEETING NOTES

187

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____        MULTIDISCIPLINARY TEAM (MDT)        Page: 2 of 4
                                    CONTINUATION MEETING NOTES
                                    MEETING TYPE: _____

STUDENT: T___ T___    SCHOOL: Payne Elementary    DATE: 12/14/04

behavior at home.

<u>The Special Education Teacher Reports:</u>

T___ has made progress in reading the first and second grade Dolch Word list. Tiara also has made improvement in math as well. T___ however still has difficulty verbalizing what she feels during challenging situations. T___ is showing some social cueing improvement.

The Psychologist Reports:

Dr. Jones reports that since the last meeting, there have been fewer requests for her to intervene with T___ due to crises. In consideration of T___ report of changes at home with regard to moving to a new home in close proximity to her father and grand mother, termination with outpatient therapist, Dr. Jones contends that transitions should be kept to the minimum for maximum benefit for T___. Dr. Jones agreed that it is in T___ best interest to be in a co-ed classroom vs a classroom wherein she is the only girl, in the same school with psychosocial counseling primarily from her current social worker. Based on her performance at a more optimal level in Ms. Wilson's class on a temporary basis this year, Dr. Jones concurred that this change of classroom would yield considerable...

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____

Page: 3 of 4

STUDENT: T███ Tyler███    SCHOOL: Payne Elementary    DATE: 12/14/04

The Speech Therapist Reports: Currently, T███ receives language therapy one a week for one hour. The focus of therapy address increasing T███ receptive and expressive language skills. T███ has worked on formulating sentences, recalling storey information using Wh-questions, and increasing vocabulary skills through classification and antonyms. T███ has made some progress; however, not on a consistent bases. Recommendation at this time is for T███ to continue receive language therapy one a week for one hour.

Sarla Viss, SLP

The Social Worker Reports: Currently, S███ receives psychological counseling for an hour week. She therapy address her social emotional behaviors increasing her coping skills S███ has made some progress and still needs to improve with her social interaction skills with her peers. It is recommended that she continue with her therapy and also participate in outside therapy to stablize her emotions.

Samuel Irby, M.S.W.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

.TE: _____

MULTIDISCIPLINARY TEAM (MDT)
CONTINUATION MEETING NOTES
MEETING TYPE: _____

Page: 4 of 4

2 T▮▮▮          SCHOOL: Payne Elementary    DATE: 12/14/04

dations:
Psychological Services will be increased from
weekly to 1.5 Hrs. weekly.

~~at~~ agrees that T▮▮▮ is to remain at Payne
School for the remainder of the 2004-2005 sy.
move to Mr. Wilson's Primary Class Where
other girls in the class as well as other
: Ms. Bales states that she prefers that T▮▮▮
s. Wilson's Class. The MDT further agrees and
hat the parent has the right to reconvene
ng at any time. In addition, the MDT will
to the end of the school year to discuss

7/29/2003 9:18 AM  FROM: Fax DCPS  TO: 2026455941    PAGE: 002 OF 004

TT-16
wp

**District of Columbia Public Schools**
**Division of Special Education**
**Washington, DC**

**Clinical Psychiatric Review**

**Name:** Ti███ T███
**Date of Birth:** ███████, 1996
**Age: 6 years, 7 months**
**School: Winston Educational Center**
**Date of Review: May 7, 2003**
**Reviewer: Lewis Gray Jr., Ph.D.**

**Reason for Referral and Background Information:**

Ti███ was referred for a clinical psychiatric review in order to determine her current level
of emotional functioning, to help ascertain her eligibility for special education services,
and to make recommendations consistent with her education needs and abilities.

Ti███ is a 6-year-old African-American female who at the time of this review was
residing with her mother, father and sibling.  She is attending Winston Education Center
where she is enrolled in the 1st grade.

Alberta M. Vallis, MD evaluated Ti███, on June 5, 2002, at the Center for Mental Health.
Ti███ was referred for this assessment with Dr. Vallis due to a history of behavioral
problems while she was enrolled in the Head Start Program.  Behavioral concerns
included falling out in the floor, pulling her hair, refusal to participate in group activities
and oppositional defiant behavior.  These problems have reportedly escalated when Ti███
enrolled in Kindergarten.  Ti███ continues to manifest these negative behaviors at
Winston Educational Center.  There is no evidence of psychiatric hospitalization,
however, Ti███ reported that she takes medication but was unable to recall the name of
the medication.

**Psychiatric Findings:**

Dr. Vallis, MD, the attending psychiatrist at The Center for Mental Health, gave the
following impressions.  Ti███ presented as a child who showed some evidence of
stuttering and a lisp.  There were also concerns with regards to her receptive language
skills.   Her mood and affect were reported to be appropriate and her thought process was
stated to be in tact.  However, she was precocious and overly determined to have her

way. T███ thought content and perceptions were aggressive. Reportedly she talked of the children and teachers being mean to her. Her perceptual skills were reported to be weak.

T███ was oriented to time, place and person; her attention and concentration were appropriate and her memory was in tact but reportedly not for social rules. Moreover, T███ insight into her own behavior and judgment, according to Dr. Vallis, was poor. Furthermore, T███ tends to be intrusive and overly demanding.

Dr. Vallis's diagnostic impressions are as follows:

Axis I: Oppositional Defiant Disorder
        Learning Disorder, NOS
Axis II: None
Axis III: Residuals of Substance Abuse en utero
Axis IV: Academic Problems; Support System
Axis V: GAF=35

**Prior Academic Testing:**

Cognitive testing conducted by DCPS on February 28, 2003 showed that T███ is functioning in the Borderline range of intellectual functioning as indicated by her Full Scale IQ of 77. T███ ability to reason with and without the use of words is not significantly different, although her verbal ability is slightly better developed than her nonverbal ability as indicated by her Verbal Comprehension Index of 87 and her Perceptual Organization Index of 75.

**Current Clinical Assessment:**

DCPS clinical psychologist administered a more recent clinical assessment to T███ on May 7, 2003 in order to ascertain her current level of emotional functioning. T███ was observed in the classroom, interviewed in the testing area, administered a depression scale for children, projective drawings, and the Connors' Teacher Rating Scale.

During the interview T███ presented as a very cooperative child who responded to the various demands for activity in an appropriate manner. Although at times she was somewhat distractible, T███ could be redirected with minimal prodding. T███ was spontaneous in speech and did not manifest any unusual behaviors. Moreover, T███ indicated that she takes medication three times a day, which according to T███ helps her stay awake. Reportedly T███ tends to fall asleep during class times.

The results of the Children's Depression Inventory (CDI) fell in the moderate range for children suspected of depression with a T score of 62. T███ endorsed feeling sad all the time, that she does everything wrong, she feels alone all the time and that she has some friends but she wishes that she had more. Moreover, it is important to note that T███

192

7/29/2003 9:18 AM  FROM: Fax DCPS  TO: 2026455941  PAGE: 004 OF 004

stated during the interview that she loss both her grandmother and grandfather within the past year. She also indicated that she continues to feel sad when she thinks about them.

The results of the other projective testing and behavior rating scales indicated that T▆▆ tends to be oppositional, which may result in her breaking rules, and have problems with person in authority. T▆▆ is also likely to be inattentive, have organizational problems, have difficulty completing tasks and have concentration problems. She is also likely to have problems sitting still for very long and feel restless and impulsive. Socially, T▆▆ is likely to perceive that she has few friends, lowered self-esteem, and feels socially detached from her peers. Test results also indicate that T▆▆ is at risk for Attention Deficits Hyperactivity Disorder, Combined Type.

### Summary and Recommendations:

T▆▆ is a 6 year-old African-American female who was referred for a clinical evaluation in order to determine her current level of emotional functioning. The results show evidence of moderate levels of depressive symptoms, oppositional tendencies, social problems and symptoms associated with Attention Deficits Hyperactivity Disorder, Combined Type. T▆▆ also has a history of poor academic performance, sleeping in class and behavior problems. T▆▆ stated that she takes medication, which reportedly helps her to stay awake. T▆▆ is currently attending Winston Educational Center where she is enrolled in the 1st grade. The results of this evaluation will be shared with other members of the IEP team in order to help develop a program that is consistent with her needs and abilities. Furthermore, given T▆▆ history of inattentiveness, distractibility and current test results indicating symptoms associated with ADHD, a closed spaced academic environment appears to be a more appropriate setting.

Lewis Gray Jr., Ph.D.
DCPS Clinical Psychologist



TT-17



# Therapeutic Day School

8519 Tuttle Road
Springfield, Virginia 22152
(703) 451-8041 Telephone (703) 569-5365 Fax

Elaine McConnell
  Chief Executive Officer
Matthew McConnell
  General Counsel
Julia Warden, M.S.
  Educational Director
Ann Warnke, M.S., CCC
  Assistant Educational Director
Melissa Deichman, Ph.D.
  Co-Clinical Director
Nancy McKenna, Ph.D.
  Co-Clinical Director
Arlene Ring, M.A. CCC/SLP
  Speech Pathology Director
Jennifer Baldwin, MA, ATR-BC
  Art Therapy Director
Patrice Brown, OTR/L
  Occupational Therapy Director
Janice Gombo, B.S.
  Transitional Specialist
Julie Oaks
  Admissions

April 18, 2005

Ms. Norma Gales
925 K Street, NE
Washington, DC   20002

                    RE:  T████ T████
                    DOB:  ████/96

Dear Ms. Gales:

We are pleased to inform you that we have accepted T███ to Accotink
Academy to begin as soon as possible with the current 2004-05 school year.
T███ will be placed in a small (approx. 3:1) student teacher ratio classroom.
Services that will be provided to T███ will be based on the incoming IEP
until evaluations/recommendations can be made at the parents' review
meeting.  Recommendations for support services could include
psychological counseling and speech and language sessions.

You will be contacted soon by a representative of this student's treatment
team to arrange for you to visit the school to meet with the Accotink
Academy personnel who will be working with T███.  Please call Ann
Warnke, Assistant Director of Education, or myself if you have any
questions concerning placement or program needs.

Please complete the enclosed Enrollment Form, Physical Examination
Form, and the Authorization for Use of Creative Productions Form and
return to Diane Lips on or before the first day of arrival.  It is essential that
we have the physical form and immunization record on file before student
attends any classes.  We look forward to working with T███.

                            Sincerely,

                            *Julia Oaks*

                            Julia Oaks
                            Admissions Officer

Enclosures
cc:  Annie Pressley, J.D.
VIA FAX: 202-626-0048

194

TT-18

1 – T▓▓ T▓▓ (DOB: ▓▓/96)

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## EXPEDITED REQUEST FOR MEDIATION/HEARING

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**
➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8th Floor, Washington, D.C. 20002. Fax number 202-442-5556**

---

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION ___ I REQUEST MEDIATION AND A HEARING  _X_ I REQUEST A HEARING

---

### STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name: T▓▓ T▓▓_____ DOB: ▓▓/96_____

Address: ▓▓▓▓▓▓▓▓▓▓, WASHINGTON, D.C. 20002___
Present School of Attendance: PAYNE ES          Home School: UNKNOWN
                                                (Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST:**    **DCPS**_____
                                   **DCPS and/or D.C. Public Charter School (specify)**

**INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING**

Name:  MS. NORMA GALES_____

Address:  925 K STREET, N.E., WASHINGTON, D.C. 20002_____

Phone:  (H) _(202) 388-3975_____ (W) _(202) 678-3000X300_ (Fax) _____

Relationship to Student:  _X_ Parent ____ Self ____ Legal Guardian ___ Parent Surrogate ___ Public Agency

**PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):**_____

**Name:  Fatmata Barrie, Esq.  (Christopher Anwah's Law Office)  Phone:  (W) (202) 626-0040**

**Address:  1003 K Street, N.W., Suite 500, Washington, D.C.  20001  Fax: (202) 626-0048**

---

| Form 101 |
|---|

195

2 – Ti███ T███ (DOB: ████/96)

1.  You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:   July 6, 2005                    July 7, 2005                    July 8, 2005
Mediation: _____

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST.  IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates.  Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate.  Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date.  Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice.  *Please do not contact the Hearing Office by phone to request a continuance.  Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled.  Failure to report for the hearing may result in dismissal of this case, or in a default decision against you.  Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2.  Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

        Interpreter
        ____ Foreign Language _____
        ____ Sign Language _____

3 – T████ T████ (DOB: ██6/96)

Other _____
Special Communications _____
Special Accommodation for Disability _____
Other _____

3.  In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
    (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem**: Counsel for parent and student incorporates all previous
IDEA violations in prior HODs, Settlement Agreements, Disciplinary Hearings, and Parent/Teacher
Conferences.
**DCPS has failed to provide FAPE because it:**
1.      Failed to evaluate T████ in all areas of suspected disabilities, despite the MDT making a
        recommendation for medication. i.e. a psychiatric for ADHD.
2.      Failed to provide T████ with appropriate related services and with all her related services,
        especially an appropriate behavioral modification plan to address T████ behavior.
3.      Failed to develop appropriate IEP because her IEP does not include the ADHD
        classification although the school has been aware since 2002 that the ADHD impacts her
        academics, she has not mastered her goals and has not progressed with her several IEPs.
4.      Failed to afford parent an opportunity to participate in an appropriate placement meeting to
        address T████ behavior and poor academic performance in reading and math.
5.      Failed to provide T████ with an appropriate placement for the past 5 years because she has
        shown the same behaviors for those years.
6.      Failed to adhere to 34 CFR 300.501 by not providing the parent with the encounter tracker
        forms so as to substantiate that T████ has received and is receiving all her related services.
7.      Failed to provide T████ with compensatory education for denial of FAPE for the past 5
        years because she was not identified within the time frame required and as a result,
        violating the 'child find" statute and for her lack of progress.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**
**Whether DCPS denied T████ FAPE when it:**
1.      Failed to evaluate her in all areas of suspected disabilities, despite the MDT making a
        recommendation for medication. i.e. a psychiatric for ADHD?
2.      Failed to provide her with appropriate related services and with all her related services,
        especially an appropriate behavioral modification plan to address T████ behavior?
3.      Failed to develop appropriate IEP because her IEP does not include the ADHD
        classification although the school has been aware since 2002 that the ADHD impacts her
        academics, she has not mastered her goals and has not progressed with her several IEPs?
4.      Failed to afford the parent an opportunity to participate in an appropriate placement
        meeting to address T████ behavior and poor academic performance in reading and math?
5.      Failed to provide T████ with an appropriate placement for the past 5 years because she has
        shown the same behaviors for those years?
6.      Failed to adhere to 34 CFR 300.501 by not providing the parent with the encounter tracker
        forms so as to substantiate that T████ has received and is receiving all her related services

4 – T████ T████ (DOB: ████/96)

7.       Failed to provide T████ with compensatory education for denial of FAPE for the past 5
         years because she was not identified within the time frame required and as a result,
         violating the 'child find" statute and for her lack of progress?

**Describe relevant facts relating to the problem**:

Since T████ attendance at Winston E.C., she has had behavioral and academic problems. She was
found to not stay focused or corporative with adult directions. However, DCPS did nothing.
Therefore, violating the "child find statute" because it did not identify, locate and evaluate to
determine her need for special education.

Although the parent completed an evaluation of T████ in 2002, DCPS did not respond until 2003
when it finally completed a psycho-educational evaluation which found her eligible for special
education services. Although the evaluation recommended more testing, the parent had to file for a
hearing before the evaluation could be completed. Therefore, DCPS has been denying T████ FAPE
for at least 5 years.

In 2003, DCPS placed T████ at Payne ES. However, during her attendance at Payne, T████ has not
progressed. She continues to exhibit the same behaviors of appositional defiance, lack of focus and
lack of academic progress. Additionally, T████ teacher has informed the MDT that T████ has seen
the same curriculum for the last two years, yet T████ does not remember and she does not perform
class assignments because she continues to forget from day to day. The teacher also indicated that
she is not retaining the information like her classmates and peers. Ms. Gales has informed the MDT
that T████ continues to perform on kindergarten level and that she has not seen any improvement in
her academics and concurs with T████ special education teacher that she is not retaining the
information learned at Payne ES.

Furthermore, at the 04/29/05 the MDT meeting, the team recommended that T████ receive
intervention measures such as T'ai Chi, Yoga, or ballet to assist with her retention, inattentiveness,
and distraction associated with her ADHD disability and recommended that she may need
medication, yet they failed to order a psychiatric evaluation or incorporate such recommendations on
her IEP or provide her with the recommended services on her IEP. Additionally, although the team
acknowledged that T████ ADHD disability is having a tremendous effect on her academics, they
have not included the ADHD disability on her IEP so that she could be provided with the services.

DCPS has not been able to show that T████ has been receiving her related services. Although the
advocate requested the encounter tracker forms, she has not received them from DCPS. Therefore,
DCPS has not provided T████ with all her related services and has violated 34 CFR 300.501.

In addition, T████ continues to manifest negative and aggressive behaviors, e.g., being verbally and
physically aggressive, bitting, hitting other students, and being disruptive in class, yet, DCPS has not
contemplated a different program for T████ so she can become a successful individual or evaluated
her so as to address her behavioral issues to determine the impact upon her academics. Ms. Gales
again requested that DCPS consider a different full-time special education program for T████, but to
no avail. Furthermore, DCPS has refused to discuss other placements to address T████ negative
behavior, ADHD disability, and failing academic performance.

Form 101

5 – T█████ T████ (DOB: ██████/96)

**State how you would like to see the problem corrected**: Ms. Gales is seeking the following relief: (1) DCPS to fund independent evaluations for all suspected disabilities, especially a psychiatric evaluation; (2) DCPS to provide parent/counsel a written copy of its review of the independent evaluations forty-eight (48) hours prior to the meeting; (3) DCPS to develop an appropriate IEP; (4) DCPS fund T████ at Accotink or comparable placement to address her ADHD disability and behavioral issues; (5) DCPS to provide all appropriate related services, including transportaion; and, (6) DCPS to provide compensatory education for the past and present denial of FAPE.

_____          _____June 13, 2005_____
Signature of Applicant/Parent (Required)                         Date (Required)


**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8ᵗʰ Floor**
**Washington, DC  20002  FAX:  (202) 442-5556**

---

***FOR OFFICE USE ONLY:***
Case Number: _____
Student ID#: _____

Form 101                                                                      Revised 02/01/2003

---