# LAW OFFICES,
# CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
(DC, MD, NJ)
Fatmata Barrie, Esq.
(DC, FL)
Georgina A. Oladokun, Esq.
(MD)
Tamika N. Jones
(DC)

Carpenter's Building
1003 K Street , N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwahfirm.com

October 24, 2005

Aaron Price, Sr., Esq.
Office of General Counsel
825 North Capitol St, NE
9th Floor
Washington, DC  20002

**Via Facsimile: 202-442-5098/97**

RE:   Ti■■ T■■
DOB: ■■■/96

## Disclosure of Witnesses and Documents

Dear Mr. Price:

Pursuant to the five-day rule set forth in 34.C.F.R. 509 (a) (3), attached is a list of witnesses and documents, which we intend to rely on for the upcoming Due Process Hearing scheduled for August 4, 2005. *We intend to rely on documents previously disclosed for the 08/04/05 hearing. Due to the cumbersome documents, and to preserve resources, TT-01 to TT-19 was not disclosed. However, if DCPS counsel wants the documents, I will readily forward them to DCPS.*

## Witnesses*

1. Norma Gales – Parent
2. Ti■■ T■■ – Student
3. Educational Advocate and/or designee
4. Sharon Millis and/or designee
5. Educational Advocate and/or designee
6. Anne Warnke and/or Designee – Accotink Academy
7. KM Stokes and/or Designee – Sylvan Learning Center
8. Reading Specialist and/or designee
9. Social Worker and/or designee

*Witnesses may testify by telephone*

## **Documents**

TT-01  09/02/03, 05/22/03 and 10/12/04 HODs
TT-02  05/19/04 IEP and Meeting Notes
TT-03  11/10/03 IEP Meeting Notes
TT-04  10/01/03 Clinical
TT-05  03/05/05 Sylvan Diagnostic Assessment
TT-06  02/28/03 Psycho-educational Report
TT-07  09/25/03 MDT Meeting Notes
TT-08  Report Card and Teacher Comments
TT-09  04/18/03 Social Work Evaluation
TT-10  10/01/04 IEP and Notes
TT-11  04/29/05 IEP and Notes
TT-12  Letters to DCPS
TT-13  05/04/05 High Road Letter of Acceptance
TT-14  01/15/03 TAT
TT-15  12/14/04 IEP and Notes
TT-16  05/07/03 Clinical Psychiatric Review
TT-17  04/18/05 Accotink Academy Letter of Acceptance
TT-18  06/13/05 Hearing Request
TT-19  08/02/05 IEP
TT-20  09/02/05 Complaint Notice**
TT-21  08/25/05 MDT Meeting Notes**
TT-22  08/25/05 Prior Notices**

We reserve the right to disclose additional documents as they become available, the right to rely on DCPS' witnesses and evidence as if disclosed by us and the right to rely on documents previously disclosed to counsel for any prior hearings or procedures. We also reserve the right to produce rebuttal witnesses and to object to expert witnesses without curriculum vitae. Should you have any questions or need additional information, please do not hesitate to contact me.

**\*\* Only documents disclosed because TT-01 to TT-19 were disclosed for the 08/04/05 hearing.**

Sincerely,

Fatmata Barrie, Esq.

cc: SHO

**INDIVIDUALIZED EDUCATIONAL PROGRAM**

## I. IDENTIFICATION INFORMATION

| CURRENT INFORMATION |
|---|
| Date of IEP Meeting: **8/2/05** |
| Date of Last IEP Meeting: **4/29/05** |
| Date of Most Recent Eligibility Decision: **4/29/05** |

Student Name: Last **T—** First **T—** MI

Student ID **9070042** Soc. Sec. No. _____ Age: **8** Grade **3**

Gender ☐ M ☒ F Date of Birth **/96** Ethnic Group **B**

Address _____

| House No. | Street Name | Quadrant | Apartment # |
|---|---|---|---|

**Washington , DC 20002**
City / State / Zip Code

☐ Non-attending

Attending School **Payne Elementary** Home School **Payne Elementary**

☐ Elem. ☐ Mid/JHS ☐ SHS ☐ CWS /

Parent **Norma Gales**

Address of (if different from student): ☒ Parent ☐ Guardian ☐ Surrogate

| House No. | Street Name | Quad | Apt. No. | City | State | Zip Code |
|---|---|---|---|---|---|---|

Telephone: Home **(202) 388-3975** Work **(202) 678-3000 Ext. 300**

**Purpose of IEP Conference:**
☐ Initial IEP ☒ Review of IEP
☐ Requested Eval. ☐ 3yr ReEval.

Indicate Level of Standardized Assessment: **V**

ADDENDA TO BE ATTACHED AS NEEDED
Check the appropriate box(es)

| ☒ BEHAVIOR | ☒ TRANSPORTATION |
|---|---|
| ☒ ESY | ☐ TRANSITION |

### III. LANGUAGE

| | Language | Language Used for Evaluation | Language Used in Conference | Communication Requirements | To be completed by Office of Bilingual Education English and Math Proficiency Assessment |
|---|---|---|---|---|---|
| Student | English | English | English | Native Language | Oral |
| Parent | English | English | English | Native Language | Rdg./ Written |
| Home | English | English | English | | Instrument: |
| | | | | | Date: |

### IV. SPECIAL EDUCATION AND RELATED SERVICES SUMMARY

| SERVICES | SETTING GenEd SpEd Total | | | FREQUENCY Hr./ Min D/W/M. | | PROVIDER (by discipline) | BEGINNING DATE mm/dd/yyyy | DURATION # wks./mos |
|---|---|---|---|---|---|---|---|---|
| Specialized Instruction | | 29.5 | 29.5 | Hr | W | Special Education Teacher | 08/03/2005 | 10 Mos |
| Psychological Services | | 1.5 | 1.5 | Hr | W | Social Worker / Psychologist | 08/03/2005 | 10 Mos |
| Speech/Language Therapy | | 1 | 1 | Hr | W | Speech/Language Therapist | 08/03/2005 | 10 Mos |
| **TOTAL** | | 32 | 32 | Hours Per Week | | | | |

### V. Disability(ies)

**Emotionally Disturbed**

☐ (Check if setting is general Ed.)

Percent of time in Specialized Instruction and Related Services
☐ 0-20% ☐ 21-60% ☒ 61-100%

Percent of time NOT in a Regular Education Setting **100%**

### VI. IEP TEAM (Participants in the development of the IEP)

Print and sign your name below.

Phaedra Smith     Phaedra Smith     Talana Muse     Salana B. Muse
Tamara Duke       _____          Tasha Winns,     Leslie Dix SIP

Katherine Marshall, Psy. D.     ___ Psy. D.

*I AGREE* with the contents of this IEP. I have had an opportunity to be involved in the development of this IEP. I have received a copy of this IEP and consent to the implementation of the services in the IEP. I have received a copy of the procedural safeguards and parent rights pertaining to special education.

Parent/Guardian Signature _____ Date _____

District of Columbia Public Schools     07-02-2001     Division of Special Education     Appendix - A     IEP Page 1 of 4

| Student Name | T████ T██ | | Managing School | Payne | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9070042 | DOB ██████ | Attending School | Payne ES | Page 2 of 4 |

## VII. Present Educational Performance Levels in Areas Affected by the Disability

**Additional Comments:**

**Academic Areas: (Evaluator)** K. Marshall, Psy. D.

Math Strengths:

> Below Average Functioning

Impact of disability on educational performance in general education curriculum:

> Memory...

Reading Strengths:

> Passage Comprehension

Impact of disability on educational performance in general education curriculum:

> Letter - Word Identification

**Communication (Speech & Language) (Evaluator)** T. Winns, SLP

Strengths:

> Able to orally formulate simple sentences to express wants and needs to others.

Impact of disability on educational performance in general education curriculum:

> Difficulty to recall information which can impede on academic success.

**Motor/Health (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

**Social Emotional Behavioral Areas: (Evaluator)** K. Marshall, Psy. D.

Strengths:

> Social & Comprehension Skills

Impact of disability on educational performance in general education curriculum:

> Attention, Memory, Behavioral Issues

**Cognitive/Adaptive Behavior: (Evaluator)** K. Marshall, Psy. D.

Strengths:

> Comprehension Vocabulary Skills

Impact of disability on educational performance in general education curriculum:

> Memory, & Freedom of Distractibility

**Prevocational Skills: (Evaluator)**

Strengths:

Impact of disability on educational performance in general education curriculum:

---

**Score(s) When Available**

| | |
|---|---|
| Math Cal. | |
| Math Rea. | 80 |
| See goal page: | |
| Date: | 2/2003 |
| Rdg. Com | |
| Rdg. Basic | 92 |
| Written Ex. | 96 |
| See goal page: | |
| Date: | 2/2003 |

**Score(s) When Available**

| | | |
|---|---|---|
| Exp. Lang. | SS | 85 |
| Rec. Lang. | SS | 73 |
| Artic | WNL | |
| Voice | WNL | |
| Fluency | WNL | |
| Exp. Voc. | SS | 6 |
| Rec. Voc. | SS | 8 |
| See goal page: | | |
| Date: | 4/1/03 | |

**Score(s) /Results When Available**

| | |
|---|---|
| See goal page: | |
| Date: | |

**Score(s) When Available**

| | |
|---|---|
| See goal page: | |
| Date: | 10/03 |

**Score(s) When Available**

| | |
|---|---|
| See goal page: | |
| Date: | 2/03 |

**Score(s) When Available**

| | |
|---|---|
| See goal page: | |
| Date: | |

---

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 2 of 4

| Student Name | | Managing School | | DCPS - IEP |
| Student ID Number | 90700442 | 1996 | Attending School | Page 3 of 4 |

Goal Number: 1

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: _Academics_

**ANNUAL GOAL: (including mastery criteria.)**

T___ will demonstrate one year's growth in reading skills by mastering the short term objectives with 80% accuracy

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) T___ will identify consonant blends with 80% accuracy. | | monthly |
| (2) T___ will read first and second grade dolch words with 80% accuracy | | monthly |
| (3) T___ will predict the outcome of a story and read orally with 80% accuracy. | Mastered 4/18/05 | monthly |
| (4) T___ will tell the main idea of a story with 80% accuracy. | Mastered 3/1/05 | monthly |
| (5) T___ will practice and use the phonetic approach to decode words | Dec. 2004 | monthly |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    (Test    Documented Observation)    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

DCPS - IEP
Page 3 of 4

Student Name _____
Student ID Number 9010042    Do_____ 96

Managing School _Paspue_
Attending School _Paspue_

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Goal Number: 2

Area addressed by goal: Academics

**ANNUAL GOAL: (including mastery criteria.)**

T_____ will demonstrate growth in word attack skills by mastering the short term objectives with 80% accuracy.

Provider(s): Special Education Teacher

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| ① T_____ will relate sounds to diagraphs (ch, sh, th) with 75% accuracy | | Monthly |
| ② T_____ will identify short and long vowels with 75% accuracy | See Mastery | monthly |
| ③ T_____ will identify context clues with 75% accuracy | | monthly |
| | | |
| | | |
| | | |
| | | |

Consider audience, behavior, condition, degree and evaluation.

**EVALUATION PROCEDURE(S)**

Portfolio    Log    (Chart)    (Test)    (Documented Observation)    Report    Other _____

| Student Name | _____ | Managing School | _____ | DCPS - IEP |
| Student ID Number | _____ | Attending School | Payne | Page 3 of 4 |

Goal Number: 3

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: _Academics_

**ANNUAL GOAL: (including mastery criteria.)**

T_____ will demonstrate growth in Math skills by mastering the short-term objectives with 80% accuracy.

Provider(s): _Special Education Teacher_

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| (1) Recite multiplication facts to 81 with 80% accuracy. | | monthly |
| (2) Divide using multiples of ten with 80% accuracy. | | monthly |
| (3) Solve simple word problems (+, -) with 80% accuracy. | | monthly |
| (4) Recite multiplication facts with 80% accuracy. | | monthly |
| (5) Place Value T_____ will understand place value for tens, hundred, ones place with 80% accuracy | | monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    (Test)    (Documented Observation)    Report    Other _____

| Student Name | _____ | Managing School | Paine | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9071042 | DOB _____/96 | Attending School | Paigne | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: 4

Area addressed by goal: *Academics*

**ANNUAL GOAL: (including mastery criteria.)**

T_____ will demonstrate growth in word attack skills by mastering the short-term objectives with 80% accuracy.

Provider(s): Special Education Teacher

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Identify Synonyms with 75% accuracy. | | mnthly |
| Identify Antonyms with 75% accuracy. | | mnthly |
| Identify prefixes and suffixes 75% accuracy. | | mnthly |
| Identify Silent e, sound with 75% accuracy. | | mnthly |
| Identify facts and opinion with 75% accuracy. | | mnthly |
| Identify vocabulary sight words on grade level | | mnthly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

207

| Student Name | ▓▓▓▓ | | Managing School | *Payne* | DCPS - IEP |
|---|---|---|---|---|---|
| Student ID Number | 9070042 | DOB ▓▓/96 | Attending School | *Payne* | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:    Goal Number: 5

Area addressed by goal: *Academics*

**ANNUAL GOAL: (including mastery criteria.)**

I ▓▓▓ will demonstrate one year's growth in reading skills by mastering the short term objectives with 80% accuracy.

Provider(s): *Special Education Teacher*

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| I ▓▓▓ will identify a topic sentence in a paragraph with 75% accuracy. | | monthly |
| I ▓▓▓ will identify the main idea on the second grade level with 75% accuracy | | periodically |
| I ▓▓▓ will read sentences on grade level with 75% accuracy. | | |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other _____

| Student Name | | Managing School | Payne Elementary | | Page 3 of 4 |
| Student ID Number 9090042 | ( 16 | Attending School | Payne Elementary | Goal Number: 4 |

**VIII. SPECIALIZED SERVICES**    Additional Comments:

Area addressed by goal: Special Emotional Behavioral

ANNUAL GOAL: (including mastery criteria.)

Will improve social interaction skills: self-control in various situations with 80% mastery.

Provider(s): Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will utilize calming techniques (count to ten, deep breath, take a time out) when angry with 80% mastery. | | Monthly |
| Will develop appropriate behavioral responses for positive and negative situations with 80% mastery. | | Monthly |
| Will use words appropriately to express feelings when upset with 80% mastery. | | Monthly |
| Will distinguish between acceptable and unacceptable expressions of feelings with 80% mastery. | | Monthly |
| Will describe techniques to resist losing control with 80% mastery. | | Monthly |
| Will give techniques to verbalize feelings appropriately with 80% mastery. | | Monthly |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    Chart    Test    Documented Observation    Report    Other Progress Reports

District of Columbia Public Schools       07-02-2001       Division of Special Education       Appendix - A       IEP Page 3 of 4

209

| Student Name | ~~[redacted]~~ | Managing School | Payne Elementary |
| Student ID Number | 9070042 | Attending School | Payne Elementary |

Page 3 of 4

| **VIII. SPECIALIZED SERVICES** | Additional Comments: | Goal Number: |

Area addressed by goal: Social Emotional Behavioral

**ANNUAL GOAL: (including mastery criteria.)**

Will improve interpersonal interactions in a variety of social situations with 80% mastery.

Provider(s): Social Worker / Psychologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will ignore the provocation of peers with 80% mastery. | | Monthly |
| Will refrain from being verbally and physically aggressive when interacting with peers with 80% mastery. | | Monthly |
| Will seek adult assistance to resolve peer conflicts with 80% mastery. | | Monthly |
| Will be respectful of adult authority with 80% mastery. | | Monthly |
| Will communicate effectively in a group setting with 80% mastery. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio      Log      Chart      Test      Documented Observation      Report      Other  Progress Report

District of Columbia Public Schools      07-02-2001      Division of Special Education      Appendix - A      IEP Page 3 of 4

210

| Student Name | ~~██████~~ | Managing School | Payne ES | DCPS - IEP |
|---|---|---|---|---|
| Student ID Number | 9070042 | DOB 10/5/96 | Attending School Payne ES | Page 3 of 4 |

Goal Number: 13

**VIII. SPECIALIZED SERVICES**    **Additional Comments:**

Area addressed by goal: __Social/emotional__

**ANNUAL GOAL:** (including mastery criteria.)

Will be able to attend to tasks, and sustain a task-focus with 80% mastery.

Provider(s): __Psychologist and/or Social worker__

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| Will be able to ignore distractions in the classroom with 80% mastery; | | monthly |
| will be able to tolerate frustrations when challenged academically with 80% mastery; | | monthly |
| will be able to appropriately request a break and re-gain focus with 80% mastery; | | monthly |
| | | |
| | | |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio    Log    (Chart)    Test    (Documented Observation)    Report    Other _____

District of Columbia Public Schools    07-02-2001    Division of Special Education    Appendix - A    IEP Page 3 of 4

211

| Student Name ████████ | Managing School Tayn   ES | DCPS - IEP |
| Student ID Number 9070042   DOB ████96 | Attending School Payne ES | Page 3 of 4 |

**VIII. SPECIALIZED SERVICES**   Additional Comments:

Goal Number: 9

Area addressed by goal: Communication

ANNUAL GOAL: (including mastery criteria.)

████ will increase her receptive and expressive language skills to 80% accuracy by mastering short-term objectives:

Provider(s): Speech Language Pathologist

Consider audience, behavior, condition, degree and evaluation.

| SHORT-TERM OBJECTIVES (include mastery criteria or benchmarks) | Date Mastered | Evaluation Schedule |
|---|---|---|
| After reading short Story passages ████ will answer short wh-questions related to text 80% of the time. | | Monthly |
| ████ will formulate complete sentences using targeted vocabulary 80% of the time. | | Monthly |
| ████ will recall information in correct sequential order related to classroom instructions and reading passages 80% of the time. | | Monthly |
| Using targeted vocabulary ████ will identify antonyms and synonyms 80% of the time. | | Monthly |
| | | |

**EVALUATION PROCEDURE(S)**

Portfolio   Log   Chart   Test   Documented Observation   Report   Other Progress Report

| Student Name | T___ T___ | | Managing School | Payne | DCPS - IEP |
| Student ID Number | 9070042 | DOB ___ /96 | Attending School | Payne ES | Page 4 of 4 |

**Additional Comments:**

## IX. LEAST RESTRICTIVE ENVIRONMENT (LRE) DETERMINATION
### SERVICE ALTERNATIVES

Can curricular modification, accommodation and/or supplemental aids and services be used for a LRE setting in <u>regular education</u>?    Yes    **No**

Explanation for removal out of regular education classroom.

Student requires behavior interventions and modifications that cannot be met within the general education classroom.

## X. Supplementary Aids and Services

| Classroom Needs | SETTING | | | FREQUENCY | | PROVIDER | BEGINNING DATE |
| (Do not name products or companies.) | GenEd | SpEd | Total | Hr./ Min | D/W/M. | (by discipline) | (mm/dd/yyyy) |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Check and list modifications and/or accommodations  for <u>testing</u>:        **None needed**

Timing/Scheduling: Extended Time, Frequent Breaks
Setting: Small Group, Preferential Seating
Presentation: Repeated & Simplified Directions
Response:
Equipment:

## XI. STATE AND DISTRICT ASSESSMENTS:

**Level I**   Tested with non-disabled peers under standard conditions without accommodations.

**Level III** (Describe non-uniform conditions for level III) Tested under non-standard conditions with permissible accommodations
**(Level V)** Portfolio: _____

**Level II** (Describe accommodations for level II) Tested under standard conditions with special accommodations.

**Level IV** (Describe the alternative assessment)

## XII. Areas Requiring Specialized Instruction and Related Services:          Modifications:

| X Reading | Physical/Sensory | Transition | Language Arts/English |
| X Mathematics | X Social Emotional | Vocational | Social Sciences |
| X Written Expression | Physical Development | Independent Living | Biological & Physical Sciences |
| Other: | | X Speech/Language | Fine Arts |

None        Apply annual goal(s), objectives and/or modifications to address barriers in each area checked above.

## XIII. PLACEMENT CONSIDERATIONS AND JUSTIFICATION

| DESCRIBE CONSIDERATIONS | ACCEPT/REJECT REASONS | POTENTIAL HARMFUL EFFECTS |
| --- | --- | --- |
| In General Education | Rejected | Continued School Failure |
| Combination General Education + Resource classroom | Rejected | Exposure to general education curriculum |
| Out of General Education | Accepted | Impact on Self Esteem |

Modification(s)/Accommodation(s) to address the harmful effects:

Development of Behavior Intervention Plan

Location for Services   Payne Elementary School

District of Columbia Public Schools        07-02-2001        Division of Special Education        Appendix - A        IEP Page 4 of 4

213

DISTRICT OF COLUMBIA PUBLIC SCHOOLS

<div style="float:right; border:1px solid;">IEP Attachment B<br>Transportation</div>

**TRANSPORTATION DIVISION**

**STUDENT TRANSPORTATION DATA FORM**

**2005 - 2006**
School Year

**9070042**
STUDENT IDENTIFICATION NUMBER

(MDT must first determine if student meets the requirements for transportation services and has it included in the IEP.)

Person Making Request: _Phaedra Smith_
Date of Request: _4/29/05_
Status of Request: _____
Date Request Received: _____
Person Receiving Request: _____

---

**Norma Gales**
Parent / Guardian (Print legibly or type)

**(202) 388-3975**
Telephone (H)

**(202) 698-3000 Ext. 300**
Telephone (W)

**Renee Godfrey**
Emergency Contact

**Grandmother**
Relationship
**(301) 386-0938 (H)**
**(703) 697-9618 (W)**
Telephone No.

_____
Pager / Cell No.

Students will be taken to a central location until 6:00 p.m. if the bus attendants are unable to deliver them to the designated location. After 6:00 p.m. the police will be contacted. This year's central location is **TBD**

---

| Student | Last Name | First Name | MI |
|---|---|---|---|
| ▮▮▮▮ | | ▮▮▮▮ | |

House No.    Street Name                    Quad.    Apt.
_Washington_    DC    _20002_
City            State    Zip Code
▮▮▮    _96_    _F_    _English_    _Payne Elem._    _(202)698-3262_
DOB    Gender    Primary Language    Submitting School and Telephone Number

_ED_
Disability Classification                Medical Issues

**MODE OF TRANSPORTATION**  ☒ *Bus  ☐ Tokens  ☐ Farecards
* SPECIAL ACCOMMODATIONS FOR BUS

Height _____    Weight _____

Oxygen    Tracheotomy tube    Seizures    Helmet
Harness    1:1 Aide    Behavioral issues
Medication _____    Specific allergies _____

Dosage required during transportation :
☐ Yes  ☐ No    Dosage _____    ☐ PM ☐ AM

☐ Mobility  ☐ Ambulatory (☐ Cane, ☐ Crutch, ☐ Walker)
☐ Ambulatory w/ assistance (☐ Cane, ☐ Crutch, ☐ Walker)
☐ Non Ambulatory (☐ Standard, ☐ Motorized, ☐ Oversized)
w/ lap tray  ☐ Yes  ☐ No)
☐ Car Seat    ☐ Positioning Device _____
☐ Special Restraint    ☐ Other, Describe: _____

---

Click one of the following:

☐  AM Pick-up & PM Drop-off is the same as the student address.

☐
AM Pick-up Address                                        Telephone No.
☒ **2041 MLK Avenue SE 3rd floor**            **(202) 698-3000**
PM Drop-off Address                                        Telephone No.

---

**Transportation will NOT be provided without confirmed placement through the proper procedures. Justification for other than neighborhood settings must be explained on the back by the school official requesting the transportation services.**

_Phaedra Smith_          _(202) 698-3262_          _4/29/05_
School Official requesting transportation service:    Telephone No.    Date

_Payne Elementary    305 15th Street SE_          _(202) 698-3262_
School to Attend:    Address of School    Telephone No.

**Questions may be directed to the Special Education Transportation Liaison.**

District of Columbia Public Schools    07-02-2001    Division of Special Education    IEP Attachment B    Transportation

214

## ~~ATION TO JUSTIFY TRANSPORTAT~~

Student __T___ T_____    ID# 9070042    DOB __/__/96

Attending School __Payne Elem.__    Neighborhood School __Winston Elem.__

Attach a copy to the Transportation Data Form and maintain as a part of the IEP

Justification for Transportation as a related service as stipulated in 300.24 (15). (Check all that apply):

1.  ☐  Medical reports document a severe health condition that prevents the student from walking to school. Specify _____

2.  ☐  Medical reports document a physical disability that prevents the students from walking to or getting to school independently. Specify _____

3.  ☐  A documented severe cognitive disability prevents the students from walking or getting to school independently. Specify _____

4.  ☐  A visual and/or hearing disability interferes with the student's ability to arrive at school independently. Documentation source _____

5.  ☐  A severe communication disability prevents the student from communicating for his/her own safety Documentation source _____

6.  ☒  A behavior /emotional disability is so severe or erratic that there is concern for the safety of the student and/or others. Documentation source _____

7.  ☐  The student is eligible for the preschool special education program and could not participate without special transportation.

8.  ☐  The student is/will attend a distant school because the IEP cannot be implemented at the zoned school.

9.  ☐  The student is medically fragile. Documentation source _____

10.  ☐  The student requires assistance to get on and off the bus. Documentation source _____

11.  ☐  The student is unable to function independently due to the severity of the disability. Documentation source _____

12.  ☐  The student requires a non-routine transportation schedule (i.e. contract services, abbreviated school day). Explain _____

13.  ☐  Medical reports document that the student has a physical disability and/or severe health condition that prevents hiniflier from walking to school. Documentation source _____

14.  ☐  A documented severe cognitive disability prevents the student from walking to school. Documentation source _____

15.  ☐  Other (Specify)

DISTRICT OF COLUMBIA PUBLIC SCHOOLS        07-02-2001        DIVISION OF SPECIAL EDUCATION        APPENDIX-A

District of Columbia Public Schools
Washington, D.C.

Intervention Behavior Plan

## INTERVENTION BEHAVIOR PLAN

Date Developed: **8/2/05**

| Student Name | ▓▓▓▓ | ▓▓▓▓ | ID# 9070042 | DOB ▓▓▓1996 | Grade 32 |

Address ▓▓▓▓  ▓▓▓▓  Washington  DC  2000₂₂

Street #        Street Name,        Quadrant        Apartment #        City,        State,        Zip Code

Telephone (H) _____ (W) _____  Counselor **Dr. Jones**

Attending School **Payne Elementary**        Teacher **Ms. Wilson**        Room_____ Section_____

### TARGETED BEHAVIOR(S):                                    Additional Comments: ☐

1) Difficulties with self-control
2) Problems in interpersonal relationships

### POSITIVE INTERVENTION STRATEGIES: Student Objective –

1) T▓▓ will exhibit self-control even when angry
2) T▓▓ will have positive peer interactions and will be respectful of adults

### Implementation description –

Continued behavior modification with a token economy system. Daily T▓▓ will earn points for engaging positive school behaviors. Bi-weekly T▓▓ will have the opportunity to shop in the store plaza for prizes with points earned.

### POSITIVE INTERVENTION STRATEGIES: Teacher Strategies

1) praise for engaging in positive behaviors, 2) seating apart from peers she is in conflict with, 3) encouragement to wear eyeglasses daily, 3) computer time to reinforce positive behaviors, 4) leadership opportunities offered as positive reinforcement

### MONITORING SYSTEM: Responsible Teacher – Special Education Teacher

Describe System

) Chart posted in classroom of points earned, 2) daily progress reports to mother

Data collection timeline –

)4–6/04

FOLLOW-UP MEETING: Date – _____

DISTRICT OF COLUMBIA PUBLIC SCHOOLS  .07-02-2001  DIVISION OF SPECIAL EDUCATION      IEP ATTACHMENT A    INTERVENTION BEHAVIOR PLAN

216

DOCUMENTED LEVEL OF SERVICE
Complete and attach to MDT/IEP meeting notes

| School Payne ES | Principal Dennis Homedey | Special Education Coordinator Phaedra Smith |
|---|---|---|

Date 8/2/05    Case Manager                Technical Support Supervisor Elva Gloster

Student T___ T___    DOB ___ 96  Age 8  Grade 3rd  ID# 9070042   SSN#___

Parent Norma Goler    Telephone (H) (202) 388-3975    (W) (202) 678-3000- Ext 300

Address: 925 K Street NE    Washington, DC    20002
Street 1    Street    Quad    Apt No    City    State    Zip Code

REFERRAL SOURCE: (Check)    120 Day    (Reeval)    HOD    SA    MA

Nonpublic    Residential    Citywide    Courts    (Local School)    Other

Previous least restrictive environment (LRE Setting) Out of General Education

---

### JUSTIFICATION FOR SETTING CONSIDERATION
(Submit TAT/MDT Documentation)
#### SUPPORTIVE DATA/DOCUMENTATION

| 2. ACCOMMODATIONS/ MODIFICATIONS | 3. DATA REQUIREMENTS | | |
|---|---|---|---|
| Extended Time, Frequent Breaks, Small Group, Preferential Seating, Repeated & Simplified directions. | Current IEP | (Yes) | No |
| | Signatures of required participants (MDT notes) | (Yes) | |
| | Intervention Behavior Plan | (Yes) | |
| | Copies of current class work and homework assignments | (Yes) | |
| | Medical Reports: | Yes | (No) |
| | Clinical Reports: | (Yes) | No |
| | Psychiatric Reports | Yes | (No) |
| | Medications | Yes | (No) |
| | Attendance Record | (Yes) | |
| | Copies of most recent evaluation(s) | (Yes) | |

| 4. Results of all interventions: (TAT, MDT, etc. and attach meeting notes.) | 5. Resources needed for program implementation |
|---|---|
| MDT - 8/2/05 | None |

---

### 6. CURRENT SETTING CONSIDERATIONS

| ROW | SETTING in neighborhood school (Determined through the IEP team.) | SERVICE PROVIDER (Based on documented need) | LEVEL OF SERVICE (Based on documented need) |
|---|---|---|---|
| 1 | in general education classroom setting | general educators with consultation from special education staff | between 0% and 20% of service time |
| 2 | combination general education and resource classroom | combination of general educators, special educators and related service providers | between 21% and 60% of service time |
| 3 | ☒ *out of general education classroom | ☒ special educators and related service providers | ☒ between 61% and 100% of service time |

*In providing or arranging for the provision of nonacademic and extracurricular service and activities, including meals, recess period, and the services and activities, each public agency shall ensure that each child with a disability participates with non-disabled children in those services and activities (300.306) to the maximum extent appropriate to the needs of that child. (300.553) Nonacademic settings.

Check the level of need as indicated:
#### DIRECTIONS:

| If two or three boxes are checked in the Row 1, check LOW. If two or three boxes are checked in the Row 2, check MODERATE If two or three boxes are checked in the Row 3, check HIGH. | If one box is checked in each row, check either MODERATE or HIGH, depending on the need of the student |
|---|---|

### 7. LEVEL OF NEED

| LOW | MODERATE | HIGH |
|---|---|---|
| | | ☒ |

07-02-2001    Attention: Technical Support Supervisor / PERM Compliance Team

217

MULTIDISCIPLINARY TEAM
(MDT)
MEETING NOTES

MDT

MDT REFERRAL DATE: _____

MEETING DATE: 8/2/05

STUDENT: ~~Tierra Tyler~~    SCHOOL: Payne ES

PARTICIPANTS: (Print Name)

Tasha Winns
K. Marshall (Psy. D)
~~Annie E Massey~~
Maria Melchor
Phaedra Smith
Tamara Dyke
Arressia R Massey

PARTICIPANTS: (Sign Name)

Anna E Dulin
Tasha Winns
K.M., Psy. D.
Anne P Pressley
Available Via Telephone
Phaedra Smith
Sandra
Anne R Pressley

POSITION

Parent
Speech Pathologist
School Psychologist
Gen. Educ. Teacher
IEP Developer/ Spec. Educator
LEA/ SPED Coord.
Social Work / Case Manager
Edu Cednicate

Introduction:

The meeting convened and all discipline specialists introduced themselves to the parent. The Procedural Manual was issued and a receipt was obtained. A brief summary of the manual was given to the parent. The purpose of the meeting was stated: To review the current assessments and determine eligibility for special education and related services. If the student is found eligible, the team will devise and IEP and discuss placement. A Copy of the March 2005 Procedural Manual for Parents was issued. A new July 2005 will be forwarded to the advocate, Ms. Pressley, once issued.

Parent Reports:

The parent and advocate reports that the student has not made any significant progress during her time at Payne Elementary School. They feel she needs another placement to address her behavior + academic needs.

PARENT ☑ IS PRESENT ☐ IS NOT PRESENT AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT ___Diane Tyler___

IS ELIGIBLE FOR SPECIAL EDUCATION

IS NOT ELIGIBLE FOR SPECIAL EDUCATION

## MULTIDISCIPLINARY TEAM (MDT)
### CONTINUATION MEETING NOTES
MEETING TYPE: _____ Eligibility

STUDENT _____   SCHOOL Paige ES   DATE 8/2/05

---

**The Speech Therapist Reports:** _____ Speech/Language

Year 2004-2005. _____ received during this school. Language skills through formulating sentences, increasing vocabulary skills, following multi-step directions, and recalling information by answering wh-question. _____ has made some progress however, not on a consistent basis. Recommendation is for T. _____ to continue with the services. Therapy will address improving Language Skills.

**The Psychologist Reports:**

Upon review of psychological reports, _____ Emotional Disturbance diagnosis appears to continue to be appropriate due to the severity, intensity and frequency of her behaviors within the classroom. _____ was full-time ED placement is appropriate in order to address her oppositional behaviors as well as HD behaviors.

Reports reviewed: (1) Family Diagnostic & Therapeutic Center Sylvan Learning (2) District of Columbia Public Schools (10/03) inter (3/05). Clinical Psychiatric Review (5/03) (3) The Center for Mental Health Psychiatric Evaluation & Diagnosis Certification (6/02)

219

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE _____        **MULTIDISCIPLINARY TEAM (MDT)**        ___ of ___
                                 **CONTINUATION MEETING NOTES**
                                 MEETING TYPE: _____ Eligibility

STUDENT ~~Tenesse Taylor~~        SCHOOL Payne Elementary    DATE 8/2/05

The Social Worker Reports:

The worker reviewed the progress with both the parent al the student's advocate about her behaviors in the classroom. They discussed how the student has made improvement with her behavior, although she still has some difficulties. The worker also discussed her being referred to the Community Base Intervention Program to address her anger management + self-control and also her ADHD. The parent stated the student currently

Other Participant Comments:

received service at Center for Mental Health. The worker told her about the Depart of Mental Health wanted to help facilitate home + school.

**Team Recommendations:**

1.
2.
3.
4.
5.

**Additional Assessments Needed or Other Comments:**

1.
2.
3.

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, DC

MDT REFERRAL DATE: _____        MULTIDISCIPLINARY TEAM (MDT)        Page: ___ of ___
                                  CONTINUATION MEETING NOTES
                                  MEETING TYPE: _____

STUDENT: T___ T____        SCHOOL: Payne Elementary  DATE: 8/2/05

The Social Worker, Ms. Dukes, expressed concern about T___ not wearing her eyeglasses to school. Ms. Gales reports that T___ glasses are broken. The social worker inquired if the parent needed a referral for an eye exam glasses. The parent stated that she did not need a referral.

The advocate was given a copy of the 4/29/05. 2004-2005 SY encounter tracker form. were given to the advocate for all service providers.

The school received the ESY information and gave it to the parent, Ms. Gales and the advocate, Ms. Presley. The information stated that she has made improvement in summer school and alot of her skills were emerging break through.

MDT REFERRAL DATE _____   MULTIDISCIPLINARY TEAM (MDT)
                                CONTINUATION MEETING NOTES
                                MEETING TYPE: _____

STUDENT : ~~Tierra Tyler~~ ____ SCHOOL Payne, Elementary ____ DATE 8/2/05

Eligibility Determination /Summary:

Based upon the documents reviewed, the MDT has determined that the student
qualifies for special education services under IDEA as a _Emotionally Disturbed_
student. The parent agreed and the MDT moved to conduct an IEP meeting for the
student.

Recommendations:

The MDT stated that the student's need could be addressed
in a full-time program. The parent stated that the student's behavior had
not improved and she suggested that she need a full-time placement that
has crisis intervention and psychologist at staff on site. The MDT stated that
they would agree to this placement to address her needs.

Other Observations or Additional Comments:

222

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

INDIVIDUALIZED EDUCATION PROGRAM
(IEP)
MEETING NOTES

STUDENT T___ T___    SCHOOL Payne Elementary    DATE: 8/2/05

PARTICIPANTS:                PARTICIPANTS: (Sign Name)                DISCIPLINE

| | | |
|---|---|---|
| Maria Melchor | Available via Telephone | Special Education Teacher |
| Phaedra Smith | Phaedra Smith | SPED Coord. / LEA |
| Lalana Muse | Lalana B. Muse | Educational Therapy Aide |
| Katherine Marshall, Psy.D. | KM, Psy. D. | Psychologist |
| Tasha Winns | Sasha Winn | SLP |
| Tamara Daka | Sun Daka | Social Worker / Case Manager |

Based upon the documents reviewed, the MDT determined that the student is eligible or continues to be eligible for special education services as a student with   ED

specialized instruction is required in the following subjects: Math, Reading, Written Expression

The total amount of specialized instruction required is  29.5  Hrs. Weekly

Related services are required in the following areas: Speech/Lang Therapy – 1 Hr Weekly
Psychological Services – 1.5 Hrs. Weekly

The setting accepted by the MDT is  Out of General Education

The level for standardized assessment is  V

The following accommodations/modifications will be made: Extended Time, Frequent Breaks,
Small group, Preferential Seating, Repeated & Simplified Directions

Placement Discussion:
After review of the documentation, the student's needs can be addressed
in a full time therapeutic center. The IEP will be forwarded to
the Site Review Consideration Team for identification of placement.

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____     **MULTIDISCIPLINARY TEAM (MDT)**     Page: ____ of ___
**CONTINUATION MEETING NOTES**
MEETING TYPE: ___IEP___

STUDENT: T▬▬ T▬▬     SCHOOL: Payne Elementary     DATE: 8/2/05

DCPS will come back to the table to discuss placement. The parent and advocate recommended Accotink Academy and Kennedy Institute as possible placements. DCPS placement and these schools will be discussed at the placement meeting. The MDT recommended a full time out of General Education placement because parent and advocate do not feel that T▬▬ has made adequate progress at Payne Elementary over the past 2 years that she has been here. The MDT, with the exception of the parent and advocate, d feel that T▬▬s behavior and emotional needs can continue to be met at Payne Elementary. The MDT recommended another placement since Ms. Gales does not feel T▬▬ has made progress. In addition, a full time center will give her the opportunity to use some of the skills that she has worked on at Payne in a smaller more therapeutic setting and develop additional skills to improve both her behavior and academic performance.

Educating Advocate
Anna R. Pressley
8/2/05

T___ T___ - DOB: ___/96

ADDENDUM TO MDT/IEP

Advocate and Parent, Ms. Norma Sales, attended the MDT/IEP mtg at the request of DCPS (Payne ES) to discuss T___'s disability and placement. At the last MDT/IEP on 4/29/05 the reports on T___'s Disability was determined to be Emotional Disturbed (ED). Today, the MDT finalized and repeated the same information that was given on 4/29/05. T___'s disability remained ED, and No new information was provided to change the disability classification. In addition, the MDT discussed T___'s behavior and academics, and she continues to have temper tantrums and behavior issues. Further, she continues to struggle with her academics b/c of her behavior and she has shown very little improvement academically and with her anger management which has remained the same for the last several school years. Ms. Sales has repeatedly requested another placement and the MDT has decided that T___ needs another placement outside the general education b/c Payne ES is not working b/c she is still on the same grade level. The spec ed teacher, Ms. Wilson, was not available. A.R. Pressley

DCPS has recommended a full-time Center or another full-time ED program. Ms. Gale wants ▆▆▆ at Devotion Academy where ▆▆▆ is in a program with all spec ed. students which will address ▆▆▆ emotional problems for a Center. Advocate and Parent has recommended Devotion and Kennedy Center as possible placements. The spec ed teacher via of telecommunication was not ▆▆▆ teacher during the 2004/05 SY and she however seen ▆▆▆ IEP and was unable to address whether ▆▆▆ had mastered any of her goals and objectives. Also, the psychologist, Ms Jones, ▆▆▆ regular counselor was not available to discuss Tear's behavior. The parent and Advocate requested that DCPS consider another placement at the last two placements but DCPS insisted that Payne ES was appropriate; however, the MDT today has agreed that ▆▆▆ needs a chance to improvement in academic and that a more full-time placement should be considered as well as consistent with his Age development. Therefore, his hour of service was increased from 27.5 to 32.0 hours, and another placement will now have to scheduled, although Parent + Advocate has secured a placement at Devotion Academy and Kennedy Institute.

226

**State Education Agency for the District of Columbia**
**State Enforcement and Investigation Division (SEID)**
**Special Education Programs**

*TT-20*



# Due Process Complaint Notice

- The form is used to give notice of a due process complaint to the **District of Columbia Public Schools, District of Columbia Public Charter Schools (DCPS or LEA) and/or parents** with respect to any matter relating to the identification, evaluation, or educational placement of a child with a disability, or the provision of a free appropriate public education to that child. **A party may not have a due process hearing until the party, or the attorney representing the party, files a notice that meets the requirements of the Individuals with Disabilities Education Improvement Act (IDEIA).**

- The due process complaint must describe an alleged violation that occurred not more than two (2) years before the date that the parent or school system knew or should have known about the alleged action that is the basis of the complaint.

- Notice must be provided to the Student Hearing Office of the DC Public Schools, 825 North Capitol Street, NE, 8th Floor, Washington, DC 20002; fax number 202/442-5556.

- Unless the other party agrees, the party requesting the due process hearing shall not be allowed to raise issues at the due process hearing that are not raised in this Due Process Complaint Notice. Therefore, please be thorough in providing the information requested.

- Prior to the opportunity for an impartial due process hearing, the Local Educational Agency (LEA) shall convene a meeting (called a "Resolution Session") with the parent(s) unless the parent(s) and the Local Educational Agency agree in writing to waive this meeting. You will be contacted by a representative of the Local Educational Agency to schedule the meeting. **The Student Hearing Office does NOT schedule resolution meetings**.

- Mediation is also available to all parties as an alternative to a resolution meeting or a Due Process Hearing.

## A.    INFORMATION ABOUT THE STUDENT:

Student Name: Ti___ T___    Birth Date: __/__/96

Address: ▓▓▓▓▓▓▓▓▓▓ Washington, DC ▓▓▓▓▓

Home School:  Payne E.S.

Present School of Attendance:  Payne E.S.

Is this a charter school?  No      (If yes, you must also provide a copy of this notice to the charter school principal or director)

Parent/Guardian of the Student:  Norma Gales

Address (if different from the student's above): _____

1

227

Phone/Contact Number:  202-388-3975       Fax Number (if applicable): _____

**B.    Individual Making the Complaint/Request for Due Process Hearing:**

Name:    Norma Gales _____

Complete Address:   925 K Street NE  Washington, DC  20002 _____

_____

Phone: (h)  202-388-3975    (W) _____   (Fax) _____   (e-mail) _____

Relationship to the Student:

X        Parent            ☐     Legal Guardian            ☐     Parent Surrogate

☐        Self/Student        ☐     Local Education Agency (LEA)    ☐     Parent Advocate

           Court Appointed Educational Advocate

**C.    Legal Representative/Attorney (if applicable):**

Name:    Fatmata Barrie, Esq. (Law Offices, Christopher N. Anwah, PLLC) _____

Address:   1003 K St. NW #565 Washington, DC  20020 _____

_____

Phone: (w)   202-626-0040 _____   (Fax)  202-626-0048 _____   (e-mail) _____

Will attorney / legal representative attend the resolution session?    **X** Yes        ☐ No

**D.    Complaint Made Against (check all that apply):**

X DCPS school (name of the school if different from page one) _____
☐ Charter school (name of the charter school if different from page one) _____
☐ Non-public school or residential treatment facility (name) _____
☐ Parent

**E.    Resolution Session Meeting Between Parent and LEA:**

I understand that it is my right to have a resolution meeting to resolve this complaint.  I also understand that I may voluntarily waive this right if I choose.  (Note:  All parties must agree to waive the resolution meeting to avoid having this meeting.)

☐ I wish to waive the Resolution Session Meeting

2

228

**F.    Mediation Process:**

IDEIA requires that any time a party requests a due process hearing, mediation should be offered at no cost to the parent. Both parties can request mediation as an alternative to the Resolution Session Meeting or as an alternative to a Due Process Hearing. Please check all that apply:

☐    I am requesting mediation as an alternative to the resolution session meeting.

☐    I am requesting mediation and a due process hearing.

☐    I am requesting mediation **only** at this time.

**G.    Facts and Reasons for the Complaint:**

In accordance with the Individuals with Disabilities Education Improvement Act (IDEIA), please complete the following questions. Provide complete details about all the facts supporting your claims. (You may attach additional pages if needed):

1.    What is the nature of the problem, including the facts relating to the problem that will need to be addressed at a Resolution Session meeting, a Mediation Conference, and/or a Due Process Hearing?

   A.    DCPS has failed to evaluate her in all areas of suspected disability by not completing a psychiatric evaluation even though the team recommended medication fro Tiara. DCPS has also failed to convene a placement meeting prior to placing determining the placement for Tiara. During the 08/25/05 meeting, DCPS indicated that the placement determination was made prior to the meeting by the Site Review Consideration Team. That is in direct violation of IDEIA which indicates that he parent must be a member of any group of people determining the educational placement of the child. According to §615(f)(3)E)(II), this is a dial of FAPE because this action "significantly impeded" the mom's opportunity to be part of the decision-making process regarding the provision of a FAPE to Tiara. Furthermore, DCPS did not even discuss the parent's choice of placement as is required by IDEIA (placement meeting must include the parent and the discussion must include all the proposed placements).

   B.    DCPS has failed to provide Tiara with an appropriate placement even though the team decided that she needed another placement for the 2005/2006 school year. Prior to the 08/25/05 meeting, DCPS decided on two different placements for the student and although the parent objected to both because she was not given the opportunity to participate, the opportunity to visit the schools or the opportunity to discuss her proposed school, DCPS did not offer any other programs independent of the Site Review Consideration Team. Additionally, the bus is still picking Tiara up and taking her to Payne ES. Therefore, DCPS has not provided her with an appropriate placement as of yet.

   C.    DCPS has failed to appropriately implement Tiara's IEP because although she is to receive the services in a full time therapeutic program other than Payne ES, she is still attending Payne and her services are being provided at that school.

   D.    DCPS has failed to provide Tiara with an appropriate IEP because the IEP does not include any of the recommendations from the psychiatric evaluation. As a result, DCPS has denied her a FAPE.

   E.    DCPS has failed to provide Tiara with appropriate special education and related services because she does not have an IEP that is geared towards addressing the recommendations made by the MDT team on 04/29/05. Although the team is aware of her ADHD and during the 04/29/05 IEP meeting, indicated that the disability impacts her academics, the classification is not included in the IEP. Although the parent and advocate requested encounter tracker forms, DCPS did not provide all the encounter tracker forms and as a result, no evidence to show that she all her related services. Therefore, DCPS has not proved that it has provided her with all her needed special education and related services or if those are not all the encounter tracker forms, then they have failed to adhere with the IDEIA to provide requested documentations.

3

F.   DCPS has failed to provide her with the needed compensatory education for not identifying her within the appropriate time frame even though her academics have always been below level and the TAT was completed, for not providing her with appropriate services and placement because she continued to not progress academically or social emotionally and for not providing her with an appropriate IEP for the reasons listed above. Furthermore, DCPS owes her compensatory education for not providing her with the appropriate services even though the team found that her ADHD is impacting her academics and for all the reasons listed above. She is also owed compensatory education hours for lack of related services since DCPS has not been able to produce encounter tracker forms going back to 2003.

2.   To the extent known to you at this time, how can this problem be resolved?

A.   DCPS to place and fund her at a placement of parent's choice.

B.   DCPS to complete all the necessary evaluations, ie psychiatric evaluation.

C.   DCPS to convene a meeting to review all the evaluations, and complete an appropriate IEP for the student.

D.   DCPS to provide all related services, including transportation.

E.   DCPS to provide the encounter tracker forms to parent and parent's counsel.

F.   DCPS to provide compensatory education for 2 to 3 years of denial of FAPE.

G.   DCPS to pay reasonable attorney's fee.

3.   Issues presented:

A.   Whether DCPS denied Tiara a Free Appropriate Public Education (FAPE) when it failed to provide her with an appropriate placement?

B.   Whether DCPS denied Tiara FAPE when it failed to provide her with an appropriate IEP?

C.   Whether DCPS denied Tiara FAPE when it failed to provide her with appropriate special education and related services and with all her related services?

D.   Whether DCPS denied Tiara FAPE when it failed to implement her IEP?

E.   Whether DCPS denied Tiara FAPE when it failed to evaluate her in all areas of suspected disability?

F.   Whether DCPS denied Tiara FAPE when it failed to provide the mother with the opportunity to participate in a placement meeting before deciding on Tiara's placement and substantially depriving the mother of the right to participate in the decision-making process of her daughter's education?

G.   Whether DCPS denied Tiara FAPE when it failed to provide her with the needed compensatory education for the past and present denial of FAPE ie for 2 to 3 years, going back to 2003 and for the lack of services?

# H.   Accommodations and Assistance Needed:

Please list any special accommodations you may require for a Resolution Session Meeting/Mediation Conference/Due Process Hearing.

4

Tiara Tyler – 04/07/89

- Interpreter (please specify the type) _____
- Special Communication (please describe the type) _____

- Special Accommodations for Disability (please be specific) _____

- Other _____

## I.    <u>Waiver of Procedural Safeguards</u>:

☐  I (parent/guardian) waive receiving a copy of the procedural safeguards at this time.

## J.    <u>Parent Signature and Affirmation</u>:

I affirm that the information provided on this form is true and correct.

_____
Signature of Parent or Guardian                    Date

## K.    <u>Signature of Attorney/ Legal Representative</u>:

9/2/05
08/29/05
_____
Legal Representative / Advocate                    Date

## L.    <u>Signature of LEA Representative (if hearing requested by LEA)</u>:

_____
Representative of LEA                    Date

**Mail, fax or deliver this complaint notice to:**
**State Enforcement and Investigation Division**
**For Special Education Programs  (SEID)**
**Student Hearing Office (SHO)**
**825 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**Fax number: 202/442-5556**

5

Tiara Tyler – 04/07/89

231

TT-21

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
WASHINGTON, D.C.

**MULTIDISCIPLINARY TEAM**
**(MDT)**
**MEETING NOTES**

| MDT |
|---|

MDT REFERRAL DATE: _____

STUDENT: ~~T____ T____~~

SCHOOL: Payne Elementary

MEETING DATE: 8/26/05

| PARTICIPANTS: (Print Name) | PARTICIPANTS: (Sign Name) | POSITION |
|---|---|---|
| Phaedra Smith | Phaedra Smith | SPED Coord./LEA |
| Temely Wilson | Temely Wilson | Spec. Ed. Teacher |
| Norma E. Gales | Norma E. Gales | Parent |
| Anna R. Pressley | Anna R. Pressley | Edu. Advocate |
| Katherine Marshall, Psy. D. | K. Me, Psy. D. | Psychologist |
| Tanya Duke | Smith | Social Worker |

Introductions were made and the meeting convened. The parent was given a copy of the Procedural Manual for parents and a receipt was signed.

Purpose:

The purpose of the meeting is a Placement Meeting to offer and discuss placement for the 2005-2006 School Year.

THE PARENT [X] IS PRESENT [ ] IS NOT PRESENT  AT THE MEETING

AFTER A REVIEW OF THE ASSESSMENTS, IT IS DETERMINED THAT _____ ~~T____ T____~~

[X] IS ELIGIBLE FOR SPECIAL EDUCATION

[ ] IS NOT ELIGIBLE FOR SPECIAL EDUCATION

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____

**MULTIDISCIPLINARY TEAM (MDT)**
**CONTINUATION MEETING NOTES**
MEETING TYPE: Placement

Page: 2 of 3

STUDENT: T̶̶̶̶ T̶̶̶̶    SCHOOL: Payne Elementary    DATE: 8/25/05

DCPS offered placement at Hamilton Ctr which is located at ~~Hamilton~~ 1401 Brentwood Parkway, N.E. 20002 (202) 698-3888 or Taft Center which is located at 1800 Perry Street, NE 20018 (202) 576-6101. T̶̶̶̶'s IEP and current evaluations were forwarded to the Site Review Consideration team for Placement identification. They determined the location that would meet the student's needs and the site which was closest to her home. Both Hamilton Ctr and Taft Ctr. can meet the Child's needs. They both have full time social workers and Psychologist on staff to provide Counseling and Crisis intervention. In addition, both schools offer small settings. There are no more than 9 students to a class with a certified special education teacher and an Aide.

The parent and advocate are not in agreement with either placement offered and stated that they want the child to be placed at Accotink. Parent and advocate state that they have not had the opportunity to visit the program at

DISTRICT OF COLUMBIA PUBLIC SCHOOLS    1-01-01    DIVISION OF SPECIAL EDUCATION    MDT CONTINUATION MEETING NOTES    APPENDIX A

233

**DISTRICT OF COLUMBIA PUBLIC SCHOOLS**
**WASHINGTON, DC**

MDT REFERRAL DATE: _____    **MULTIDISCIPLINARY TEAM (MDT)**    Page: 3 of 3
**CONTINUATION MEETING NOTES**
**MEETING TYPE:** Placement

STUDENT: T████ T████    SCHOOL: Payne Elementary DATE: 8/25/05

either of the placements offered, prior to the meeting (MDT/IEP/placement) and she was not contacted or asked to participate in discussion about placement with site Review Consideration Team. However, the parent and advocate were present at the meeting where it was discussed and agreed that the student needed a full time placement. ACCOTINK was Considered however DCPS has 2 appropriate placements that they are offering that can meet the student's needs.

The parent and advocate participated in the 8/2/05 MDT and IEP meeting where it was agreed upon that T████ required a full time out of General Education placement. Her hours were increased to 32 Hours and the MDT was in agreement. The setting was agreed upon by the team which was out of General Education. Location was the only issue left to be determined.

Parent and advocate provided DCPS with an Acceptance letter from Accotink. DCPS however has offered 2 placements which can appropriately meet the students needs which the parent and advocate are not in agreement with.

the MDT would like the parent and advocate to make a decision about placement in a timely manner so that the student can be placed at the site by the beginning of the school year and receive services. The MDT issued a Prior Notice. Parent and advocate once again state that they have made their decision about placement which is Accotink.

Once again DCPS has offered a suitable and appropriate placement that can address the students needs and does not agree with placement at Accotink.

MULTIDISCIPLINARY TEAM (MDT)

PRIOR NOTICE

TT-22

**Check Purpose:**
Initial Evaluation
Initial Placement
Reevaluation
    Change in Category Exit
    Related Service Add
    Related Service
✓ Change in Placement
    Other _____

Date **8/25/05**

Student ▆▆▆▆▆▆▆▆    DOB ▆▆/96

School **Hamilton Center**

Current Disability Category **Emotionally Disturbed**

Setting **Outside of General Education**

Dear **Ms. Gales**

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
    ✓ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
    Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
    Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

    Your child is not eligible for special education service(s).
    Your child is eligible or ~~continues~~ to be eligible to receive special education services as a student with **Emotionally Disturbed**.
    Your child will begin receiving **speech + language / psychological** as a related service(s).
    Your child will no longer receive _____ as a related service(s).
    Your child's category of disability is being changed from _____ to _____
    ✓ Your child's alternative placement on continuum (next setting) is being changed,
        from **Payne Elementary** to **Hamilton Center**
    Your child is no longer eligible and will be exited from the special education program.
    Other: _____

**Description and Explanation of agency action proposed or refused.**

The MDT met to review all of the documentation and the following setting was proposed for the student: Outside of general education to meet the students needs.

**Description of Other Options Considered and reasons for rejection of each option**

Based on the documentation reviewed by the team at the MDT meeting, it was determined that the student could not be educated in general education setting or combination general education / special ed because of continued school failure.

Other relevant factors to the decision- _____

MDT Members:
    ✓ Principal or Designee        General Education Teacher        ✓ Psychologist
    ✓ Parent                       ✓ Special Education Teacher      Other: _____
    Student                        Speech and Language                     _____
    ✓ Social Worker                ✓ *LEA & Interpreter (*may be one)      _____

Any questions you may have concerning your child's program may be directed to the principal.
You are protected under the Procedural Safeguards for parents, which are enclosed for your information.
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact **Mrs. Smith** at **2/678-3262** (school telephone number).

See attachments for - EVALUATION PROCEDURES, TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

235

**MULTIDISCIPLINARY TEAM (MDT)**

**PRIOR NOTICE**

Check Purpose:
Initial Evaluation
Initial Placement
Reevaluation
　Change in Category Exit
　Related Service Add
　Related Service
✓ Change in Placement
　Other _____

Date **8/25/05**

Student ~~Tiana Taylor~~     DOB ~~■/■/96~~

School **Soft Center**

Current Disability Category **Emotionally Disturbed**

Setting **Outside of General Education**

Dear **Ms. Gales**

State and federal laws regarding students with disabilities require school systems to notify and inform parents of certain changes being made to their children's education program.
Therefore, you are being notified of the following proposed changes:
✓ Proposes to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
　Refuses to initiate or change the identification, evaluation, educational placement or provision of FAPE to your child.
　Other _____

A multidisciplinary team (MDT), of which you were an invited member, has made the following decisions about your child: (check all that apply)

　Your child is not eligible for special education service(s).

　Your child is eligible or ~~continues~~ to be eligible to receive special education services as a student with **Emotionally Disturbed**.

　Your child will begin receiving **Speech & language / psychological** as a related service(s).

　Your child will no longer receive _____ as a related service(s).

　Your child's category of disability is being changed from _____ to _____

　Your child's alternative placement on continuum (next setting) is being changed,

　from **Payne Elementary (LRE?)** to **Soft Center**

　Your child is no longer eligible and will be exited from the special education program.

Other:

**Description and Explanation of agency action proposed or refused.**
The MDT met to review all of the documentation and the following setting was proposed for the student: Outside of general education to meet the students needs.

**Description of Other Options Considered and reasons for rejection of each option**
Based on the documentation reviewed by the team at the MDT meeting, it was determined that the student could not be educated in general education setting or combination general education / special ed because of continued school failure.

Other relevant factors to the decision-

MDT Members:
✓ Principal or Designee
✓ Parent      General Education Teacher      ✓ Psychologist
　Student      ✓ Special Education Teacher      Other: _____
✓ Social Worker      Speech and Language
　　　　　　　　　✓ LEA & Interpreter (*may be one)

Any questions you may have concerning your child's program may be directed to the principal
You are protected under the Procedural Safeguards for parents, which are enclosed for your information
If I can be of assistance to you, or have questions regarding the Procedural Safeguards,
please contact **Mrs. Smith** at **2/628-3262** (school telephone number)

See attachments for - EVALUATION PROCEDURES. TEST, RECORDS OR REPORTS USED

MDT Prior Written Notice to the Parent
07-02-2001

236

# LAW OFFICES,
## CHRISTOPHER N. ANWAH, PLLC

Attorneys and Counselors at Law

Christopher N. Anwah, Esq.
  (DC, MD, NJ)
Fatmata Barrie, Esq.
  (DC, FL)
Georgina A. Oladokun, Esq.
  (MD)
Tamika N. Jones, Esq.
  (DC)

Carpenter's Building
1003 K Street, N.W.
Suite 565
Washington, D.C. 20001
Phone: (202) 626-0040
Fax: (202) 626-0048
Email: chrisanwahfirm@chrisanwhafirm.com

## FACSIMILE COVER LETTER

**DATE:** 10/24/05

**TO:** Katherine Rodi, Esq.

**COMPANY:** OGC

**FAX NUMBER:** 202-442-5098

**FROM:** Fatmata Barrie, Esq.

**RE:** Angel Stephens' 5-day

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET**   13

**MESSAGE:**

237

*** TRANSMISSION REPORT ***

OCT 24, 2005  23:10                  Model #  Lexmark 7100 Series                3016221566

| START TIME | SENT TO | PAGES | RESULT |
|------------|---------|-------|--------|
| 11:06P | 2024425098 | 12 | OK |

OCT 24,2005  20:57                    Model #  Lexmark 7100 Series                    3016221566

| START TIME | SENT TO | PAGES | RESULT |
| --- | --- | --- | --- |
| 00:46A | ******* | 3 | ERROR |

TRANSMISSION ERROR REPORT

OCT 24,2005  23:56          Model # Lexmark 7100 Series                3016221566

| START TIME | SENT TO | PAGES | RESULT |
| --- | --- | --- | --- |
| 11:12P | ******* | 100 | ERROR |

---

OCT 24,2005  21:26          Model # Lexmark 7100 Series                3016221566

| START TIME | SENT TO | PAGES | RESULT |
| --- | --- | --- | --- |
| 09:26P | 2024425098 | 0 | PHONE LINE ERROR |

--> Check the phone line connection

240

OCT 24,2005  21:29          Model # Lexmark 7100 Series              3016221566

| START TIME | SENT TO | PAGES | RESULT |
| --- | --- | --- | --- |
| 09:28P | 2024425098 | 0 | ERROR |

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME  : 07/08/2005 13:54
                                              NAME  : STUDENT HEARINGS OFF
                                              FAX   : 2024425556
                                              TEL   : 2024425432
                                              SER.# : BROH3J608601

    DATE,TIME                        07/08  13:53
    FAX NO./NAME                     96260048
    DURATION                         00:00:27
    PAGE(S)                          01
    RESULT                           OK
    MODE                             STANDARD
                                     ECM
```

# District of Columbia Public Schools
## *Office of Compliance*
## STUDENT HEARING OFFICE
825 North Capitol Street, N.E.
8TH Floor
Washington, D.C. 20002
PHONE: (202) 442-5432
FAX: (202) 442-5556



### HEARING NOTICE

| MEMORANDUM VIA: [X] FACSIMILE [ ] MAIL [ ] HAND DELIVERY |
| --- |

TO:    Parent (or Representative): F. BARRIE          Fax No.: 626-0048

       LEA Legal Counsel: A. PRICE

RE:    ~~T____, T____~~ and (LEA)  DOB: ~~____~~/96
          Student's Name

FROM:    **SHARON NEWSOME**
          Special Education Student Hearing Office Coordinator

DATE SENT: _____7/7/05_____

The Student Hearing Office received your Request for Due Process Hearing or Mediation for the above named student on
6/29/05 . Please be advised that the hearing has been scheduled for:

       DATE: _____8/4/05_____

       TIME: _____9:00 AM_____                                     242

1 – Tiara Tyler (DOB: 10/05/96)

## STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
## EXPEDITED REQUEST FOR MEDIATION/HEARING

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8ᵗʰ Floor, Washington, D.C. 20002.  Fax number 202-442-5556**

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent.  Mediation may be beneficial in your case.  Please indicate your decision:

___ I REQUEST MEDIATION  ___ I REQUEST MEDIATION AND A HEARING  _X_ I REQUEST A HEARING

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED:

Student Name: T████, T█████                                      DOB: ██/██/96

Address: _____WASHINGTON, D.C. 20002

Present School of Attendance: PAYNE ES                Home School: UNKNOWN
                                                       (Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST:**    **DCPS**
                                   **DCPS and/or D.C. Public Charter School (specify)**

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name:  _MS. NORMA GALES_

Address:  _925 K STREET, N.E., WASHINGTON, D.C. 20002_

Phone:  (H) _(202) 388-3975_          (W) _(202) 678-3000X300_  (Fax) _____

Relationship to Student: _X_ Parent ___ Self ___ Legal Guardian ___ Parent Surrogate ___ Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name:  **Fatmata Barrie, Esq.  (Christopher Anwah's Law Office)  Phone:  (W) (202) 626-0040**

Address: _1003 K Street, N.W., Suite 500, Washington, D.C. 20001  Fax: (202) 626-0048_

Form 101

243

2 – T██ T██ (DOB: ██5/96)

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings: __July 6, 2005_____    __July 7, 2005_____    __July 8, 2005_____
Mediation: _____

FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).

FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

      Interpreter
      ___ Foreign Language _____
      ___ Sign Language _____

Form 101

3 – T█████ T█████ (DOB: █████/96)

Other _____
Special Communications _____
Special Accommodation for Disability _____
Other _____

3. In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
(You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:** Counsel for parent and student incorporates all previous IDEA violations in prior HODs, Settlement Agreements, Disciplinary Hearings, and Parent/Teacher Conferences.

**DCPS has failed to provide FAPE because it:**

1. Failed to evaluate T███ in all areas of suspected disabilities, despite the MDT making a recommendation for medication. i.e. a psychiatric for ADHD.
2. Failed to provide T███ with appropriate related services and with all her related services, especially an appropriate behavioral modification plan to address T████ behavior.
3. Failed to develop appropriate IEP because her IEP does not include the ADHD classification although the school has been aware since 2002 that the ADHD impacts her academics, she has not mastered her goals and has not progressed with her several IEPs.
4. Failed to afford parent an opportunity to participate in an appropriate placement meeting to address T█████ behavior and poor academic performance in reading and math.
5. Failed to provide T███ with an appropriate placement for the past 5 years because she has shown the same behaviors for those years.
6. Failed to adhere to 34 CFR 300.501 by not providing the parent with the encounter tracker forms so as to substantiate that T███ has received and is receiving all her related services.
7. Failed to provide T███ with compensatory education for denial of FAPE for the past 5 years because she was not identified within the time frame required and as a result, violating the 'child find" statute and for her lack of progress.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**
**Whether DCPS denied T████ FAPE when it:**

1. Failed to evaluate her in all areas of suspected disabilities, despite the MDT making a recommendation for medication. i.e. a psychiatric for ADHD?
2. Failed to provide her with appropriate related services and with all her related services, especially an appropriate behavioral modification plan to address T██████ behavior?
3. Failed to develop appropriate IEP because her IEP does not include the ADHD classification although the school has been aware since 2002 that the ADHD impacts her academics, she has not mastered her goals and has not progressed with her several IEPs?
4. Failed to afford the parent an opportunity to participate in an appropriate placement meeting to address T█████ behavior and poor academic performance in reading and math?
5. Failed to provide T███ with an appropriate placement for the past 5 years because she has shown the same behaviors for those years?
6. Failed to adhere to 34 CFR 300.501 by not providing the parent with the encounter tracker forms so as to substantiate that T███ has received and is receiving all her related services

Form 101

245

4 – T█████ T██████ (DOB: ████/96)

7.       Failed to provide T████ with compensatory education for denial of FAPE for the past 5
         years because she was not identified within the time frame required and as a result,
         violating the 'child find' statute and for her lack of progress?

**Describe relevant facts relating to the problem:**

Since T█████ attendance at Winston E.C., she has had behavioral and academic problems.  She was
found to not stay focused or corporative with adult directions.  However, DCPS did nothing.
Therefore, violating the "child find statute" because it did not identify, locate and evaluate to
determine her need for special education.

Although the parent completed an evaluation of T████ in 2002, DCPS did not respond until 2003
when it finally completed a psycho-educational evaluation which found her eligible for special
education services.  Although the evaluation recommended more testing, the parent had to file for a
hearing before the evaluation could be completed.  Therefore, DCPS has been denying T████ FAPE
for at least 5 years.

In 2003, DCPS placed T████ at Payne ES.  However, during her attendance at Payne, T████ has not
progressed.  She continues to exhibit the same behaviors of appositional defiance, lack of focus and
lack of academic progress.  Additionally, T█████ teacher has informed the MDT that T████ has seen
the same curriculum for the last two years, yet T████ does not remember and she does not perform
class assignments because she continues to forget from day to day.  The teacher also indicated that
she is not retaining the information like her classmates and peers.  Ms. Gales has informed the MDT
that T████ continues to perform on kindergarten level and that she has not seen any improvement in
her academics and concurs with T█████ special education teacher that she is not retaining the
information learned at Payne ES.

Furthermore, at the 04/29/05 the MDT meeting, the team recommended that T████ receive
intervention measures such as T'ai Chi, Yoga, or ballet to assist with her retention, inattentiveness,
and distraction associated with her ADHD disability and recommended that she may need
medication, yet they failed to order a psychiatric evaluation or incorporate such recommendations on
her IEP or provide her with the recommended services on her IEP.  Additionally, although the team
acknowledged that T█████ ADHD disability is having a tremendous effect on her academics, they
have not included the ADHD disability on her IEP so that she could be provided with the services.

DCPS has not been able to show that T████ has been receiving her related services.  Although the
advocate requested the encounter tracker forms, she has not received them from DCPS.  Therefore,
DCPS has not provided T████ with all her related services and has violated 34 CFR 300.501.

In addition, T█████ continues to manifest negative and aggressive behaviors, e.g., being verbally and
physically aggressive, bitting, hitting other students, and being disruptive in class, yet, DCPS has not
contemplated a different program for T████ so she can become a successful individual or evaluated
her so as to address her behavioral issues to determine the impact upon her academics.  Ms. Gales
again requested that DCPS consider a different full-time special education program for T████, but to
no avail.  Furthermore, DCPS has refused to discuss other placements to address T█████ negative
behavior, ADHD disability, and failing academic performance.

5 – T▮▮ T▮▮ (DOB: ▮▮▮/96)

**State how you would like to see the problem corrected:** Ms. Gales is seeking the following relief:
(1) DCPS to fund independent evaluations for all suspected disabilities, especially a psychiatric
evaluation; (2) DCPS to provide parent/counsel a written copy of its review of the independent
evaluations forty-eight (48) hours prior to the meeting; (3) DCPS to develop an appropriate IEP; (4)
DCPS fund T▮▮ at Accotink or comparable placement to address her ADHD disability and
behavioral issues; (5) DCPS to provide all appropriate related services, including transportaion; and,
(6) DCPS to provide compensatory education for the past and present denial of FAPE.

_____                    _____June 13, 2005_____
Signature of Applicant/Parent (Required)                              Date (Required)


**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002  FAX: (202) 442-5556**


*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                                    Revised 02/01/2003