## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T.T., *by her mother and next friend*, NORMA GALES, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) | Civil Action No. 05-2259 (RMC) |
| ) DISTRICT OF COLUMBIA, *et al.*, ) ) ) | |
| Defendants. ) ) | |

## ORDER TO SHOW CAUSE

Plaintiff filed a complaint in this matter on November 21, 2005. In response to Plaintiff's complaint, Defendants, District of Columbia and Clifford B. Janey, filed their motion to dismiss. *See* Defendants' Motions to Dismiss [Dkt. #2]. This Court issued an Order denying the Defendants' Motion to Dismiss the Complaint. *See* July 18, 2006 Order [Dkt. #5]. There were no further filings in this case for more than 2 months after the Court's Order issued. On October 2, 2006, this Court issued an Order to Show Cause to the Plaintiff why the case should not be dismissed for failure to prosecute. *See* Oct. 2, 2006, Order to Show Cause [Dkt. #6]. This Order to Show Cause was later discharged and an Initial Scheduling Conference was held on March 9, 2007. *See* Minute Entry March 9, 2007. Following proceedings held in open court, the Court issued a scheduling order. *See* Scheduling Order [Dkt. #12]. According to the scheduling order, the Administrative Record was to be filed no later than April 23, 2007. *See id*. Plaintiff's motion for summary judgment was to be filed no later than May, 23, 2007. *Id.* Defendants complied with this

Court's Order and filed the Administrative Record in this case on April 4, 2007. *See* Administrative Record [Dkt. #13]. The date is now June 21, 2007. Plaintiff has not filed any motion for summary judgment. There has been no activity in this matter since the Defendants filed the Administrative Record on April 4, 2007.

Accordingly, it is hereby

**ORDERED** that, no later than **July 2, 2007**, Plaintiff shall **SHOW CAUSE** why the Court should not dismiss this action pursuant to Local Rule 83.23 for failure to prosecute.

**SO ORDERED**.

Date: June 21, 2007                                    /s/
                                    ROSEMARY M. COLLYER
                                    United States District Judge