**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **NORMA E. GALES, et al** * | |
| Plaintiffs * | |
| * | **Civil Action No: 05-2259 (RMC)** |
| v. * | |
| * | |
| * | |
| **DISTRICT OF COLUMBIA, et al** * | |
| Defendants * | |

**************************************

### PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW, the Plaintiffs, Norman E. Gales and T.T., a minor, by and through their attorneys Jude C. Iweanoge, Esquire and THE IWEANOGES' FIRM, P.C. and respectfully responds to this Honorable Court Order to Show Cause why Plaintiffs' case should not be dismissed for Failure to Prosecute. In response, Plaintiff represents the following unto this Honorable Court:

1. That on or about March 9, 2007 and Initial scheduling conference was held and a scheduling Order was issued.

2. That according to the scheduling order, Plaintiff's Motion for Summary Judgment was due on May 23, 2007.

3. That Defendant's counsel who is heavily engaged with the press of other Court matters and personal matters could not file a timely motion for summary judgment within the time.

4. That undersigned counsel contacted Defendants counsel on June 13, 2007 to obtain her consent for leave to late file Plaintiff's motion for summary judgment by June 18, 20007 and she consented provided that the motion includes a language requesting the court to reset the time

other time frames in the scheduling order. However, Plaintiff's counsel was unable to meet this proposed deadline due to death in the family.

5. That a copy of Defendant's motion for summary judgment is filed concomitantly with this motion.

6. That Plaintiff would be prejudiced if this motion for summary judgment is not accepted and her case is dismissed.

7. That Plaintiff would not be prejudiced if Defendant's motion for leave to late file is granted.

8. That the Court in its exercise of discretion should accept Plaintiff's complaint as filed and reset the scheduling order to accommodate Defendant.

9. That Plaintiffs intend to prosecute their claim and would be unduly prejudiced if their complaint is dismissed for failure to prosecute.

Accordingly, Plaintiffs request that their complaint should not be dismissed as contemplated by the Court.

        Respectfully submitted,
        THE IWEANOGES' FIRM P.C.


By:_____/s/*JudeIweanoge*/s/_____
        Jude C. Iweanoge
        Federal District Building-Suite 600
        1010 Vermont Avenue, NW
        Washington, DC 20005
        Phone: (202) 347-7026
        Fax: (202) 347-7108
        Email: jci@iweanogesfirm.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on 2nd July 2007 a copy of the foregoing document was filed via electronic case filing system of the United States District Court for the District of Columbia and accordingly, that the Court will notify the Defendants through the court's e-file system.

                                                        _____/s/*JudeIweanoge/s/*_____
                                                             Jude C. Iweanoge