UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. T. *et al.*, ) | |
|     Plaintiff, ) | |
|         v. ) | Civil Action No. 05-2259 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
|     Defendants. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO FILE AN OPPOSITION TO PLAINTIFFS' MOTION FOR
SUMMARY JUDGMENT AND TO FILE A CROSS MOTION FOR SUMMARY
JUDGMENT**

Defendants, by counsel, pursuant to Fed. R. Civ. P. 6 (b)(1), respectfully moves this honorable Court for an extension of time, up to and including August 24, 2007, to file their Opposition to plaintiffs' Motion for Summary Judgment and Cross Motion for Summary Judgment, currently due on August 3, 2007.  As grounds for said request, the undersigned states that she will be out of the office from July 26, 2007, till August 3, 2007, and will have insufficient time upon her return to complete an Opposition and Cross Motion for Summary Judgment. Plaintiffs have consented to this extension of time and will not be prejudiced by the delay.

Should the Court grant Defendant's Motion, Defendant further moves that this Court extend the time for Plaintiffs to respond to Defendants' Cross Motion for Summary Judgment to September 4, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity, Section 2

/s/ Maria L. Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 442-9842
FAX  -  (202) 727-3625
E-mail – maria.merkowitz@dc.gov

July 25, 2007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| T. T. *et al.,* ) | |
|    Plaintiff, ) | |
|       v.  ) | Civil Action No. 05-2259 (RMC) |
| DISTRICT OF COLUMBIA, *et al.,* ) | |
|    Defendants. ) | |

### **MEMORANDUM OF POINTS AND AUTHORITIES**

1. FED. R. CIV. P. 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs' consent to this motion.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Litigation Counsel
        441 4th Street, N.W.
        Sixth Floor South
        Washington, DC 20001
        (202) 442-9842
        FAX - (202) 727-3625
        E-mail – maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| T. T. *et al.*, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 05-2259 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of Time to File an Opposition to Plaintiffs' Motion for Summary Judgment and to file a Cross Motion for Summary Judgment, and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that the Defendants' Motion is granted, and,

IT IS FURTHER ORDERED, that defendants shall have up to and including August 24, 2007, in which to file their Opposition to Plaintiffs' Motion for Summary Judgment and to file their Cross Motion for Summary Judgment, and

IT IS FURTHER ORDERED, that Plaintiffs' Response to Defendants' Cross Motion for Summary Judgment is due on September 4, 2007.

_____
United States District Court Judge