UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NORMA E. GALES, *et al.*,       )<br>                                                 )<br>              Plaintiffs,              )<br>      v.                                        )<br>                                                 )<br>DISTRICT OF COLUMBIA, *et al.*, )<br>                                                 )<br>              Defendants.            )<br>                                                 ) | Civil Action No. 05-2259 (RMC) |

### DEFENDANTS' CONSENT MOTION TO EXTEND TIME IN WHICH TO FILE OPPOSITION TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

On February 12, 2008, this honorable Court issued an Order to Show Cause for plaintiff to state why the above captioned case should not be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1), in light of a number of recent decisions in this jurisdiction finding that an appeal of an administrative Hearing Officer's Determination pursuant to the Individuals with Disabilities Education Improvement Act of 2004 ("IDEIA"), 20 U.S.C. §1400 *et seq.*, must be filed within 90 days of the issuance of the Determination.  In the instant case, plaintiffs did not file their appeal for 93 days. The Court ordered plaintiffs to file their response by March 3, 2008, and ordered defendants to file their opposition by March 14, 2008.

On March 3, 2008, plaintiffs filed their Response to the Court's Order to Show Cause arguing, *inter alia*, that one of the cases relied upon by this Court, *R.P. v. District of Columbia,* 474 F. Supp. 2d 152 (D.D.C. 2007), is presently on appeal to the United States Court of Appeals for the District of Columbia.  (Plaintiffs' Response at 2)  Oral argument in that case is scheduled for March 17, 2008.  Plaintiffs' Response requests this

Court to hold in abeyance a decision regarding dismissal of the instant matter until such time as the Court of Appeals issues a ruling. (Plaintiffs' Response at 2)

Defendants do not oppose plaintiffs' request, agreeing with plaintiffs that, should the Court of Appeals' decision be favorable to plaintiffs, it would be a waste of the Court's and the parties' resources to dismiss the case at this time. (Plaintiffs' Response at 2) Accordingly, at this time, defendants also request this Court to hold in abeyance any decision concerning potential dismissal of plaintiffs' case. The defendants also move this Court for an extension of time of 30 days after the United States Court of Appeals for the District of Columbia issues a decision in *R.P. v. District of Columbia,* in which to file an opposition to plaintiffs' Response to Order to Show Cause. Plaintiffs consent to this request and will not be prejudiced thereby.

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Litigation Counsel
        441 4th Street, N.W.
        Sixth Floor North
        Washington, DC 20001
        (202) 442-9842
        FAX - (202) 727-3625
        E-mail – maria.merkowitz@dc.gov

March 10, 2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NORMA E. GALES, *et al.,* | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 05-2259 (RMC) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FRCP 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiffs consent to this motion.

    Respectfully submitted,

    PETER J. NICKLES
    Interim Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division


    /s/ Edward P. Taptich
    EDWARD P. TAPTICH [012914]
    Chief, Equity, Section 2

    /s/ Maria L. Merkowitz
    MARIA L. MERKOWITZ [312967]
    Senior Litigation Counsel
    441 4th Street, N.W.
    Sixth Floor North
    Washington, DC 20001
    (202) 442-9842
    FAX - (202) 727-3625
    E-mail – maria.merkowitz@dc.gov

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NORMA E. GALES *et al.* | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )   Civil Action No. 05-2259 (RMC) |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Consent Motion for an Extension of time to file an Opposition to Plaintiffs' Response to Order to Show Cause, and the entire record herein, it is this _____ day of _____ 2008, hereby

ORDERED, that the Defendants' Motion is granted, and,

IT IS FURTHER ORDERED, that defendant shall have up to and including 30 days after the United States Court of Appeals for the District of Columbia issues a decision in *R.P. v. District of Columbia,* No. 07-7051 (D. C. Cir.) in which to file their Opposition to Plaintiffs' Response to Order to Show Cause.

_____
UNITED STATES DISTRICT JUDGE