# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| T.T., by her mother and next friend, NORMA GALES, ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) | Civil Action No. 05-2259 (RMC) |
| ) DISTRICT OF COLUMBIA, *et al.*, ) ) | |
| Defendants. ) ) | |

### DEFENDANTS' CONSENT MOTION FOR ENLARGEMENT OF TIME, *NUNC PRO TUNC*, TO FILE ITS OPPOSITION TO PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE

The Defendants, by counsel, and pursuant to Fed.R.Civ.P. 6(b)(3), hereby move for leave to file the attached Opposition to Plaintiffs' March 3, 2008, Response to Order to Show Cause.

On February 12, 2008, this Court issued an order directing Plaintiffs to show cause "why this case should not be dismissed for lack of subject matter jurisdiction." Order to Show Cause, February 12, 2008.  The Order cited a number of recent decisions in this jurisdiction finding that an appeal of an administrative Hearing Officer's Determination ("HOD") pursuant to the Individuals with Disabilities Education Improvement Act of 2004, 20 U.S.C. §1400 *et seq*. ("IDEIA"), must be filed within 90 days of the issuance of the HOD.  See February 12, 2008, Order to Show Cause. Pursuant to that Order, Plaintiffs' response to the Show Cause Order was due no later than March 3, 2008, and Defendants' response thereto was due no later than March 14, 2008.  Plaintiffs filed their Response on March 3, 2008.  On March 10, 2008, Defendants

filed a Motion for Extension of Time to File an Opposition, requesting leave to delay an opposition because *R.P. v. District of Columbia,* 474 F. Supp. 2d 152 (D.D.C. 2007), a case relied on by the Court when issuing its Order to Show Cause, was then on appeal before the United States Court of Appeals for the District of Columbia.

The Court granted Defendants' request and ordered an opposition due "up to and including 30 days after the United States Court of Appeals for the District of Columbia issues a decision in *R.P. v. District of Columbia*, No. 07-7051 (D.C. Cir.)." See Minute Order, March 11, 2008. The Court of Appeals issued a decision in *R.P.* on March 28, 2008; therefore, Defendants' Opposition to Plaintiffs' Response to the Order to Show Cause was due April 27, 2008. Defendants did not file a timely opposition and hereby request leave for an enlargement of time, *nunc pro tunc*, to file an opposition.

As grounds for this request, Defendants represent as follows:

1. A Notice of Substitution of Counsel was submitted by the undersigned counsel on July 8, 2008. Defendants' prior counsel, who has now left the Office of the Attorney General, erroneously indicated on a transfer memorandum that the *R.P.* Court of Appeals decision was still pending and therefore, Defendants' Opposition was not yet due. Upon receiving the case file and reviewing the docket, the undersigned counsel realized the transfer memorandum was in error, that the *R.P.* decision was issued on March 28, 2008 and that pursuant to the Court's March 11, 2008 Minute Order, the Defendants' Opposition was due 30 days later, on April 27, 2008.

2. On July 25, 2008, pursuant to LCvR 7.1 (m), the undersigned counsel sought and received consent from Plaintiffs' counsel for the enlargement of time.

3. Plaintiffs' will not be prejudiced by a grant of this motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

1. Rule 6(b)(2), Federal Rules of Civil Procedure; and

2. The inherent powers of the Court.

>  Respectfully submitted,
>
> PETER J. NICKLES
> Acting Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division
>
> **/s/ Edward P. Taptich**
> EDWARD P. TAPTICH [012914]
> Chief, Equity Section 2
>
> **/s/ Juliane T. DeMarco**
> JULIANE T. DEMARCO [490872]
> Assistant Attorney General
> 441 Fourth Street, N.W., Sixth Floor
> Washington, D.C. 20001
> (202) 724-6614
> (202) 741-0575 (fax)
> E-mail: Juliane.DeMarco@dc.gov

July 30, 2008