**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| T.T., by her mother and next friend, NORMA GALES, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-2259 (RMC) ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) |
| Defendants. | ) ) ) |

## ORDER

Upon consideration of Defendants' Consent Motion for Enlargement of Time, *Nunc Pro Tunc*, to file its Opposition to Plaintiffs' Response to Order to Show Cause, it is hereby **ORDERED,** this _____ day of ____, 2008, that Defendants' motion is **GRANTED**.

_____
ROSEMARY M. COLLYER
United States District Judge